(Rev. 03/11) Prisoner Civil Rights Complaint

26

## Official Use Only

| Case Number | Judge | Magistrate Judge |
|---|---|---|
| | | |

Case:2:19-cv-10870
Judge: Lawson, David M.
MJ: Davis, Stephanie Dawkins
Filed: 03-25-2019 At 02:45 PM
PRIS POPE VS CORIZON HEALTH, MDOC, ET AL (DP)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

## Plaintiff's Information

| Name | | Prisoner No. | |
|---|---|---|---|
| Aisha Kai Pope | | 228305 | |
| **Place of Confinement** | | | |
| WOMEN HURON VALLEY CORRECTIONAL FACILITY | | | |
| **Street** | **City** | **State** | **Zip Code** |
| 3201 Bemis Rd | Ypsilanti | Mich | 48197 |

Are there additional plaintiffs? ☐ Yes ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint.* ***You must provide names, prisoner numbers and addresses for all plaintiffs.***

## Defendant's Information

| Name | | Position | |
|---|---|---|---|
| CORIZON HEALTH, MDOC, | | Medical Provider | |
| **Street/P.O. Box** | **City** | **State** | **Zip Code** |
| 103 Powell Court | Brentwood | TN | 37027 |

Are you suing this defendant in his/her: ☐ Personal Capacity ☐ Official Capacity ☒ Both Capacities

Are you suing more than one defendant? ☒ Yes ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint.* ***You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.***

DEFENDANT"S INFORMATION SHEET

| NAMES | POSITION | ADDRESS | CAPACITY |
|---|---|---|---|
| 1. Corizon Health | Medical Provider | 103 Powell Court Brentwood, TN 37027 | official and personal |
| 2. Keith Papendick | Medical Director | unknown | official and personal |
| 3. Robert Lacy | Supervisor/Director | unknown | official amd personal |
| 4. Dr. Claire Pei | medical provider | unknown | official and personal |
| 5. Dr. Shanti Gopal | Medical provider | unknown | official and personal |
| 6. Dr. Mohammed Azimi | OBGYN Provider | unknown | offficial and personal |
| 7. P.A Donna Rohr | P.A/assistant | unknown | official and personal |
| 8. Ms McCarthy | Hum/Supervisor | unknown | official and personal |
| 9. Ms.Fisher | Hum/Supervisor | unknown | official and personal |
| 10. R.N Fiorini | Nursing staff | unknown | official and personal |
| 11. R.N Branch | Nursing staff | unknown | official and personal |
| 12. R.N Tinsley | Nursing staff | unknown | official and personal |
| 13. Heidi Washington | MDOC/Director | unknown | official and personal |
| 14. Shawn Brewer | MDOC/Warden | unknown | official and personal |
| 15. Anthony Stewart | MDOC former Warden | unknown | official and personal |
| 16. Ms. Robinson | unknown/H/c staff | unknown | official and personal |

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes  X☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

Plaintiff, Aisha Kai Pope was incarcerated at the Women Huron Valley Correctional Facilty during the events described in this complaint. On or about 2016-2018 plaintiff, Aisha kai Pope was severly sick and lossing blood from a unknown source. Plaintiff, sent several medical request and kites and exhausted all of her administrative remedies to get proper medical care to stop the excessive pain and mental unstableness she was sufferring from. Plaintiff, started receiving 975mg of iron supplant up to 1300mg a day and no future testing was done to ffind the source of bloodloss. There was a series of over the counter medications to appease plaintiff but defendants were aware that none of the OTC medications given to her would remedy a bloodloss and severe anemia condition so serious. Defendants opting to save money put plaintiff at substantial risk for death. The defendants ignored all the serious signs and refused to send plaintiff out of the facility to get help for her serious medical needs. Plaintiff countinued to experience rectum bleeding and severe pain throughout that time until she was in a bad way. Plaintiff was diagnose with invasive colon cancer. Plaintiff was denied reasonable medical care and collectively these defendants participated in delaying and denying plaintiff care that could have prevented the following above. The defendants deliberate indifference made conditions worse,causing new medical problems. Plaintiff was denied her medical records so she could enlist the help of qualified medical staff to assist her in getting medical attention.

## III. STATEMENT OF CLAIMS (see attached)

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Plaintiff was subjected to cruel and unusual punishment in violation of the eighth amendment to the constitution. plaintiff incorporates paragraphs 1 to 129 listed as though they were stated fully.

Plaintiff was denied due process under the fourteenth amendment to the constitution. Plaintiff incorporated paragraphs 1 to 129 listed as though they were stated fully herein.

Plaintiff was subjected to deliberate indifferences when defendants denied and delayed plaintiff medical attention when defendants knowingly were aware of the substatial harm the plaintiff was experiencing and this is a violation of the plaintiff constitutional rights.Plaintiff incorporates paragraph 1 to 129 listed as though they were stated fully.

Plaintiff was subjected to relatiation for filing complaints against the defendants which is a violation of plaintiffs constitutional rights paragragh listed 1 to 129 are incorporated as though they were stated fully herein.

Plaintiff was subjected to discrimination under the ADA Act defendants violated the plaintiff constitutional rights under the First Amendment. Plaintiff incorporates paragragh 1 to 129 as though they were stated fully herein.

Plaintiff was subjected to the elements of a failure to protect claim after notifying defendants of the harmful risk she was exposed to and this is a violation of plaintiff constitutional right and incorporates paragraghs 1 to 129 as though they are.

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Plaintiff respectfully prays that the this Court:

1. Issue a preliminary and permanent injuction against the defendant's practices,acts of omission complained of herein:
2. Order remedial action to remedy defendants unlawful policies, practices,acts, and omissions to deter future violations.
3. Order defendants to pay compensatory,puntive, and nominal damages.
4. Order defendants to pay reasonable attoeney fees and cost and:
5. Grant other just and equitable relief that the Honorable Court deems necessary.

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on March 17, 2019 (date).

Ciara Kai Pope
Signature of Plaintiff

2016/2017

**STATEMENT OF FACTS**

1) On or about 8/2016 I sent a request to see Dr.Pei because the 650mg of iron supplemants was not working and i was experiencing severe pain in my abdomen and i was sleeping in sweats and long underwear and 3 blankets.

2) On or about 8/31/2016 I had a blood draw and my anemia showed it was dropping and Dr. Pei refuse to do anything but give me iron and she increased it to 975mg a day and refuse to futher investigate why and where i was lossing blood from.

3 On or about 8/31/2016 I seen Dr. Pei and she stated that there was nothing else she could do and my issues were a OBGYN issue and to see Dr.Azimi.

4 On or about 9/2016 I started having severe abdominal pain and was having bruising all over my body and my hands and feet were turning orange and I reported it to h/c and requested to see Dr.Pei and she refuse to see me and wouldn't answer my kites.

5 On or about 9/2016 c/o McClain seen the bruises on my body and called h/c and they had me come up and i told them what i was experiencing and showed them my bruises and told them i was tasting metal in my mouth, and they sai they would chart review and i would be seen in a couple days,and i didn't.

6 On or about 10/2016 I kited h/c because i still hadn't been seen from 9/2016 visit to h/c about the bruise,color change in skin,pain, taste in my mouth.

7 On or about 10/2016 I sen Dr. Azimi and told him about the issues and he said it was menapause and gave me a prescription for estrogen and

progesterone without any testing,and told me to take it for a few months.

8 On or about 11/2016 I kited h/c because i was still experiencing pain and i was still having difficulty .

9 On or about I seen Dr.Azimi and told him I was in exreme pain and it was on my left side and it felt like something was growing in my lower left abdomen and he state I was a "DRAMA QUEEN".He said nothing was growing inside me and refuse to give me any pain medication.

10 On or about 2/5/2017 I started having rash on my skin and bruising did continue and clots started to form under the bruises. I reported it 4 times to h/c and finally got a response staying this was their first kite in that month,and would schedule me to see a nurse for severe anemia,iron deficiency and rashes ,ab pain,bruises.

11 On or about 2/9/2017 to 3/17/2017 I was never seen by anyone in regards to my issues so i returned some iron pills back until i could be seen.

12 On or about 3/29/2017 I had a blooddraw and my anemia was not going up and it was 10.5 and red blod cells were 3.79

13 On or about 4/17/2017 I started having migraine headaches and painful abdominal aching and bruising continued on my skin.

14 On or about 4/2017 I sen Dr. Drake and he ask me if I was okay and I told him No and what I was going through he informed me my anemia was getting worse and to kite h/c again to be seen.
He stated this was after the 3/29/2017 bloodwork had come back.

15 On or about 4/17/2017 I started to experience severe headaches and I had blood vessel burst in my left eye. My Unit officer called for me and I was seen by Dr.Penro and I explained what I was feeling and she put me on high bloodpressure medication and said it also works for migraines.

16 On or about 5/9/2017 I was seen by h/c because c/o Durkee called and reported that i was dropping bloodclots from my rectum. I was given 3 stool cards and told to take tylenol for pain.

17 On or about 5/17/2018 I returned 3 stol cards back to h/c and they were tested right there in the lab and they were all positive for blood. R.N Terrell was the nurse who tested them.

18 On or about 5/18/2017 I was suppose to be seen because my issue was urgent and that didn't happen even though another in,mate was having no prior issues and was sent out to the ER(Kyra Gibson).

19 On or about 5/19/2018 I was having severe abdominal pain,headaches, chest pain, blood vessels popping in my eyes and c/o Kaufman called h/c and they told me they are are aware and I would be seen so Kaufman wrote it in the unit 4 logbook.

20 On or about 5/25/2017 I went to East h/c and I was seen by Dr.Gopal and I told her all that i was experiencing and I think i needed to find out where i was bleeding from and a possible blood transfusion and she said that would be to expensive and not nessecary.

21 On or about 6/6/2017 I was sen by Dr.Gopal and she ordered a colonoscopy and if my symtoms got any worst to have h/c let her know.

22 On or about 6/6/2017 I had mu unit officer calll h/c around 4am and R.n Fiorini spoke with me i informed her I was having chest pain and my stomach was hurting severly and it woke me up out my sleep.

R.n Fiorini said I had heartburn and i told her what about the pain

in my chest she said it was indigestion and i informed her i had not eaten anything that would make me feel like this and I truely think it was something a little more serious. She said if i didn't feel better call back.

about a half and hour later I started severly cramping and sat on toliet and filled the toliet with a foul liquid blood substance and screamed for my officer(Myles) and she called R.n Fiorini back an told her what she had just witness and the nurse ask to speak to me and stated it was bleeding hemmoroids without even coming to assess the matter with her own eyes. She said i could pay 5 dollars and she would see me for heartburn and I told her if i pay 5 dollars it would be for the blood leaking from my rectum which is more serious of a matter she refused to see me for that and stated only the heartburn so c/o myles wrote the incident in the logbook in the unit and informed my arus Mr.Hill

23 On or about 6/6/2017 co/myles came to my room and looked again at the blood and then wrote it up ,and stated that there was no way i could take the blood out the toliet to the nurse.

24 On or about 6/7/2017 I was still bleeding from my rectum and chest was

still huring and i was still experience abdominal pain c/o Hollins and c/o Donalson called h/c and told them what they were observing and they know something is not right ,and h/c R.n Branch said to drink water and to kite h/c by mail even though i informed them of what took place the previous morning.

25 On or about 6/7 to 6/13/2017 I remained untreated and was not taken seriously about my issues.

26 On or about 6/13/2017 @ 10;30am I talked to R.N Tinsley by phone and told him that i was still droping clots from my rectum and also liquid blood and he said I was beening treated for that and I informed him i had not,and his response was you get your blod drawn every two weeks and i told him things were getting worse and i was experiencing worser pain. He staed h/c doesn't do preventative care.

27 On or about 6/13/2017 I collapsed in the smallyard and was unconscience and not responsive and taken to h/c once i became responsive. I was taken to h/c and seen by R.n Tinsley who took my vitals and said he could give me something for unset stomach and gave me mylax and had me sit in pain for almost 2hr and sent me back to my unit.

28 On or about 6/14 Dr.Azimi gave me my ultrasound results which were fibroid cyst and still didn't give me anything more for pain.

29 On or about 6/15/2017 Called h/c and reported to them that i was still bleeding from my rectum and who ever the nurse was said she would email Dr.Gopal I was never seen that day.

30 On or about 6/15/2018 I sen Rn Borso in passing and told her I was not feeling better and i was extremely tired and in pain.

31 On or about 6/20/2017 I was taken to the infirmary and told they would treat me and send me to the ER if things continued and they did no such thing. I continued to bleed and no one came to observe or report what i was going through.

32 On or about 6/22/201 I was seen by Dr.Gopal and she examined me and set up a xray of my tummy and the xray showed i was full of gas and that was all.

33 On or about 6/25/2017 I reported the continuing bleeding and chest pain to R.n James and he started laughing and saying it was stress and asked R.n Branch if i was experiencing pain that traveled down from my chest throgh to my left arm and she agreed that it was stress and neither of them took my vitals and said I was a drama queen and when they took my vitals my bloodpressure was very high,and they did nothing.

34 On or about 6/25 -7/4 /2017 I continued to have chest pain bleeding from my rectum and nothing was done and i was not taken serious. I remained untreated up until the colonoscopy.

35 On or about 7/5/2017 I went on a medrun to allegiance henry ford hospital in Jackson Mi. They found a large polyp and marked it for later removable

36 On 7/7/2017 I was release from the infirmary to unit 2. with out seeing a doctor or with some orders to what would be done.

37 On 7/18/2017 I was rush out to the hospital to be seen by doctors Dr Narkawitz and told that the report back back it was invasive colon cancer and i had had it for almost a year according to the size of the polyp and that I would need cancer surgery to remove it.

The surgent said that my bleeding and low anemia was a sign there

was somehting really wrong and these's were sign that i needed help long ago. He stated the bloody stool should have been taken serious and this could have been caught a year before, and it didn't have to grow into cancer,because if it was remove early it wouldn't have become cancerous.

38 On or abot 7/19/2017 to 11/23/2017 absolutely nothing was done for me except pain medication .

39 On, or about 7/20/2017 I had a appt for labs and i was to be seen by Dr.Gopal and she was taking over for Dr.Pei.

40 On or about 8/9/2017 I had a medrun for testing and my blood pressure was up and they charted it on my paperwork for the return visit.

41 On or about 8/10/2017 I started having migraine headaches from 4 am through 6;15 am and my stomach started cramping and i went to the bathroom and filled the toliet full of blood and fecal matter. I also told c/o bolten and she asked for them to come and assess me in the unit and they didn't,and told me to come to them.

42 On or about 8/11/2017 I was in constant pain allday .

43 On or abou 8/14/2017 I was seen by a nurse and my blood pressure was high 128/86.

44 On or about 8/15/2017 I had c/o Robbin to call h/c and tell them i was gassy and i was popping alot of blood in the toliet and they said kite c/o Robbin got the okay from paul-twitty to send me to h/c. c/o Robbin looked in the toliet and wrote in the unit logbook what she had observed because they h/c was not taking her seriously either.

45. On or about 8/22/2017 Dr. Drake seen me and told me my results were back and the provider should be discussing this with me.

46 On or about 8/22/2017 I seen Dr.Gopal and asked her for the results of my staging for the tumor and she said they hadn't come back yet,and i told her my mental health doctor told me they were indeed in and for me to get that information from you. During this visit c/o Hymes was there as a observer. She was willfully holding back and refusing to answer my questions and wanted to talk about other things and i was informing her that Dr.Pei had done and Dr.Azimi and she didn't want to here it. Dr.Gopal stated to me " their is 2,000 inmates in this prison and "She does not have time to look at everyone's record". I informed her that I have invasive colon cancer and you have a appt with me and don't know anything about my case.

47 On or about 8/23/2017 after months (4/2017) or requesting to see Dr. Azimi for my ultrasound results and discuss the persistant pain in my tummy and lower abdomen.

48 On or about 8/23/2017 I had a appt and missed it because of the policy on the walks opening.

49 On or about I had c/o tharpe call h/c to report that I was experiencing heavyblood in my stool and she spoke to R.n Branch and the nurse said there was no need for me to come there and there was no need to get my vital checked and to kite h/c the call was 10am. I was gassy ,tummy hurt, smelly bowel . R.n Branch refuse to talk to me which is not against policy but spoke through the officer and c/o put it in the logbook.

50 On or about 8/25- 8/31/2017 I experienced the worst apin and cramping

of my life.

51 On or about this time 8/31/2017 I had a medrun to the cardiologist to have a scan and a stress test to see if i was okay to have surgery.

that same evening R.N James(blk ml bald) brought to my unit a printout of colon cancer so i could have information of mu diagnosis at 10;50 pm.

52 On or about 9/1/2017 had appt with h/c manager to discuss all the issues i was having and she said they are aware of it as nothing serious was happening to me daily. My appt was 9;40am in the room with no audio and video. I asked her "what catergory would you say my case is ? Routine,Emergent, Urgent? She said routine.

53 On or about 9/15/2017 I was informed i missed a medrun or appt how is that possible when i'm not suppose to know about it before hand.

54 On or about 9/21/2017 I seen Dr.Azimi who gave me somebody else results to a papsmear. After i corrected him that i was there for my latest visit in 2017 . He informed me i had small fibroids and they were not cancer.

55 On or about 9/26/2017 I sent h/c a kite informing them i was having heavy bleeding from my vagina and from my rectum and i needed to be seen immediately.

56 On or about 9/28/2017 I had my husband call the prison and inform the wardens office i was severly sick and losing alot of blood, chestpain, blurred vision, my husband said he spoke to Kelly in the medical office (lansing) and said there was no consent for him to talk to her about what i was going through,and that was a lie i signed

paperwork for the Hospice/Choices program for him as my rightful guardian and he told her he had a active power of attorney and she refuse to discuss nothing more or get me some help.

57 On or about 10/3/2017 I had nurse penrod check my vitals before my medrun because i was feeling severly sick. This was a stress test at St.Joseph of Ann Arbor.

58 On or about I had busted blood vessels in my left eye and i reported it to officer hollins and she reported it to h/c.

59 On or about 10/20/2017 i was still ignored for my medical issues and told i was beening treated. With what?

60 On or about 11/7/2017 I was given instruction to not take naproxen, advil,tylenol, for two weeks.

61 On or about 11/21/2017 I had a medrun to Allegiance Hospital in Jackson Mi. There was a problem in admitting and the doctor had to come and call lansing and told them he was not sending me back to the prison because he had been approve for a 5day stay,and my procedure was the next morning and I stayed.

62 On or about 11/22/2017 I had a Hemicolectomy (Robotic) and was in surgery for 6hrs instead of the original 2hrs that was planned.

63 On or about 11/26/2017 I was discharge and given instruction to follow and sent back to my unit.

64 On or arond 12/2017 I had a medrun to return back to the surgent for follow-up and to get the results back from pathology on the tumor that was removed from my colon on 11/22/2017.

65 On or about 12/2017 or 1/2018 I was seen by oncology and told i needed

This Colaris Genetic testing done to determine the treatment plan moving forward because of the missing gene from the pathology report that indicated i could have LYNCH and this could give 10 other cancers one behind each other or I could have them at the same time. and I needed a scan to see why i was still hurting after surgery,and I needed to return as soon as these's test were done.

STATEMENT OF FACTS 2018

66 On or about 1/15/2018 Director Keith Papendick denied me to go see the oncologist while knowing that my cancer CEA levels had went up.

On or about 1/15/2018 P.A Rohr stated she was following the orders of Papendick to not send request to send me out and try to keep things in-house because of cost.

67 On or about 1/21/2018 I requested my medical records for the third time and they are refusing to give me my records after several grievances.

68 On or about 1/21/2018 I sent the fourth letter to the wardens office telling him (shawn brewer) that medical records were not giving me my medical records at my expense.

69 On or about 1/24/2018 Ms.Robinson called me out for genetic testing and purposely left out vital information that would have taken my right to genetic counseling and would have made me the primary paarty resposiible for payment. I questioned her motives and and stated i didn't feel comfortable until after i seen my therapist. it also gave MDOC the ownership of the results.

70 On or about 1/25/2018 I reported severe bleeding from my vaginal area, and nothing was ever done about it.

71 On or about 1/28/2018 H/C denied me pain medication.

72 On or about 2/6/2018 I was seen by P.A Rohr and discussed my potential chances of having Lynch syndrome and I need for someone to give me the clinicl facts and explain to me about the genes and how this effects me long term,and she couldn't tell me much so she printedout a page and a half on lynch and nothing about the gene i'm missing and said if i have more questions have my family look it up.

STATEMENT OF FACTS

73 On or about 2/6/2018 P.A Rohr gave me the results from the biopsy from my cervics from Dr.Azimi and stated it was negative for cancer.

74 On or about i sent several request for medical attention about my day to day medical and pain medication is all they discussed.

75 On or about 2/14/2018 P.A.Rohr called me in her office to tell me their was a issue with billing and it would be requested again for payment. It was approve alresdy if they ordered the box test that I wouldn't sign until futher information was given to me.

76 On or about 2/14/2018 Dr.Azimi gave me the results of the biopsy and told me i had fibroids and the biopsy of my cervics was negative.

77 On or around 2/21/2018 I reported pain in the lower left abdomen.

78 On or about 3/6/2018 I continue to have severe pain and H/C did nothing.

79 On or about 3/8/2018 I turned in 3 stoolcards and they refuse to test them in front of me and later stated they were negative but couldn't show me the negative stoolcards.

80 On or about 3/13/2018 I had xrays done because of the severity of the pain and it showed excessive gass and excessive fecal matter.

STATEMENT OF FACTS

81. On or about 3/16/2018 I had a CEA blooddraw that increased from 2 to 3.39

82. On or about 3/16/2018 Director Papendick denied my offsite to return to the oncologist.

83. On or about 3/22/2018 I receive a letter from the ombudsman office denying there is nothing wrong with the way h/c is handling my care.

84. On or about 4/5/2018 I had appt. with P.A Rohr that she gota approval to send me to the oncologist and she had to get the approval from someone other then papendick because of his continuing denials.

85. On or about 4/24/2018 I went on a medrun to see Dr. Trimble and was instructed to get the genectic testing done and Cat-Scan for my stomach,and to listen to their instructions .

86. On or about 5/2/2018 Dr. Lacey came to see me and lied to me about the genetic testing being done to the actual tumor remove on 11/24/2017. He stated he had paperwork in his computer that said I did in fact have the LYNCH and that i need no more testing done.
I told him to lie to someone who is seriously ill about having additional diagnosis without solid evidence is inhumane .

87. On or about 5/2/2018- 6/1/2018 I suffered some horrible mental health stressors and was mentally unstable .

88. On or about 5/31/2018 I was being assess for coughing up blood and chest pain and R.N fiorini Interfered with another nurses assessment to avoid her duties as anurse and report my condition to the on call doctor.

STATEMENT OF FACTS

89. On or about 5/31/2018 I was admitted to the hospital for upper respitory infection and lesions on my lungs. I was traferred to Allegiance Henry Ford Hospital in Jackson Mich.

90. On or about 6/3/2018 I was release from Allegiance Hospital.

91. On or about 6/6/2018 I was given antibiotics by H/C from P.A.Rohr with explanation to why i was being given .

92. On or about 6/6/2018 P.A Rohr said i was approve for the Cat-Scan that was requested from oncology in april of 2018.
P.A Rohr said Director Papendick was still denying me offsite and I believe it was retaliation for the complaint filed with the U.S. Justice Dept and the grievance on Dr.Lacey back on or about 5/2/2018.

93. On or about 6/6/2018 P.A Rohr made uneccessary comments about my mental health because I was questioning her inconsistancy and her lack of seriousness in my case.

94. On or about 6/19/2018 I reported to med nurse i needed something more for constipation because i was in severe pain from lack of B/M.

95. On or about 7/2/2018 I had a bloddraw for my CEA

96. On or about &/9/2018 I was given instructions for colonoscopy.

97. On or about 7/11/2018 I had a colonoscopy at St. Joseph in Ann Arbor and it revealed another polyp which was remove and sent out for testing .

98. On or about 7/17/2018 I was seen by R.N Penrod and the Hum Fisher about grievances i filed (WHV/2018/06/1921/12E and WHV/2018/06/1927/12D and i reported R.N Fiorini behavior on 5/31/2018 and previous interference and delaying my care.

STATEMENT OF FACTS

99. On or about 7/17/2018 both Penrod and Hum Fisher agreed to investigate both of them agreed they never knew of me until the bleeding from my rectum and that my medical file was very large in a short amount of time.

100. On or about they both agreed that my case was inappropriately handeled and they would try to get things back on track.

101. On or about 7/24/2018 I had another appointment with R.N Penrod and Hum Fisher and inform me P.A Rohr was not going to be taking care of my case and that I needed someone more experience then her and she was not qualified enough to move my case forward.

102. On or about 7/24/2018 Hum Fisher stated that Dr.Pei was going to handle my case and i told her i was not okay with her because she was the first doctor who let me go untreated for cancer and called it something else. I told her i was not okay with it and i would report anything that she does that violates my rights and Penrod andFisher agree that if there was any problems they would remove her from my case.

103. On or about 8/2/2018 I seen R.N Nagel who is in charge of the hospice/ choices program and she had a form that was incorrectly worded and I had her correct the wording before i signed my name. I also told her about all the issues I had with having no official documentation I was even in the program .

104. On or about 9/3/2018 I went to the ER for a slipand fall on my left hand.

105. On or about 9/4/2018 went on medrun for a Cat-scan of my chest.

106. On or about 9/5/2018 I went on medrun to st.joseph and had a tissue sample remove from my stomach to make sure it was not cancer spreading.

107. On or about 9/15/2018 I had a visit from Hope Webb from LARA who said she was investigating Director Papendick and she was in possesion of my complaint filed with Corizon from march or april 2018

108. On or about 9/19/2018 I had a Regular blooddraw füll panel.

109. On or about (/21/2018 I had aUrine panel done for cervical and uterine cancer.

110. On or about 9/21/2018 Dr.Pei said that Director Papendick closedout my appeal process to go out for more testing for the new issues and I told her he was deliberaely dening me because of the formal complaints.

111. On or about 9/27/2018 Dr.Pei said I was approved for one visit with oncology and she said it was not papendick.

112. On or about 10/4/2018 I had to do a urine void because of the blood in my urine .

113. On or before that I had 3 test done that indicated blood in urine.

114. On or about 10/5/2018 I dropped off the urine jug to healthcare at 5;20pm.

115. On or about 10/15/2018 Dr.Pei said her request for me to go offsite to urology was denied by papendick even though i had 3 test that were positive for blood in my urine and i had lynch syndrome.

116. On or about that date 10/15/2018 Dr.Pei discussed my results from the MRI and that there was a slight change and some metastasis on the T12 on my lung and that she was given instruction to keep things in-house and to monitor me and not to send my new change to oncology and I want answers.

117. On 10/17/2018 I seen oncology Dr. Trimble and he said I was okay with

the Colon cancer and that all the new developments with the new non cancer issues would be handled by the prison, and he would see me every six months to follow up on my case.

118. On or about 10/30/2018 I had a medrun to st.jiseph to urology to see Dr.Flemwelling the urologist about the blood in my urine, and I told him how long it was that I had it and Dr.Pei told me that at my age it was okay to have blood in my urine and it was normal and he said it was never acceptable to have blood in urine without seeing a urologist to rule out cancer . He ordered several more test to be scheduled before i'm due back.

119. On or about 10/30/2018 I had a medrun to St.Joseph to sign papers to treat with Dr.Flemwelling

120. On or about 11/1/2018 My mental health was effecting my concentration and i was getting severe headaches.

121. On or about 11/13/2018 Dr.Pei and I had conversations about why she would tell me things that were contradicting the truth about my issue with the blood in my urine and I told her she has not address the headaches and chest pain that i was having and tried avoiding my questions by stating other things.

122. On or about 11/13/2018 Dr.Pei informed me papendick had denied my second post-op follow up for the surgery I had not even had.

123. On about 11/13/2018 I reported to Rn.Wells and R.N. Porter, R.N Daily the degraging comments athat Dr.Pei said to me about the care i receive is better then the homeless and I should stop complaining about what she isn't doing for me. I wrote a h/c kite to the Hum and there was a voicemail sent from the nurses to the Hum fisher

124. On or about 11/13/2018 I wrote a letter to the Warden about Dr.Pei disrespectful and degrading comments at my appt .

125. On Or about 11/14/2018 I started to experience severe chest pain and headaches and this continued until 11/19/2019 .

126. On or about 11/19/2018 I was seen at h/c for for severe chestpain and pressure and R.N. Floyd request that Dr.Choi see me and Dr.Choi sent me to the ER at St.Joseph's were they said it was from stress.

127. On or about 11/ 21/2018 I was given instruction for a procedure.

128. On or about 11/26/2018 I had amedrun for the scan of my urinarytract

129. On or about 12/1/2018 I was told Dr. Pei was no longer working for Women's Huron Valley prison and I would be getting a new doctor.

Aisha Kae Pope
March 17, 2019

Aisha K Pope 228305
3201 Bemis Rd
Ypsilanti, MI 48197

U.S. POSTAGE PITNEY BOWES
$ 002.30
21 MAR 2019
3/21/19

RECEIVED
MAR 25 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

Office of Clerk
United States District Court
231 W. Lafayette Blvd 5th floor
Detroit, MI 48226

U.S. MARSHALS

# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| **Case No.** 19-10870 **Judge:** David M. Lawson | **Magistrate Judge:** Stephanie Dawkins Davis |
| **Name of 1st Listed Plaintiff/Petitioner:**<br>Aisha Pope | **Name of 1st Listed Defendant/Respondent:**<br>Corizon Health, MDOC |
| **Inmate Number:** 228305 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Huron Valley Women's Correctional Facility<br>3201 Bemis Road<br>Ypsilanti, MI 48197<br>WASHTENAW COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   **Court:** ____________
   **Case No:** ____________
   **Judge:** ____________

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   **Court:** ____________
   **Case No:** ____________
   **Judge:** ____________