# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

AISHA POPE #228305,

    Plaintiff,

v

CORIZON HEALTH, INC., KEITH
PAPENDICK, ROBERT LACY,
CLAIRE PEI, SHANTHI GOPAL,
MOHAMMED AZIMI, DONNA ROHRS,
HUM McCARTHY, HUM FISHER,
KRISTYN FIORINI, JANET BRANCH,
BRYANT TINSLEY, HEIDI
WASHINGTON, SHAWN BREWER,
ANTHONY STEWART, and PATRICIA
ROBINSON,

    Defendants.

NO. 2:19-cv-10870

HON. DAVID M. LAWSON

MAG. DAVID R. GRAND

---

EXCOLO LAW
Keith Altman (P81702)
Attorney for Plaintiff
26700 Lahser Rd.
Southfield, MI 48033
(866) 939-2656

MICH. DEPT. OF ATTORNEY GENERAL
Sara Trudgeon (P82155)
James T. Farrell (P35400)
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Department of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

CHAPMAN LAW GROUP
Ronald W. Chapman (P37603)
Madeline Young (P82140)
Attorney for Defendants Corizon Health,
  Dr. Papendick, Dr. Lacy, Dr. Pei,
  Dr. Gopal, Dr. Azimi, and PA Rohrs
1441 West Long Lake Road, Suite 310
Troy, MI 48098
(248) 644-6326

    /

# THE MDOC DEFENDANTS' SUPPLEMENTAL WITNESS LIST

1. Kathy Wild—Expert
   Ms. Wild is an expert in the field of corrections nursing.

                                    Respectfully submitted,

                                    Dana Nessel
                                    Attorney General

                                    */s/ James T. Farrell*
                                    James T. Farrell
                                    Assistant Attorney General
                                    Attorney for Defendant
                                    MI Dep't. of Attorney General
                                    MDOC Division
                                    P.O. Box 30217
                                    Lansing, MI 48909
                                    (517) 335-3055
                                    farrellj@michigan.gov
Dated: April 19, 2021            P35400

## CERTIFICATE OF SERVICE

On April 19, 2021, I filed the foregoing document with the Clerk of the Court using the ECF system, and sent a copy by U.S. Mail to all non-ECF parties.

                                    */s/ Terri J. Davis*
                                    Terri J. Davis, Legal Secretary
                                    Mich. Dept. of Attorney General
                                    MDOC Division