UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AISHA POPE #228305,

    Plaintiff,

v

CORIZON HEALTH, INC., et al.

    Defendants.

NO. 2:19-cv-10870

HON. DAVID M. LAWSON

MAG. DAVID R. GRAND

---

| | |
|---|---|
| EXCOLO LAW<br>Keith Altman (P81702)<br>Attorney for Plaintiff<br>26700 Lahser Rd.<br>Southfield, MI 48033<br>(866) 939-2656<br><br>MICH. DEPT. OF ATTORNEY GENERAL<br>Sara Trudgeon (P82155)<br>James T. Farrell (P35400)<br>Assistant Attorney General<br>Attorneys for MDOC Defendants<br>Michigan Department of Attorney General<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055 | CHAPMAN LAW GROUP<br>Ronald W. Chapman (P37603)<br>Madeline Young (P82140)<br>Attorney for Defendants Corizon Health,<br>  Dr. Papendick, Dr. Lacy, Dr. Pei,<br>  Dr. Gopal, Dr. Azimi, and PA Rohrs<br>1441 West Long Lake Road, Suite 310<br>Troy, MI 48098<br>(248) 644-6326 |

                                                                        /

## AMENDED JOINT 26(f) REPORT AND DISCOVERY PLAN

On April 19, 2021, counsel for the parties conferred for the purpose of altering the Joint 26(f) Discovery Plan (ECF 57).  Additional time for discovery was needed given that Plaintiff has new counsel as do the Defendants.  Counsel agreed to amend the previously filed Discovery Plan as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery cutoff | December 22, 2021 |
| Disclosure of Plaintiff's Expert(s) | January 6, 2022 |
| Disclosure of Defendants' Expert(s) | January 20, 2022 |
| Expert Discovery cutoff | March 21, 2022 |
| Dispositive motions due | April 20, 2022 |
| Final pretrial conference | To be set after ruling on dispositive motions |
| Trial date | To be set after ruling on dispositive motions |

All other elements included in the Joint 26(f) Report and Discovery Plan (ECF 57) still apply.

Respectfully submitted,

s/ *Sara Trudgeon*
Sara Trudgeon (P82155)
Attorney for MDOC Defendants

s/ *Madeline Young* (with permission)
Madeline Young (P82140)
Attorney for Corizon Defendants

s/ *Keith Altman* (with permission)
Keith Altman (P81702)
Attorney for Plaintiff


Dated: May 13, 2021