UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AISHA POPE,

                    Plaintiff,

v.

CORIZON HEALTH, INC., KEITH
PAPENDICK, ROBERT LACY, CLAIRE
PEI, SHANTHI GOPAL, MOHAMMED
AZIMI, DONNA ROHRS, HUM
McCARTHY, HUM FISHER, KRISTYN
FIORINI, JANET BRANCH, BRYANT
TINSLEY, HEIDI WASHINGTON,
SHAWN BREWER, ANTHONY STEWART,
and PATRICIA ROBINSON,

                    Defendants.
_____/

Civil Action No. 19-10870

David M. Lawson
United States District Judge

David R. Grand
United States Magistrate Judge

## **SCHEDULING ORDER**

| | |
|---|---|
| FACT DISCOVERY CUTOFF (all responses due) | December 22, 2021 |
| PLAINTIFF'S EXPERT DISCLOSURES | January 6, 2022 |
| DEFENDANTS' EXPERT DISCLOSURES | January 20 2022 |
| EXPERT DISCOVERY CUTOFF | March 21, 2022 |
| DISPOSITIVE MOTION CUTOFF | April 20, 2022 |
| SETTLEMENT CONFERENCE | TO BE SCHEDULED[1] |
| JOINT FINAL PRETRIAL STATEMENTS, TRIAL BRIEFS, MOTIONS IN LIMINE | TO BE SCHEDULED |
| JOINT FINAL PRETRIAL CONFERENCE | TO BE SCHEDULED |
| TRIAL DATE | TO BE SCHEDULED |

---

[1] Should the parties determine a settlement conference would be fruitful at a particular time, they shall so advise the Court.

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES, OTHER THAN UPON MOTION SHOWING OF GOOD CAUSE.**

    **IT IS SO ORDERED.**

Dated: May 14, 2021            s/David R. Grand  
                                         DAVID R. GRAND  
                                         UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2021.

                                                         s/Eddrey O. Butts  
                                                         EDDREY O. BUTTS  
                                                         Case Manager