IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Aisha Pope, #228305

    Plaintiff,

v.

Corizon Health, MDOC et al.,

    Defendants.
_____/

Case No.: 2:19-cv-10870
District Judge: David M. Lawson
Magistrate Judge: David R. Grand

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DATES (ECF No. 85)

On March 17, 2022, plaintiff Aisha Pope filed an unopposed motion to extend the scheduling order dates in this case by 45 days. (ECF No. 84). The motion indicates that the defendants will not oppose the requested relief, and indeed, no response brief was filed. Having reviewed the motion, and for good cause shown, Fed. R. Civ. P. 16(b)(4), **IT IS ORDERED** that Pope's motion **(ECF No. 85)** is **GRANTED**.

**The following deadlines shall apply in this case:**

- Fact Discovery Cutoff: extended from March 22, 2022, to **May 6, 2022.**

- Plaintiff's Expert Disclosures: extended from April 6, 2022, to **May 23, 2022.**

- Defendants' Expert Disclosures: extended from April 20, 2022, to **June 6, 2022.**

- Expert Discovery Cutoff: extended from June 20, 2022, to **August 5, 2022.**

- Dispositive Motion Cutoff: extended from July 19, 2022, to **September 9, 2022.**

**SO ORDERED.**

Dated: April 20, 2022　　　　　　　　　　　　　　s/David R. Grand
Ann Arbor, Michigan　　　　　　　　　　　　　　DAVID R. GRAND

                                                United States Magistrate Judge

## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U. S. C. § 636(b)(1).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 20, 2022.

                                                s/Eddrey O. Butts
                                                EDDREY O. BUTTS
                                                Case Manager