**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:  Aisha Pope
DATE OF BIRTH:                ████████████
DATE:        02/18/2016 8:28 AM
VISIT TYPE:                    Med Management - Complex

_____

**Medications**
**Active - Medication Module:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 01/12/2016 | 07/13/2016 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 01/12/2016 | 07/13/2016 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 01/12/2016 | 07/13/2016 | trazodone 100 mg tablet | 2 qhs  or  1 qhs  if  she requests |
| 01/12/2016 | 07/14/2016 | diphenhydramine 50 mg capsule | Tabs 2 po Qhs |
| 01/12/2016 | 07/14/2016 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 01/12/2016 | 07/14/2016 | Prozac 20 mg capsule | Take one by mouth at bedtime |

**Allergies**

| Description | Reaction |
|---|---|
| Propoxyphene | |
| Penicillins | Itch |
| Acetaminophen | |
| Metronidazole | |

**Mental Status**
**Clinical Assessment**
**Axis I and Axis II:**
Axis I  Bipolar DO Mixed w/Psychotic Features (296.64)
Axis I  Post-traumatic Stress Disorder (309.81)
Axis I Dissociative Disorder (300.15)
Axis II Antisocial Personality Disorder (301.7)
**Axis IV:** Moderate
Problems related to:
        accessing health care
        housing
        legal system/crime
        primary support group
        social environment
**Axis V:**
Current GAF: 56 on 02/10/2016.
**Orders/Plan**
**Specific Plan Instructions**
Medication Progress and Rationale for Change in Medication: I refer to HC  for worsening  anemia in  recent  labs ---  see  above

**Instructions/Education**

| Status | ApptDate | Timeframe | Description |
|---|---|---|---|
| ordered | 03/03/2016 | | Consult : please eval. and treat  her worsening anemia(Hgb 9.9 ) and low serum Fe |

**Provider: Robert G. Drake MD**

**Document generated by: Robert G. Drake, MD**

NAME:  Pope, Aisha Kai
Inmate ID: 228305
D.O.B.:  ████████████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ██████████
DATE:                       03/07/2016 11:08 AM
VISIT TYPE:                 Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 43 year old female presents with pap pelvic/ anemia.

**History of Present Illness**
**1.  pap pelvic/ anemia**
   The symptom began  Year(s) ago.  Relevant medical history includes history of anemia.  Associated symptoms include cold intolerance.  Pertinent negatives include abdominal pain, amenorrhea, black stools, bleeding gums, bone pain, chest pain, constipation, diarrhea, dizziness, headache, jaundice, sore mouth/tongue, syncope, tachycardia, vomiting, weight loss and pica.  Additional information: p/p hasa long h/o chronic anemia since child hood ,  had been trnsfused in past given shots for anemia every few yrs, p/p deines any menstural problems of actue gyn symptoms ,has a normal menstural period , light last for 4 days. last pap 2013 at intake

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Trazodone Hcl | 100 Mg | 60 | 2  qhs  or  1 qhs  if  she requests |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Genitourinary:**
Positive for:
- Breast self exam.
- Frequent urination.
- Menarche age was 10.
- Vaginal discharge.
- Vaginal itching.

Negative for dysuria, fibroids, hematuria, oral contraception and ovarian cysts.

See History of Present Illness.
Reproductive comments: last pap in2013, was neg for ca

Pope, Aisha
228305
██████████

Pope-CLG-MDOC-000009

reap pap for unsatisfactory pap done in 2015 oct,.
**Dermatologic:**
Negative for breast discharge, breast lump(s) and breast pain.


**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 03/07/2016 | 11:13 AM | | | | | | | | |
| 03/07/2016 | 10:52 AM | 63.5 | 171.0 | 97.9 | 106/69 | 65 | 15 | 97 | |

| FiO2 | PeakFlow | Pain Score /10 | Comments | | Measured By |
|------|----------|----------------|----------|--|-------------|
| | | | | | Mohammad I. Azimi, MD |
| | | | | | Dazzerine Sartor, LPN |


**Physical Exam**
**Constitutional:**  No apparent distress.  Well nourished and well developed.
**Genitourinary:**
External Gyn:  External genitalia is unremarkable. Glands do appear to be normal.  Perineum is unremarkable.
No perianal abnormalities. Urethra is normal in appearance, without erythema.  Urethra meatus is normal.
Internal Gyn:   The chaperone for the exam was Dazzerine Sartor, LPN.
Examination of the vagina revealed discharge. .  Cervix normal to inspection and palpation.  Uterus normal in size
and position.  Adnexa palpable, normal in size; no masses.  Rectovaginal exam showed no masses or thickening.
.
PAP test was done.
Pap Info:
Gyn source: cervical, endocervical, .
Collection Technique: brush, .
Previous Cytology: unsatisfactory.
Previous Treatment: none. .
Diagnostic code: V72.31  Diagnosis: PAP smear routine

A speculoscopy was performed. Results were negative.
No CVA tenderness.  No flank masses are present.  No suprapubic tenderness.  Vaginal discharge is present.
Comments:  vag.


Pap Detail
Gyn source:  cervical, endocervical,
Collection Technique:  brush,
Previous Cytology:  unsatisfactory
Previous Treatment:  none.


**Assessment/ Plan**
**Gynecological examination** (v72.3)
**- pap pelvic done , urine urine  cult for urinary frequency**
**-  vag cult for d/c itching**
**-  local hygiene**
    **reffer p/p to Dr pei for anemia , p/p does not have meorrhagia , normal menses**


**Office Services**

| Status | ApptDate | Timeframe | Order | | Reason | Interpretation Value |
|--------|----------|-----------|-------|--|--------|----------------------|
| specimen obtained | | | | | PAP, thin prep | |


**Instructions / Education**

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 03/07/2016 | Increase fluid intake | |

Pope, Aisha
228305
▮▮▮▮▮▮

Pope-CLG-MDOC-000010

| completed | 03/07/2016 | Discussed risk/ benefits/ side effects of treatment |
| completed | 03/07/2016 | Patient was reassured |
| completed | 03/07/2016 | Follow exercise program |
| completed | 03/07/2016 | f/u prn |
| completed | 03/07/2016 | Patient education provided and patient voiced understanding |
| completed | 03/07/2016 | Reviewed diagnostic study results with patient |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
| | Comments | | | |
| specimen obtained | 88142 | PAP, thin prep | | |

**Referrals**

| Status | Order | | Timeframe | ApptDate |
| ordered | Referral to Dr pei/Provider | anemia /Eval and Treat | | 03/07/2016 |

**Document generated by: Mohammad I. Azimi, MD 03/07/2016 11:31 AM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       04/25/2016 11:08 AM
VISIT TYPE:                 Provider Visit-scheduled

---

**Chief Complaint/Reason for visit:**
This 44 year old female presents with respiratory.

**History of Present Illness**
**1. Respiratory**  Patient seen in consultation for hemoptysis.
Onset of symptoms was 1 week(s) ago.  Recently the hemoptysis has persisted.  Episodes occur daily.  The amount of hemoptysis is less than 1 Tbs/day.  The sputum is described as red or bright red and streaked with blood.  Symptoms are aggravated by laying in the bed andbedtime.  Associated symptoms include cough.  Pertinent negatives include0 abnormal bleeding, hematemesis, hematuria, chills, easy bruising, excessive phlegm, history of malignancy, nasal oxygen use, nausea, night sweats, oral bleeding, pleuritic pain, purulent phlegm, recent dental procedure, recent epistaxis, recurrent vomiting, sudden onset dyspnea, unilateral leg edema or wheezing.  Additional information: Per patient, she always cough at bedtime,cough up w/blood tinted mucus, no night sweats, no significant weight loss.
Additional comments:
44 y/o AAF is seen today, per patient, (+) H/o smoking for 15 yrs w/2PPD. She stopped smoking since 2013 when she came to MDOC this time.
**2. Anemia**
  The symptom began 30 Year(s) ago.  Type of anemia was acquired for deficiency anemia (iron deficient).  The problem is stable.  Relevant medical history includes history of anemia.  The patient has been managed with medication (iron supplements).  Associated symptoms include chills and cold intolerance.  Pertinent negatives include abdominal pain, black stools, bone pain, brittle nails, chest pain, constipation, fatigue, joint pain, low blood pressure, syncope, tachycardia and vomiting.

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
| --- | --- | --- | --- |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Trazodone Hcl | 100 Mg | 60 | 2  qhs  or  1 qhs  if  she requests |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
| --- | --- | --- |
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**HEENT:**

Motor: No motor weakness. .

Balance & Gait: Balance and gait intact. .

**Assessment/ Plan**

**Hemoptysis** (786.3)

Plan comments:  Discuss w/patient about hemoptysis and related issues.

Because the coughing episodes occurring only at bedtime: it is suspect that GERD or allergy etiology; however, w/(+) h/o smoking per patient, lung abnl needs to rule out. Also to screen for autoimmune disease such as pulm scarcoidosis vs others.

Will obtain CXR, and obtain lab today.

Spec accom is issued to elevate head during bedtime to prevent GERD. Will order Rx Zantac for possible GERD; order Rx Nasal spray to manage allergy, ok to buy OTC allergy pill to take.

It is noticed that patient is on multiple psy medications at bedtime.

Regarding h/o anemia: Rx Iron pill is ordered to take; Rx Dulcolax for constipation while on Rx Iron pill.

F/u w/site MP for above concerns.

Advise: kite HC ASAP for acute concerns in the interim.

Pending ROI regarding "mild heart attacks" in 2011 at Henry ford hospital.

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 04/25/2016 | 04/25/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| 04/25/2016 | 04/25/2017 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth two times per day |
| 04/25/2016 | 04/25/2017 | Ocean Nasal 0.65 % spray aerosol | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| 04/25/2016 | 04/25/2017 | Zantac 150 mg tablet | take one by mouth two times per day |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | | | Housing: Extra pillow | | |
| ordered | 07/25/2016 | | Provider Visit : Anemia f/u, review lab. | | |
| ordered | 05/10/2016 | | Provider Visit : Hemoptysis f/u, review CXR, lab. ( Rx ZANTAC, nasal spray). ordered. | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 04/25/2016 | Reviewed medications | |
| completed | 04/25/2016 | Take new medication as prescribed | |
| completed | 04/25/2016 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 04/25/2016 | Patient education provided and patient voiced understanding | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| completed | Chest x-ray, two views Bilateral | Hemoptysis eval | 786.3 | | 04/25/2016 |
| completed | Follow up if condition worsens or no improvement within ASAP days | | 786.3 | | 04/25/2016 |

**Lab Studies**

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| obtained | ANGCE 04/25/2016 | ANGIOTENSIN CONVERTING ENZYME | | |
| ordered | CBC2 | CBC with Differential, Platelets | | 06/06/2016 |
| obtained | PHS2 | Comp Panel + CBC/Plt/Thyroid | | 04/25/2016 |

Pope-CLG-MDOC-000024

Document generated by: Claire Y. Pei, DO 04/25/2016 3:38 PM

Pope, Aisha
228305

4/4

Pope-CLG-MDOC-000025

# Michigan Department of Corrections
# Bureau of Health Care Services

---

## LABORATORY ORDERS

---

**Lab Orders for:** Aisha Pope
**Date:** 04/25/2016 11:08 AM
**User:** Claire Y. Pei, DO
**Location:** WHV

| Status | Priority | Code | Lab Study | Date | Lab |
|--------|----------|------|-----------|------|-----|
| ordered | Routine | PHS2 | Comp Panel + CBC/Plt/Thyroid | 04/25/2016 | Contract Lab |
| ordered | Routine | ANGCE | ANGIOTENSIN CONVERTING ENZYME | 04/25/2016 | Contract Lab |
| ordered | Routine | CBC2 | CBC with Differential, Platelets | 06/06/2016 | Contract Lab |

NAME:  Pope, Aisha  Kai
NUMBER:   228305
D.O.B.: ███████

Pope-CLG-MDOC-000026

# Michigan Department of Corrections
# Bureau of Health Care Services

---

## LABORATORY ORDERS

---

**Lab Orders for:** Aisha Pope
**Date:** (04/25/2016 1:46 PM) 11/01/2016 3:02 PM
**User:** Tammy L. Taylor, LPN
**Location:** WHV

NAME: Pope, Aisha J
NUMBER: 228305
D.O.B.: ▮▮▮▮▮



**HEALTHCARE**

## MICHIGAN DEPARTMENT OF CORRECTIONS

PATIENT:  Pope, Aisha
LOCATION: WHV
PROVIDER: Claire  Pei MD
CURRENT USER :Claire Y. Pei, DO

## <u>MEDICATION ORDERS</u>

### <u>NEW AND RENEWED MEDICATION ORDERS  04/25/2016 11:43 AM</u>

| <u>Start Date</u> | <u>Stop Date</u> | <u>Medication</u> | <u>Dose</u> | <u>Sig Desc</u> |
|---|---|---|---|---|
| <u>04/25/2016</u> | <u>04/25/2017</u> | <u>Dulcolax</u> | <u>5 Mg</u> | <u>Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills).</u> |
| <u>04/25/2016</u> | <u>04/25/2017</u> | <u>Ferrous Sulfate</u> | <u>325 Mg (65 Mg Iron)</u> | <u>take one by mouth two times per day</u> |
| <u>04/25/2016</u> | <u>04/25/2017</u> | <u>Ocean</u> | <u>0.65 %</u> | <u>1-2 sprays to each notril tid prn. ( allergy season)( kite for refills).</u> |
| <u>04/25/2016</u> | <u>04/25/2017</u> | <u>Zantac</u> | <u>150 Mg</u> | <u>take one by mouth two times per day</u> |

### <u>MEDICATIONS STOPPED THIS ENCOUNTER</u>

### <u>MEDICATIONS TO START AFTER TODAY'S DATE</u>

**Name:** Pope,Aisha
**DOB**
**Number:**  228305

Pope-CLG-MDOC-000030

MICHIGAN DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH CARE
RADIOLOGY REPORT

PATIENT NAME AND NUMBER:  Pope, Aisha 228305
PATIENT LOCK:  WHV
REQUESTING PROVIDER:  Pei

DATE OF EXAM:  04/25/16
FACILITY OF EXAM:  OFF-SITE

TYPE OF EXAM:  CHEST, POSTEROANTERIOR AND LATERAL VIEWS

No prior studies are available for correlation.

FINDINGS:  Two view chest study reveals a normal appearance of the heart size, mediastinal structures and pulmonary vasculature.  No consolidative infiltrates were seen within the lungs.  The osseous thorax appears normal as viewed.

IMPRESSION:

No active pulmonary disease noted.

_____
MICHAEL HENDERSON, DO #11462
MDOC Medical Provider

MH / nq
4/25/2016 10:17 PM / 4/26/2016 11:34 AM
21210481

Electronically signed by Michael A. Henderson MD on 04/26/2016 09:33 PM

Pope,Aisha
228305
DOB ████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                      Aisha Pope
DATE OF BIRTH:                ███████████
DATE:                         05/18/2016 10:26 AM
VISIT TYPE:                   Chart Update

_____

**Chief Complaint/Reason for visit:**
This 44 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
CRV, sign off lab report@5/13/2016: ACE=WNL; LDL-C=150 from 190, improving w/Rx Pravachol; Hgb=11.1 which is stable, continue Rx Iron pill as prescribed; CXR report@4/25/2016 showed " No active pulmonary disease noted." Will discuss at next visit.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Trazodone Hcl | 100 Mg | 60 | 2  qhs  or  1 qhs  if  she requests |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 60 | take one by mouth two times per day |
| Zantac | 150 Mg | 60 | take one by mouth two times per day |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Document generated by: Claire Y. Pei, DO 05/18/2016 10:34 AM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:            Aisha Pope
DATE OF BIRTH:      ███████████
DATE:               06/07/2016 5:13 PM
VISIT TYPE:         Chart Update

_____

**Chief Complaint/Reason for visit:**
This 44 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
CRV, sign off lab report@6/6/2016: CBC=10.8 from 9.9, continue Rx Iorn pill.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Trazodone Hcl | 100 Mg | 60 | 2  qhs  or  1 qhs  if  she requests |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | | 60  take one by mouth two times per day |
| Zantac | 150 Mg | 60 | take one by mouth two times per day |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Document generated by: Claire Y. Pei, DO 06/07/2016 5:15 PM**

Pope-CLG-MDOC-000040

**Hyperlipidemia NEC/NOS (272.4), Fair.**
**- LDL-C=150@5/13/2016 from 190@4/25/2016**
Plan comments:
1) LDL-C value has been improved w/Rx Pravachol=40mg qhs;  Continue this medication to manage the lipid condition; recommend to continue to employ healthy lifestyle choices.
2) Regarding anemia: patient saw Gyn on 3/7/2016. Per patient, she had DRE test which was negative; however EMR note dated on 3/7/2016 didn't document the DRE finding. Per patient, she has been Dx w/anemia since 1991 after the 1st delivery and she was on Rx Iron pill till she came to prison 3-yrs ago. She denied NSAID usage. Hgb=10.8@6/6/2016 which is stable. Will increase Rx Iron pill to tid from bid.
3) F/u w/site MP for CCC visit. continue to monitor lab.

### Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 06/09/2016 | 04/25/2017 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth three times per day ( increased) |

### Medications stopped this visit

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 04/25/2016 | 06/09/2016 | Ferrous Sulfate | 325 Mg (65 Mg Iron) | take one by mouth two times per day |

### Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 09/08/2016 | | Chronic Care Clinic Fair : HLP f/u. (and Anemia f/u, last Gyn visit@3/7/16,no DRE document). review lab, may consider DRE if indicated. ( irregular mense) | | |

### Instructions / Education

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 06/09/2016 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 06/09/2016 | 6/6 & 5/13/2016 lab reports are reviewed. | |
| completed | 06/09/2016 | Patient education provided and patient voiced understanding | |
| completed | 06/09/2016 | Reviewed diagnostic study results with patient | |
| completed | 06/09/2016 | Continue current medication | |
| completed | 06/09/2016 | Change medication dose | |
| completed | 06/09/2016 | Reviewed medications | |

### Lab Studies

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | PHS2 Fasting. | Comp Panel + CBC/Plt/Thyroid | | 08/31/2016 |
| ordered | HBA1C Fasting. | Hemoglobin A1C | | 08/31/2016 |

**Document generated by: Claire Y. Pei, DO 06/09/2016 3:54 PM**

Pope-CLG-MDOC-000043

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:                        Aisha Pope
DATE OF BIRTH:                  ███████████
DATE:                           09/16/2016 9:12 AM
VISIT TYPE:                     Chart Update

---

**Chief Complaint/Reason for visit:**
This 44 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
CRV, sign off lab report@9/14/2016: lipid profile is improving; HgbA1c=5.2 WNL, no diabetes; CBC w/Hgb=10.6 stable, continue Rx Iron pill. Will discuss at next visit.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day ( increased) |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Zantac | 150 Mg | 60 | take one by mouth two times per day |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Document generated by: Claire Y. Pei, DO 09/16/2016 9:16 AM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

| | |
|---|---|
| PATIENT: | Aisha Pope |
| DATE OF BIRTH: | ███████████ |
| DATE: | 09/26/2016 9:54 AM |
| VISIT TYPE: | Chronic Care Visit |

---

### History of Present Illness

**1. Lipid Disorder**

  The problem has improved.  Patient compliance with diet is good, with exercise is good, with medication is good and with follow up is good.  Reasons for screening include alcohol use, diet and tobacco use.  Reasons for screening do not include chronic renal disease, coronary artery disease, diabetes mellitus, hypertension, obesity, PVD and sedentary life style.  There are no secondary causes of hyperlipidemia.  There are no associated symptoms.  Pertinent negatives include chest pain, cholelithiasis, claudication, diarrhea, dizziness, dyspepsia, edema, flatulence, flushing, GI upset, gout, headache, myalgias, myopathy, myositis or nausea.
Additional comments:
Patient stated that she only wants Rx Zantac qd from bid.

**2. Anemia**

  Type of anemia was acquired for deficiency anemia (iron deficient).  The problem is improving.  Relevant medical history includes history of anemia.  The patient has been managed with medication (iron supplements).
Associated symptoms include cold intolerance.  Pertinent negatives include abdominal pain, amenorrhea, bleeding gums, bone pain, chest pain, chills, diarrhea, dizziness, fatigue, gait disturbance, headache, jaundice, joint pain, low blood pressure, nausea, numbness/tingling, shortness of breath, syncope, tachycardia, vomiting and weakness.

### Chronic Problems

Hyperlipidemia NEC/NOS

### Medications Active Prior to Today's Visit

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs  with  the 100mg |

### Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

### Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/2016 | 2:18 PM | 63.5 | 171.0 | 98.0 | 116/77 | 75 | 15 | | |
| 09/26/2016 | 9:54 AM | 63.5 | 65.0 | 97.9 | 113/73 | 86 | 18 | 96 | |

Pope, Aisha
228305
████████
1/3

0/10

Measured By
Heather Bittner, RN
Claire Y. Pei, DO

## Physical Exam

**Constitutional:**  No apparent distress.  Well nourished and well developed.
**Head / Face:**  Normocephalic.
**Eyes:**  Pupils are equal and reactive to light.  Conjunctiva and lids are normal.
**Neck / Thyroid:**  Supple, without adenopathy, or enlarged thyroid.
**Respiratory:**  Normal to inspection.  Lungs clear to auscultation and percussion.
**Cardiovascular:**  Regular rhythm.  No murmurs, gallops, or rubs.
**Abdomen:**  Soft, non-tender without organomegaly or masses.
**Integumentary:**  No impressive skin lesions present.
**Back / Spine:**  The back is non-tender.
**Musculoskeletal:**  Normal musculature; no skeletal tenderness or joint deformity.
**Extremities:**  Extremities appear normal. No edema or cyanosis.
**Neurological:**
Level of Consciousness:  Normal.
Orientation:  Alert and oriented X 3. Grossly normal intellect. .
Memory:  Intact. .
Cranial nerves:  II-XII grossly intact. .
Sensory:  No sensory loss. .
Motor:  No motor weakness. .
Balance & Gait:  Balance and gait intact. .

## Assessment/ Plan

**Hyperlipidemia NEC/NOS** (272.4), Good.
**- LDL-C=118@9/14/2016 from 150;HDL=66 from 60, TG=69**
**Anemia** (285.9)
**- Improving on Rx Iron pill w/Hgb=10.6@9/14/2016 from 9.9**
Plan comments:  9/14/2016 lab report is reviewed.
Continue current medications except to change Rx Zantac to qd from bid per patient's request.
F/u w/site MP for CCC visit. Obtain fasting lab prior to next visit.
Recommend: low fat, low salt balanced diet, exercise regularly.
Advise: kite health care as needed for acute concerns in the interim.
Gyn EMR note dated on 3/7/2016 is reviewed.

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 09/26/2016 | 09/26/2016 | Ecotrin Low Strength 81 mg tablet,enteric coated | Take 1 by mouth once daily |
| 09/26/2016 | 09/26/2016 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| 09/26/2016 | 09/26/2016 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth three times per day |
| 09/26/2016 | 09/26/2016 | Ocean Nasal 0.65 % spray aerosol | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| 09/26/2016 | 09/26/2016 | Zantac 150 mg tablet | take one by mouth every day |
| 09/26/2016 | 09/26/2016 | Pravachol 40 mg tablet | Take one by mouth at bedtime |

## Medications stopped this visit

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 04/25/2016 | 09/26/2016 | Zantac | 150 Mg | take one by mouth two times per day |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation | Value |
|---|---|---|---|---|---|---|
| ordered | 04/03/2017 | | Chronic Care Clinic Good : HLP, anemia f/u. review lab. | | | |

Pope, Aisha
228305

2/3

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 09/26/2016 | Continue current medication | |
| completed | 09/26/2016 | Change medication dose | |
| completed | 09/26/2016 | Reviewed medications | |
| completed | 09/26/2016 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 09/26/2016 | Patient was reassured | |
| completed | 09/26/2016 | Follow exercise program | |
| completed | 09/26/2016 | 9/14/2016 lab report is reviewed. | |
| completed | 09/26/2016 | Patient education provided and patient voiced understanding | |
| completed | 09/26/2016 | Reviewed diagnostic study results with patient | |

**Lab Studies**

| Status | Lab Code<br>Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | PHS2<br>Fasting. | Comp Panel + CBC/Plt/Thyroid | | 03/29/2017 |
| ordered | FOL | FOLATE | | 03/29/2017 |
| ordered | VB12 | VITAMIN B 12 | | 03/29/2017 |

**Document generated by: Claire Y. Pei, DO 09/26/2016 5:14 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       10/10/2016 3:11 PM
VISIT TYPE:                 Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 44 year old female presents with gynecology.

**History of Present Illness**
**1.  Gynecology**
  Associated symptoms include hot flashes and sweats.  Additional information: p/p has hot and cold flshes at night with  feeling cold and has to wrapp in couple of blanktes. p/p treated for anemia wit po iron. p/p stated her mensesare not heavy laast for 3-4 days comes monthly.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|-----------|------|-----|-------------|
| Zantac | 150 Mg | 30 | take one by mouth every day |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---------------------|-------|-----------|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Genitourinary:**
Positive for:
-  Menarche age was 10.

Pope, Aisha
228305
████████
1/2
Pope-CLG-MDOC-000065

- Menses: Menses is regular.
- The patient is peri-menopausal.

Negative for dysuria and hematuria.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2016 | 2:54 PM | 63.5 | 172.0 | | 113/77 | 87 | 14 | 98 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|---|---|---|---|---|---|
| | | | | | Dazzerine Sartor, LPN |

## Physical Exam
**Constitutional:** No apparent distress.  Well nourished and well developed.
**Genitourinary:**
Internal Gyn:   The chaperone for the exam was Dazzerine Sartor, LPN.
.
.
A speculoscopy was performed.
Pelvic deferred.
Comments:  lst pap pelvic 3/2016 was neg.

## Assessment/ Plan
**State, female climacteric** (627.2)
**- p/p having hot  & cold flashes , sweating at night  , possible peri menopause,  hrt trial for 3 month**
**-  notify h/c if problem is worse**

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 10/10/2016 | 01/10/2017 | Premarin 0.45 mg tablet | Take one Tab by mouth daily |
| 10/10/2016 | 01/10/2017 | Provera 2.5 mg tablet | Take one tab by mouth every day |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 01/10/2017 | | On-Site :  perimenopause | | |

## Instructions / Education

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 10/10/2016 | Increase fluid intake | |
| completed | 10/10/2016 | Increase activity level | |
| completed | 10/10/2016 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 10/10/2016 | Patient was reassured | |
| completed | 10/10/2016 | Follow exercise program | |
| completed | 10/10/2016 | Patient education provided and patient voiced understanding | |
| completed | 10/10/2016 | Reviewed diagnostic study results with patient | |

**Document generated by: Mohammad I. Azimi, MD 10/10/2016 3:20 PM**

Pope, Aisha
228305
2/2
Pope-CLG-MDOC-000066

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | Aisha Pope |
| DATE OF BIRTH: | ███████████ |
| DATE: | 10/21/2016 4:01 PM |
| VISIT TYPE: | Chart Update |

_____

**Chief Complaint/Reason for visit:**
This 44 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
CRV.
Per EMR@10/15/2016: D/c Rx Zantac per patient's request.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Provera | 2.5 Mg | 30 | Take one tab by mouth every day |
| Premarin | 0.45 Mg | 30 | Take one Tab by mouth daily |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 09/26/2016 | 10/21/2016 | Zantac | 150 Mg | take one by mouth every day |

Pope, Aisha
228305
████████
1/2

Pope-CLG-MDOC-000069

**Document generated by: Claire Y. Pei, DO 10/21/2016 4:02 PM**

Pope, Aisha
228305

2/2

Pope-CLG-MDOC-000070

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:            Aisha Pope
DATE OF BIRTH:      ████████████
DATE:               01/11/2017 3:05 PM
VISIT TYPE:         Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 44 year old female presents with gynecology.

**History of Present Illness**
**1. Gynecology**
  Additional information: p/p was started on premarin provera for 3 month,  in nov  2016 p/p passedblood clot, menses was for 2 days,  p/p wants to stop hrt due to wt gain and  h/o anemia on po iron tid  started by dr PEi.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Genitourinary:**
Negative for dysmenorrhea, dysuria, hematuria, menorrhagia and vaginal discharge.

**Vital Signs**

Pope-CLG-MDOC-000075

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|----|-------|-------|---------------|--------------|
| 01/11/2017 | 2:53 PM | 63.5 | 171.0 | 97.8 | 111/77 | 95 | 15 | 97 | |

FiO2    PeakFlow    Pain Score    Comments                                      Measured By
                                                                               Dazzerine Sartor, LPN

**Physical Exam**
**Constitutional:** No apparent distress. Well nourished and well developed.
**Genitourinary:**
Internal Gyn:    The chaperone for the exam was  neg.
.
.
Comments:  last pap 3/2016.


**Assessment/ Plan**
**State, female climacteric** (627.2)
- p/p does not want to continue with hrt,  will advise to observe her symptoms of hot flahses
-  p/p on poiron for anemia ,  order  blood tests for f/u of anemia


**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|--------|----------|-----------|-------|--------|---|
| nterpretation Value | | | | | |
| ordered | 04/11/2017 | | On-Site :  perimenopause/ anemia | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 01/11/2017 | Reviewed diagnostic study results with patient | |
| completed | 01/11/2017 | Increase fluid intake | |
| completed | 01/11/2017 | Increase activity level | |
| completed | 01/11/2017 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 01/11/2017 | Patient was reassured | |
| completed | 01/11/2017 | Follow exercise program | |
| completed | 01/11/2017 | Patient education provided and patient voiced understanding | |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
|--------|----------|-----------|-----------|------|
| | Comments | | | |
| ordered | CBC2 | CBC with Differential, Platelets | | 01/11/2017 |
| ordered | SIRON/TIBC | Iron and TIBC | | 01/11/2017 |


**Document generated by: Mohammad I. Azimi, MD 01/11/2017 3:21 PM**

Pope, Aisha
228305

2/2
Pope-CLG-MDOC-000076

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                Aisha Pope
DATE OF BIRTH:       ██████████
DATE:                    01/18/2017 8:53 AM
VISIT TYPE:           Chart Update

_____

**Chief Complaint/Reason for visit:**
This 44 year old female presents with lab.

**History of Present Illness**
**1. lab**
Additional comments:
crv for lab
cbc, hgb. hct low, 10.5, 31.4, rbc low, serum iron 60, tibc 239 low
p/p on po iron

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 10 Mg | 30 | 1 at hs with the 20mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with the 100mg |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for |
| constipation(while on Rx Iron pill). ( kite for refills). | | | |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| season)( kite for refills). | | | |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| refuse | | | |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Physical Exam**

Pope-CLG-MDOC-000081

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:  Aisha Pope
DATE OF BIRTH:
DATE:        01/30/2017 9:48 AM
VISIT TYPE:                Case Management

_____

**Chronic Problems**
<u>Axis</u>   <u>Description</u>
         Hyperlipidemia NEC/NOS
**Allergies**
<u>Description</u>                                        <u>Reaction</u>
Propoxyphene
Penicillins                                          Itch
Acetaminophen
Metronidazole
**Progress Note**
**Direct Service:**                Case Management
**Individual(s) Present:**         patient and therapist
**Duration of Contact:**           20 - 30 minutes
**Change in Mental Status:**       No change.
**Change in stressors and/or supports of progress:**     New stressors and/or supports.
Description of change: family concerns involving husband and youngest son in Alabama.
**Treatment is necessary to:**     maintain or improve current level of functioning
**Therapeutic Interventions:**     Focused Dynamic, supportive

**Comments:**
Ms. Pope presented with generally euthymic mood and affect appropriate to the discussion.  She discussed her health concerns, some family concerns, and her efforts to get along with her bunkie by communicating assertively rather than aggressively. She showed this clinician some bruised areas on her arms and stated that she has been noticing them on her arms and legs since July of last year, expressing concern about the cause.  She stated that she continues to kite HC for follow-up after having reported this in a prior visit.  She stated that she believes she is taking too much iron, reporting orangish patches on her palms and the bottom of her feet. She explained that because of this, she is taking only 2 of the 2 pills prescribed for her. She described frustration with her husband after learning that her youngest son, who has been in Alabama for the past several months, has not been receiving money provided by her  that her husband was supposed to be sending for his support (her husband is the stepfather of her son). In the discussion, she made mention of some money she has been setting aside for herself "in case my husband walks away from the marriage" but said this with no show of distress or emotion.  She reported that she is currently participating in a college Creative Writing course through Eastern Michigan University, which she has mixed feelings about due to her perception that the instructor is looking for fixed responses rather than the individual interpretations  of the students in the class. She reported compliance with her psych meds and complained of no troublesome side effects.

**Mental Status**
Patient's appearance is appropriate.
Patient is oriented to person, place, time and situation.
Behavior is described as unremarkable.
Psychomotor behaviors are unremarkable.
Speech is appropriate.
Patient's affect is appropriate.
Patient's mood is euthymic.

                                        NAME:  Pope, Aisha J
                                        Inmate ID: 228305
                                        D.O.B.:

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| **PATIENT:** | Aisha Pope |
| **DATE OF BIRTH:** | █████████ |
| **DATE:** | 04/18/2017 11:28 AM |
| **VISIT TYPE:** | Provider Visit-scheduled |

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with gynecology.

**History of Present Illness**
**1.  Gynecology**
 Last menstrual period was 5 Months ago and was on 11/18/2016. The age of menarche onset was 10. Presenting / Initial symptoms include amenorrhea and secondary.  The patient's relevant history is negative for diabetes mellitus and oral contraceptive use.  Associated symptoms include pelvic pain. Additional information: p/p c/o low abd pain radiating to back,  missed menses in 5 months,  was given   hrt for hot flashes last yr for 3 months & helped hot flashes then p/p gets cramps midol not helping.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| refuse | | | |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for |
| constipation(while on Rx Iron pill). ( kite for refills). | | | |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| season)( kite for refills). | | | |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Genitourinary:**
Positive for:

- Dysmenorrhea.
- Menarche age was 10.
- Menses.  Last menses was 11/18/2016.
- Pelvic pain.
- The patient is peri-menopausal.

Negative for dysuria, hematuria and oral contraception.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 04/18/2017 | 11:39 AM | | | | | | | | |
| 04/18/2017 | 11:17 AM | 63.0 | 165.0 | 98.1 | 121/75 | 72 | 18 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|------|----------|------------|----------|-------------|
| | | | | Jereisha S. Williams |

**Physical Exam**
**Constitutional:** No apparent distress.  Well nourished and well developed.
**Abdomen:** Soft, non-tender without organomegaly or masses.
**Genitourinary:**
External Gyn: External genitalia is unremarkable. Glands do appear to be normal.  Perineum is unremarkable.
No perianal abnormalities. Urethra is normal in appearance, without erythema.  Urethra meatus is normal.
Internal Gyn:   The chaperone for the exam was Jereisha Williams.
Vaginal mucosa appears normal. .  Cervix normal to inspection and palpation.  Uterus:  not palpable.Adnexa:
tenderness, right.Bladder is normal.
.
PAP test was not done.
Pap Info:
L.M.P.: Last menses were 11/18/2016.

A speculoscopy was performed. Results were negative.
No CVA tenderness.  No flank masses are present.  No suprapubic tenderness.  There appears to be no vaginal
discharge.

**Assessment/ Plan**
**Pain assoc w/female genital organs** (625)
**-  p/p perimenopause , 5 months of amenorrhea with pelvic pain not relived by  ot c pain meds**
**Absence, menstruation** (626.0)
**- tenderrt side,  uterus not plable due t o wt**
**- will do us of pelvis for further evaluation of pain & amenorrhea**
**- f/u after us**

**Office Services**
**Instructions / Education**

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 04/18/2017 | Increase fluid intake | |
| completed | 04/18/2017 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 04/18/2017 | Patient was reassured | |
| completed | 04/18/2017 | Patient education provided and patient voiced understanding | |
| completed | 04/18/2017 | Reviewed diagnostic study results with patient | |

**Document generated by: Mohammad I. Azimi, MD 04/18/2017 11:49 AM**

Pope, Aisha
228305

Pope-CLG-MDOC-000092

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Mohammad I. Azimi, MD      04/18/2017 11:28 AM**

**Patient: Aisha  Pope**                          **ID#: 228305**      **DOB:** ████████

On-Site Clinic                                          Reference #:
Routine                                                 Date of Request: 04/18/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** us  pelvis

**Specialty Service Requested:** global diagnostics whv

**Provider:** radiology
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Pain assoc w/female genital organs                   625
Absence, menstruation                                626.0

**Signs & Symptoms:**                              **Date of Onset:**
 45 yrsold ,  c/o 5 months h/o pain absent menses,  pain not relieved with midol,  advil,  p/p last pap 3/2016 neg anemia treated with po iron tid
 pelvic exam 4/18/17 . uterus not palpable,  rt adnexal  tenderness,  us of pelvis evaluation   uterus ,  adnexal pain

**Lab & Xray Data**
 hgb 11.5 in 3/2017

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 09/26/2016 | 09/26/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| 09/26/2016 | 09/26/2017 | Ecotrin Low Strength 81 mg tablet,enteric coated | Take 1 by mouth once daily |
| 09/26/2016 | 09/26/2017 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth three times per day |
| 09/26/2016 | 09/26/2017 | Ocean Nasal 0.65 % spray aerosol | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |

NAME: Pope, Aisha
NUMBER:  228305
D.O.B.: ████████

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Mohammad I. Azimi, MD       04/18/2017 11:28 AM**

| | | | |
|---|---|---|---|
| 09/26/2016 | 09/26/2017 | Pravachol 40 mg tablet | Take one by mouth at bedtime |
| 03/07/2017 | 09/07/2017 | diphenhydramine 50 mg capsule | Tabs 2 po Qhs |
| 03/07/2017 | 09/07/2017 | trazodone 50 mg tablet | Take 1 by mouth at bedtime or she can  refuse |
| 03/22/2017 | 09/22/2017 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 03/22/2017 | 09/22/2017 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 03/22/2017 | 09/22/2017 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 03/22/2017 | 09/22/2017 | Prozac 20 mg capsule | Take one by mouth at bedtime |

**Site Medical Provider:** Mohammad I. Azimi MD       04/18/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes         No         Deferred**


**Reviewer comments:**


**Recommendation for visit appointment:**


**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha
NUMBER:  228305
D.O.B.:

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool        (04/18/2017 11:28 AM) 04/19/2017 11:36 AM**

**Patient: Aisha  Pope**                    **ID#:  228305**        **DOB:** ▮▮▮▮▮

On-Site Clinic                                                    Reference #: 48197
Routine                                                          Date of Request:  04/18/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** us  pelvis

**Specialty Service Requested:**  global diagnostics whv

**Provider:**  radiology
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Pain assoc w/female genital organs                625
Absence, menstruation                            626.0

**Signs & Symptoms:**                          **Date of Onset:**
 45 yrsold ,  c/o 5 months h/o pain absent menses,  pain not relieved with midol,  advil,  p/p last pap 3/2016 neg
anemia treated with po iron tid
 pelvic exam 4/18/17 . uterus not palpable,  rt adnexal  tenderness,  us of pelvis evaluation   uterus ,  adnexal pain

**Lab & Xray Data**
 hgb 11.5 in 3/2017

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|------------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 09/26/2016 | 09/26/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| 09/26/2016 | 09/26/2017 | Ecotrin Low Strength 81 mg tablet,enteric coated | Take 1 by mouth once daily |
| 09/26/2016 | 09/26/2017 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth three times per day |
| 09/26/2016 | 09/26/2017 | Ocean Nasal 0.65 % spray aerosol | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |

NAME: Pope, Aisha
NUMBER:  228305
D.O.B. ▮▮▮▮▮

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Connie McCool        (04/18/2017 11:28 AM) 04/19/2017 11:36 AM**
09/26/2016 09/26/2017 Pravachol 40 mg tablet            Take one by mouth at bedtime
03/07/2017 09/07/2017 diphenhydramine 50 mg capsule     Tabs 2 po Qhs
03/07/2017 09/07/2017 trazodone 50 mg tablet            Take 1 by mouth at bedtime or she can  refuse
03/22/2017 09/22/2017 Lamictal 100 mg tablet            take one by mouth at bedtime with the 50mg
03/22/2017 09/22/2017 Lamictal 25 mg tablet             2 qhs with  the 100mg
03/22/2017 09/22/2017 Prozac 10 mg capsule              1 at hs  with  the 20mg
03/22/2017 09/22/2017 Prozac 20 mg capsule              Take one by mouth at bedtime
**Site Medical Provider:** Mohammad I. Azimi MD        04/18/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes  X        No        Deferred**

**Reviewer comments:**
us  pelvis at WHV

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  04/19/2017**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha
NUMBER:   228305
D.O.B.: ███████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ▇▇▇▇▇▇▇▇▇▇
DATE:                       04/19/2017 3:29 PM
VISIT TYPE:                 Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with  409.

**History of Present Illness**
**1.  409**
Additional comments:
 crv for 409
 407 approved for us pelvis

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | | 90  take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Physical Exam**

**Document generated by: Mohammad I. Azimi, MD 04/19/2017 3:30 PM**

Pope-CLG-MDOC-000098

DUANE L. WATERS HEALTH CENTER
3857 COOPER STREET
JACKSON, MICHIGAN 49201

ULTRASOUND OF THE PELVIS - TRANSABDOMINAL/TRANSVAGINAL

PATIENT NAME AND NUMBER:  Pope, Aisha  228305

DICTATING PHYSICIAN:  Lyle Mindlin, DO #11461

DATE:  04/21/17

REQUESTING PROVIDER:  Azimi

REFERRING FACILITY:  WHV

IDENTIFYING DATA:  Uterus 9.5 x 5.5 x 7.5 cm.  Endometrial thickness 1 cm.  Right ovary 2.5 x 2.0 x 2.0 cm; left ovary 3.5 x 3.0 x 3.5 cm.  Two fibroids are identified, the largest measuring about 3 cm.  The ovaries are normal in echogenicity.  No abnormal pelvic masses or fluid collections otherwise identified.

IMPRESSION:

1.  Thickening of the endometrium, possibly related to menstrual cycle.
2.  Two uterine fibroids.


_____
Lyle Mindlin, DO #11461
MDOC Medical Provider

LM / mf
4/23/2017 11:06 AM / 4/24/2017 8:34 AM
22545052


Electronically signed by Michael A. Henderson MD on 04/24/2017 10:55 PM

**Constitutional:**
Positive for:
- Night sweats.

Negative for fatigue and fever.

**Respiratory:**
Negative for cough, dyspnea and wheezing.

**Cardiovascular:**
Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Positive for:
- Vomiting.

Negative for abdominal pain, constipation and diarrhea.

**Genitourinary:**
Negative for dysuria and hematuria.

**Metabolic/Endocrine:**
Positive for:
- Polyphagia.

**Neuro/Psychiatric:**
Positive for:
- Headache.

**Dermatologic:**
Positive for:
- Rash.

**Hematology:**
Negative for bleeding and easy bruising.


**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 05/09/2017 | 1:35 PM | | 172.0 | 98.0 | 107/75 | 71 | | 98 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Alice Penrose, MD |


**Physical Exam**
**Constitutional:**
Level of distress is anxious.  Nourishment type is overweight.  Overall appearance is depressed.
**Head / Face:**  Normocephalic.
**Eyes:**  Pupils are equal and reactive to light.  Conjunctiva and lids are normal.
**Ears:**  Hearing grossly intact. Tympanic membranes normal.
**Nose / Mouth / Throat:**  No nasal deformity.  Mucous membranes normal.  Tongue and throat appear normal.
No mucosal lesions.
**Neck / Thyroid:**  Supple, without adenopathy, or enlarged thyroid.
**Respiratory:**  Normal to inspection.  Lungs clear to auscultation and percussion.
**Cardiovascular:**  Regular rhythm.  No murmurs, gallops, or rubs.
**Abdomen:**
 There is no guarding. There is no rebound.
No hepatic enlargement.
No spleen enlargement.
Negative for palpable masses.
Comments:  tender in lower quadrants.

**Integumentary:**
Comments: papular rash on back of neck and antecubital spaces
**Psychiatric:**
The patient has pressured speech,

**Assessment/ Plan**
**1. Hyperlipidemia NEC/NOS** (272.4), Good.
**- LDL 122**
**2. Migraine** (346), Poor.
**- propranolol**
**-avoid caffeine**
**3. Dermatitis and eczema, contact** (692), Good.
**- betamethasone**
**4. anemia improved**

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | propranolol 10 mg tablet | on half tablet bid for prevention of headache |
| Take every day | | | |
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per |
| day 15 gm | kite for RF | | |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|---|---|---|---|---|---|
| nterpretation | Value | | | | |
| ordered | 10/23/2017 | | Chronic Care Six Months : F/U headache and lipids and anemia | | |
| ordered | 06/09/2017 | | Provider Visit : F/U headache | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 05/09/2017 | Reviewed medications | |
| completed | 05/09/2017 | Take new medication as prescribed | |
| completed | 05/09/2017 | Patient education provided and patient voiced understanding | |
| completed | 05/09/2017 | Reviewed diagnostic study results with patient | |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| | Comments | | | |
| ordered | PHS2 | Comp Panel + CBC/Plt/Thyroid | | 10/09/2017 |
| | Fasting. | | | |
| ordered | FERI | FERRITIN | | 10/09/2017 |
| | Fasting. | | | |

**Document generated by: Alice Penrose, MD 05/09/2017 1:37 PM**



**HEALTHCARE**

## MICHIGAN DEPARTMENT OF CORRECTIONS

# Lab Orders

---

| | |
|---|---|
| **Patient Name:** | Aisha Pope |
| **Housing Location:** | WHV , WHV |
| **Date of Birth:** | ███████ |

| Diagnosis | Dx Code |
|---|---|
| Hyperlipidemia NEC/NOS | (272.4) |
| Migraine | (346) |

**Lab Studies**

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | PHS2 Fasting. | Comp Panel + CBC/Plt/Thyroid | | 10/09/2017 |
| ordered | FERI Fasting. | FERRITIN | | 10/09/2017 |

| | |
|---|---|
| **Ordered by:** | Alice  Penrose MD |
| **Date:** | 05/09/2017 12:58 PM |

**MICHIGAN DEPARTMENT OF CORRECTIONS**

**NURSE PROTOCOL**

**SITE:  WHV**
**COMPLETED BY:  Denise M. Terrell, RN          05/17/2017 7:26 PM**

**Patient Name:** Aisha Pope
**DOB** ███████████
**ID#:**  228305


**Patient presenting with chief complaint(s)of: .**



**Plan:**
**ORDERS**

| Status | Order | Reason | Date |
|--------|-------|--------|------|
| ordered | Nurse Referral To Provider : Inmate claims that she is passing large clots rectally.  Her stool cards did test positive. | | 05/18/2017 |


**Document generated by:  Denise M. Terrell, RN 05/17/2017 7:39 PM**
**Provider: Shanthi  Gopal MD**

NAME:  Pope, Aisha
NUMBER:   228305
D.O.B.: ███████

Pope-CLG-MDOC-000115

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | Aisha Pope |
| DATE OF BIRTH: | ███████ |
| DATE: | 05/22/2017 3:06 PM |
| VISIT TYPE: | Provider Visit-scheduled |

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with gastrointestinal.

**History of Present Illness**
**1.  gastrointestinal / blood in stool**
Additional comments:
blood i n stool for  past few days.
h/o anemia
last hemoglobin 3/29/17- 11.1
positive hemocccult cards,

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day |
| 15 gm   kite for RF | | | |
| Propranolol Hcl | 10 Mg | 30 | on half tablet bid for prevention of headache |
|   Take every day | | | |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| refuse | | | |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| season)( kite for refills). | | | |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for |
| constipation(while on Rx Iron pill). ( kite for refills). | | | |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

| | |
|---|---|
| **PATIENT:** | Aisha Pope |
| **DATE OF BIRTH:** | ███████ |
| **DATE:** | 05/25/2017 9:59 AM |
| **VISIT TYPE:** | Provider Visit-scheduled |

---

**Chief Complaint/Reason for visit:**
This 45 year old female presents with f/u blood in stool.

**History of Present Illness**
**1.  F/u blood in stool**
Additional comments:
C/O abdominal pain and cramps.
conitnues to have blood in stool.
no changes in bowel habits. no weight loss or loss of apetite. no hematemesis
FOBT positive.
Hemoglobin- 10.8 on 5/24/17 down from 11.5 on 3/29/17, MCV and Serum iron ok.
no menorhagia or hematuria

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Propranolol Hcl   Take every day | 10 Mg | 30 | on half tablet bid for prevention of headache |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Trazodone Hcl refuse | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ocean season)( kite for refills). | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Dulcolax constipation(while on Rx Iron pill). ( kite for refills). | 5 Mg | 30 | Take 1 at bedtime as needed for |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        05/26/2017 10:58 AM**

**Patient: Aisha  Pope**                    **ID#:  228305**        **DOB:** ▓▓▓▓▓▓▓

Off-site                                                    Reference #:
Routine                                                     Date of Request:  05/26/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Colonoscopy

**Specialty Service Requested:** Gastroenterology

**Presumed Diagnosis:**

| | |
|---|---|
| Anemia | 285.9 |
| Blood in stool | 578.1 |

**Signs & Symptoms:**                                      **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool for past 2 weeks. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. She will need a colonosopy to further evaluate her symptoms. Please review and approve. Thank  you.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 09/26/2016 | 09/26/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| 09/26/2016 | 09/26/2017 | Ecotrin Low Strength 81 mg tablet,enteric coated | Take 1 by mouth once daily |
| 09/26/2016 | 09/26/2017 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth three times per day |
| 09/26/2016 | 09/26/2017 | Ocean Nasal 0.65 % spray aerosol | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| 09/26/2016 | 09/26/2017 | Pravachol 40 mg tablet | Take one by mouth at bedtime |
| 03/07/2017 | 09/07/2017 | diphenhydramine 50 mg capsule | Tabs 2 po Qhs |
| 03/07/2017 | 09/07/2017 | trazodone 50 mg tablet | Take 1 by mouth at bedtime or she can  refuse |
| 03/22/2017 | 09/22/2017 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |

NAME: Pope, Aisha
NUMBER:  228305
D.O.B. ▓▓▓▓▓

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool          (05/26/2017 10:58 AM) 05/30/2017 1:29 PM**
03/22/2017  09/22/2017  Lamictal 25 mg tablet                                  2 qhs with  the 100mg
03/22/2017  09/22/2017  Prozac 10 mg capsule                                  1 at hs  with  the 20mg
03/22/2017  09/22/2017  Prozac 20 mg capsule                                  Take one by mouth at bedtime
05/09/2017  05/09/2018  betamethasone valerate 0.1 % topical cream          apply topically to affected area twice per
day  15 gm   kite for RF
05/09/2017  05/09/2018  propranolol 10 mg tablet                            on half tablet bid for prevention of headache
Take every day
05/25/2017  06/25/2017  naproxen 500 mg tablet                            take one tablet twice a day as needed- take with
food
05/25/2017  06/25/2017  Zantac Maximum Strength 150 mg tablet            one po bid prn - GI prophylaxis whil eon
NSAIDS
**Site Medical Provider:** Shanthi Gopal MD                    05/26/2017

_____

**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other Protocol**
**Criteria met:  Yes  X          No          Deferred**


**Reviewer comments:**
approval for Colonoscopy


**Recommendation for visit appointment:**


**# Visits:**

_____

**UM Review #:**

**Reviewer Name:  Papendick, Keith, MD/LM, RN**

**Date Reviewed: 05/30/2017**


_Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate._



NAME:  Pope, Aisha
NUMBER:   228305
D.O.B.: ▮▮▮▮▮▮

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                     Aisha Pope
DATE OF BIRTH:               ██████████████
DATE:                        06/13/2017 12:40 PM
INMATE ID:                   228305

_____

## SOAP NOTE

**Subjective:**
Inmate seen following phone call regarding c/o "abdominal pain, shortness of breath and hot flashes".  Pain located in LLQ, described as cramping.  Pain moves from stomach to back.  Pain alleviated by nothing.  No aggevating factors noted.  Shortness of breath occurs sporadically.  Inmate stated having SOB during assessment.  Inmate also complained hot flashes sporadically.  Inmate stated still having periods of bleeding from rectum.  Blood bright red, no longer have blood clots.

**Objective:**
Inmate alert and responsive.  Speech clear, Inmate able to speak with difficulty breathing.  Resp even and unlabored.  Abdomen soft and non-distended.  No guarding.  No tenderness to touch.  Bowel sounds active in all four quadrants.  No episode of bleeding noted during assessment.  No s/s of acute distress present.

**Plan:**
Medical Provider notifed of assessment.  Order rec'd to admit Inmate to Infirmary.


**Provider: Shanthi  Gopal MD**

**Document generated by: Bryant Tinsley**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| **PATIENT:** | Aisha Pope |
| **DATE OF BIRTH:** | ███████████ |
| **DATE:** | 06/13/2017 9:19 PM |
| **VISIT TYPE:** | Chart Update |

_____

**Nursing Comments**
Inmate admitted to the Infirmary with retal bleeding and abdominal pain.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Zantac | 150 Mg | 60 | one po bid prn - GI prophylaxis whil eon |
| NSAIDS | | | |
| Naproxen | 500 Mg | 30 | take one tablet twice a day as needed- take with food |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Propranolol Hcl   Take every day | 10 Mg | 30 | on half tablet bid for prevention of headache |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ocean season)( kite for refills). | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Dulcolax constipation(while on Rx Iron pill). ( kite for refills). | 5 Mg | 30 | Take 1 at bedtime as needed for |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 06/13/2017 | 12:40 PM | | | 97.2 | 120/83 | 72 | 20 | 96 | |

FiO2    PeakFlow    Pain Score    Comments

Measured By
Bryant Tinsley

**Document generated by: Otis N. Kemutambah, LPN 06/13/2017 9:21 PM**

Pope, Aisha
228305

2/2

Pope-CLG-MDOC-000154

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       07/10/2017 1:32 PM
VISIT TYPE:                 Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
patient completed colonoscopy.
she can be discharged form infiramry.
colonoscopy report pending at this time.
patient isrequesting to be discharged form infirmary.
she is clinically stable.
will schedule appt to discuss results

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Propranolol Hcl Take every day | 10 Mg | 30 | on half tablet bid for prevention of headache |
| Prozac | 10 Mg | 30 | 1 at hs with the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Lamictal | 25 Mg | 60 | 2 qhs with the 100mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ocean season)( kite for refills). | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Dulcolax constipation(while on Rx Iron pill). ( kite for refills). | 5 Mg | 30 | Take 1 at bedtime as needed for |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |

Pope, Aisha
228305
█████████
1/2
Pope-CLG-MDOC-000279

Metronidazole

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 07/10/2017 | 1:52 PM | | | 98.1 | 117/80 | 78 | 16 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Brionna M. Kilgore |

**Physical Exam**

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|--------|----------|-----------|-------|--------|----------------------|
| ordered | 07/26/2017 | | Provider Visit : discuss path report s/p colonoscopy | | |

**Document generated by: Shanthi Gopal, MD 07/10/2017 3:11 PM**

Pope-CLG-MDOC-000280

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Shanthi Gopal, MD          07/10/2017 2:44 PM**

**Patient: Aisha Pope                      ID#: 228305      DOB:** ███████

Off-site                                            Reference #:
Routine                                             Date of Request: 07/10/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Consultation

**Specialty Service Requested:** Surgery

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Anemia                                              285.9
Polyp, anal and rectal                              569.0
Neoplasm, Malignant, colon                          153

**Signs & Symptoms:**                               **Date of Onset:**
45 yr old female with iron deficiency anemia recently noticed blood in stool for past 2 weeks. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17 showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. recommended consultation with surgeon for resection. Please review and approve. Thank you.

**Enrolled in Chronic Care Clinic(s)?**
| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|-----------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**
| Start Date | Stop Date | Medication Name | Sig Desc |
|-----------|-----------|-----------------|----------|
| 09/26/2016 | 09/26/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| 09/26/2016 | 09/26/2017 | Ecotrin Low Strength 81 mg tablet,enteric coated | Take 1 by mouth once daily |
| 09/26/2016 | 09/26/2017 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | take one by mouth three |

NAME: Pope, Aisha K
NUMBER: 228305
D.O.B. ███████

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        07/10/2017 2:44 PM**
times per day

09/26/2016 09/26/2017 Ocean Nasal 0.65 % spray aerosol          1-2 sprays to each notril tid prn. ( allergy
season)( kite for refills).
09/26/2016 09/26/2017 Pravachol 40 mg tablet                     Take one by mouth at bedtime
03/07/2017 09/07/2017 diphenhydramine 50 mg capsule              Tabs 2 po Qhs
03/07/2017 09/07/2017 trazodone 50 mg tablet                     Take 1 by mouth at bedtime or she can  refuse
03/22/2017 09/22/2017 Lamictal 100 mg tablet                     take one by mouth at bedtime with the 50mg
03/22/2017 09/22/2017 Lamictal 25 mg tablet                      2 qhs with  the 100mg
03/22/2017 09/22/2017 Prozac 10 mg capsule                       1 at hs  with  the 20mg
03/22/2017 09/22/2017 Prozac 20 mg capsule                       Take one by mouth at bedtime
05/09/2017 05/09/2018 betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per
day  15 gm   kite for RF
05/09/2017 05/09/2018 propranolol 10 mg tablet                   on half tablet bid for prevention of headache
Take every day
06/21/2017 06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as
needed
**Site Medical Provider:** Shanthi Gopal MD                    07/10/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes        No        Deferred**


**Reviewer comments:**


**Recommendation for visit appointment:**


**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ███████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:              Aisha Pope
DATE OF BIRTH:        ██████████
DATE:                 07/11/2017 3:37 PM
VISIT TYPE:           No-Show

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
NO SHOW for CCC appt anemia f/u
will reschedule

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Propranolol Hcl  Take every day | 10 Mg | 30 | on half tablet bid for prevention of headache |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Vital Signs**

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Kaelynn R. Pfeil** **(07/10/2017 2:44 PM) 07/12/2017 1:01 PM**
times per day
09/26/2016 09/26/2017 Ocean Nasal 0.65 % spray aerosol        1-2 sprays to each notril tid prn. ( allergy
season)( kite for refills).
09/26/2016 09/26/2017 Pravachol 40 mg tablet               Take one by mouth at bedtime
03/07/2017 09/07/2017 diphenhydramine 50 mg capsule         Tabs 2 po Qhs
03/07/2017 09/07/2017 trazodone 50 mg tablet                Take 1 by mouth at bedtime or she can  refuse
03/22/2017 09/22/2017 Lamictal 100 mg tablet                take one by mouth at bedtime with the 50mg
03/22/2017 09/22/2017 Lamictal 25 mg tablet                 2 qhs with  the 100mg
03/22/2017 09/22/2017 Prozac 10 mg capsule                  1 at hs  with  the 20mg
03/22/2017 09/22/2017 Prozac 20 mg capsule                  Take one by mouth at bedtime
05/09/2017 05/09/2018 betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per
day  15 gm   kite for RF
05/09/2017 05/09/2018 propranolol 10 mg tablet              on half tablet bid for prevention of headache
Take every day
06/21/2017 06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as
needed
**Site Medical Provider:** Shanthi Gopal MD          07/10/2017

---

**(For UM use only)**

**Criteria Source: M & R** **Interqual** **Other**
**Criteria met: Yes** **X** **No** **Deferred**

**Reviewer comments: General surgery consult at HFAH general surgery**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name: Papendick, Keith, MD**

**Date Reviewed: 07/12/2017**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ███████

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil        (07/10/2017 2:44 PM) 07/12/2017 1:01 PM**
*determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ████████

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        07/18/2017 3:34 PM**

**Patient: Aisha  Pope**                     **ID#:  228305**        **DOB:** ████████

Off-site                                              Reference #:
Routine                                               Date of Request:  07/18/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:**  CT scan of chest/abdomen/ pelvis  with contrast

**Specialty Service Requested:** Radiology-Diagnostic

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                          153
Anemia                                              285.9

**Signs & Symptoms:**                               **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up.  Please review and approve. Thank  you.

**Enrolled in Chronic Care Clinic(s)?**
<u>Clinic</u>          <u>Chronic Condition</u>                              <u>Code</u>      <u>Last Visit</u>
Good           Hyperlipidemia                                WHV       09/26/2016

**Current Active Medications:**
<u>Start Date</u>  <u>Stop Date</u>  <u>Medication Name</u>                      <u>Sig Desc</u>
09/26/2016 09/26/2017 Dulcolax (bisacodyl) 5 mg tablet,delayed release Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills).
09/26/2016 09/26/2017 Ecotrin Low Strength 81 mg tablet,enteric coatedTake 1 by mouth once daily
09/26/2016 09/26/2017 ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        take one by mouth three times per day

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B. ████████

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        07/18/2017 3:34 PM**

09/26/2016 09/26/2017 Ocean Nasal 0.65 % spray aerosol        1-2 sprays to each notril tid prn. ( allergy season)( kite for refills).

09/26/2016 09/26/2017 Pravachol 40 mg tablet                        Take one by mouth at bedtime

03/07/2017 09/07/2017 diphenhydramine 50 mg capsule        Tabs 2 po Qhs

03/07/2017 09/07/2017 trazodone 50 mg tablet                        Take 1 by mouth at bedtime or she can  refuse

03/22/2017 09/22/2017 Lamictal 100 mg tablet                        take one by mouth at bedtime with the 50mg

03/22/2017 09/22/2017 Lamictal 25 mg tablet                        2 qhs with  the 100mg

03/22/2017 09/22/2017 Prozac 10 mg capsule                        1 at hs  with  the 20mg

03/22/2017 09/22/2017 Prozac 20 mg capsule                        Take one by mouth at bedtime

05/09/2017 05/09/2018 betamethasone valerate 0.1 % topical cream        apply topically to affected area twice per day  15 gm   kite for RF

05/09/2017 05/09/2018 propranolol 10 mg tablet                        on half tablet bid for prevention of headache Take every day

06/21/2017 06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed

**Site Medical Provider:** Shanthi Gopal MD                        07/18/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes        No        Deferred**


**Reviewer comments:**


**Recommendation for visit appointment:**


**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.:

**Physical Exam**


**Assessment/ Plan**
**Neoplasm, Malignant, colon** (153)
**Anemia** (285.9)
**Hyperlipidemia NEC/NOS** (272.4)



**Document generated by: Shanthi Gopal, MD 07/20/2017 7:57 AM**

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD      07/20/2017 7:50 AM**

**Patient: Aisha  Pope**                          **ID#: 228305**      **DOB:** ████████

Off-site                                                                 Reference #:
Routine                                                                  Date of Request:  07/20/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Consult for Cardiac risk stratification prior to Robotic assisted laproscopic left hemicolectomy

**Specialty Service Requested:** Cardiology

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                              153
Anemia                                                         285.9
Hyperlipidemia NEC/NOS                                 272.4

**Signs & Symptoms:**                                   **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up and cardiac risk stratification prior to   Robotic assisted laproscopic left hemicolectomy.  Please review and approve. Thank  you.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 09/26/2016 | 09/26/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ████████

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD         07/20/2017 7:50 AM**
constipation(while on Rx Iron pill). ( kite for refills).
09/26/2016 09/26/2017 Ecotrin Low Strength 81 mg tablet,enteric coated Take 1 by mouth once daily
09/26/2016 09/26/2017 ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        take one by mouth three times per day
09/26/2016 09/26/2017 Ocean Nasal 0.65 % spray aerosol        1-2 sprays to each notril tid prn. ( allergy season)( kite for refills).
09/26/2016 09/26/2017 Pravachol 40 mg tablet                      Take one by mouth at bedtime
03/07/2017 09/07/2017 diphenhydramine 50 mg capsule          Tabs 2 po Qhs
03/07/2017 09/07/2017 trazodone 50 mg tablet                     Take 1 by mouth at bedtime or she can  refuse
03/22/2017 09/22/2017 Lamictal 100 mg tablet                     take one by mouth at bedtime with the 50mg
03/22/2017 09/22/2017 Lamictal 25 mg tablet                      2 qhs with  the 100mg
03/22/2017 09/22/2017 Prozac 10 mg capsule                      1 at hs  with  the 20mg
03/22/2017 09/22/2017 Prozac 20 mg capsule                      Take one by mouth at bedtime
05/09/2017 05/09/2018 betamethasone valerate 0.1 % topical cream        apply topically to affected area twice per day  15 gm   kite for RF
05/09/2017 05/09/2018 propranolol 10 mg tablet                     on half tablet bid for prevention of headache Take every day
06/21/2017 06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed
07/18/2017 07/23/2017 Tylenol-Codeine #3 300 mg-30 mg tablet        one po bid prn pain- cancer patient for 5 days
**Site Medical Provider:** Shanthi Gopal MD              07/20/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes        No        Deferred**


**Reviewer comments:**


**Recommendation for visit appointment:**


**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.:

Pope-CLG-MDOC-000310

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Samantha L. Tipton**          (07/20/2017 7:50 AM) 07/21/2017 9:39 AM

**Patient: Aisha  Pope**                    **ID#:  228305**        **DOB:** ▮▮▮▮▮▮▮

Off-site                                                              Reference #: 00643349
Routine                                                               Date of Request:  07/20/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Consult for Cardiac risk stratification prior to Robotic assisted laproscopic left hemicolectomy

**Specialty Service Requested:** Cardiology

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                              153
Anemia                                                  285.9
Hyperlipidemia NEC/NOS                                  272.4

**Signs & Symptoms:**                                   **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up and cardiac risk stratification prior to   Robotic assisted laproscopic left hemicolectomy.  Please review and approve. Thank  you.

**Enrolled in Chronic Care Clinic(s)?**
| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|------------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**
| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 09/26/2016 | 09/26/2017 | Dulcolax (bisacodyl) 5 mg tablet,delayed release | Take 1 at bedtime as needed for |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮▮

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Samantha L. Tipton**     **(07/20/2017 7:50 AM) 07/21/2017 9:39 AM**

constipation(while on Rx Iron pill). ( kite for refills).

09/26/2016 09/26/2017 Ecotrin Low Strength 81 mg tablet,enteric coated Take 1 by mouth once daily

09/26/2016 09/26/2017 ferrous sulfate 325 mg (65 mg iron) tablet,delayed release      take one by mouth three times per day

09/26/2016 09/26/2017 Ocean Nasal 0.65 % spray aerosol      1-2 sprays to each notril tid prn. ( allergy season)( kite for refills).

09/26/2016 09/26/2017 Pravachol 40 mg tablet      Take one by mouth at bedtime

03/07/2017 09/07/2017 diphenhydramine 50 mg capsule      Tabs 2 po Qhs

03/07/2017 09/07/2017 trazodone 50 mg tablet      Take 1 by mouth at bedtime or she can  refuse

03/22/2017 09/22/2017 Lamictal 100 mg tablet      take one by mouth at bedtime with the 50mg

03/22/2017 09/22/2017 Lamictal 25 mg tablet      2 qhs with  the 100mg

03/22/2017 09/22/2017 Prozac 10 mg capsule      1 at hs  with  the 20mg

03/22/2017 09/22/2017 Prozac 20 mg capsule      Take one by mouth at bedtime

05/09/2017 05/09/2018 betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per day  15 gm  kite for RF

05/09/2017 05/09/2018 propranolol 10 mg tablet      on half tablet bid for prevention of headache Take every day

06/21/2017 06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed

07/18/2017 07/23/2017 Tylenol-Codeine #3 300 mg-30 mg tablet      one po bid prn pain- cancer patient for 5 days

**Site Medical Provider:** Shanthi Gopal MD      07/20/2017

---

**(For UM use only)**

**Criteria Source: M & R**      **Interqual**      **Other**
**Criteria met: Yes   X    No**      **Deferred**

**Reviewer comments:  cardiology consult for pre-op clearance**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name: Papendick, Keith, MD**

**Date Reviewed: 07/20/2017**

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ███████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       07/26/2017 9:49 AM
VISIT TYPE:                 Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with anemia and new diagnosis of colon cancer.

**History of Present Illness**
1. **anemia**
2. **new diagnosis of colon cancer**

 Patient very argumentative and rude during her interview with me stating I was not addressing her health care needs at all.  I was trying to explain to her what has been done so far about her cancer diagnosis and moving what will be done moving forward. She did nto want to listen and kept arguing. Nurse Kilgore, PA Rohrs and Ms Ball  all were her in the hallway during my interview with her.
She was escorted out the offfice because of inappropriate behavior.
I will reschedule her visit.


**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm  kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Propranolol Hcl  Take every day | 10 Mg | 30 | on half tablet bid for prevention of headache |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Trazodone Hcl refuse | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ocean season)( kite for refills). | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Dulcolax constipation(while on Rx Iron pill). ( kite for refills). | 5 Mg | 30 | Take 1 at bedtime as needed for |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | take one by mouth three times per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

Pope, Aisha
228305
██████████
1/2

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/2017 | 9:49 AM | | 168.0 | 98.3 | 114/69 | 70 | 18 | 100 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|---|---|---|---|---|---|
| | | | | | Brionna M. Kilgore |

**Physical Exam**

**Assessment/ Plan**

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 07/26/2017 | 08/26/2017 | Ultram 50 mg tablet | one po bid prn pain- cancer patient |

**Office Services**

| Status Interpretation | ApptDate Value | Timeframe | Order | Reason | I |
|---|---|---|---|---|---|
| ordered | 08/02/2017 | | Provider Visit : anemia, colon cancer | | |

**Document generated by: Shanthi Gopal, MD 07/26/2017 10:23 AM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                        Aisha Pope
DATE OF BIRTH:          █████████
DATE:                           08/04/2017 9:56 AM
VISIT TYPE:                Chronic Care Visit

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with anemia, colon cancer, heartburn, hyperlipidemia and headache.

**History of Present Illness**
**1. anemia**
   Relevant medical history includes history of anemia.  Associated symptoms include abdominal pain, constipation and shortness of breath.  Pertinent negatives include bleeding gums, dark urine, jaundice, low blood pressure, nausea, tachycardia and vomiting.
**2. colon cancer**
   Date of diagnosis was July 2017.  Initial symptoms include blood in stool and constipation. She is also experiencing abdominal pain and headache.  Pertinent negatives include anorexia, bone pain, bruising/bleeding, chest pain, chills, cough, fever, increased thirst and insomnia.  Additional information: new diagnosis
**3. Heartburn**
   The symptoms are relieved by antacids and zantac..  Additional information: requesting zantac to be d/ced
**4. Hyperlipidemia**
   Patient compliance with diet is good, with exercise is good, with medication is good and with follow up is good.  Reasons for screening include alcohol use and tobacco use.  Pertinent negatives include abdominal pain, myalgias, myopathy, myositis or rash.
**5. headache**
Additional comments:
controlled with tylenol .
patient dose not want to take propranolol for prophylaxis.
will discontinue..




**Chronic Problems**
Hyperlipidemia NEC/NOS


**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Tums needed | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Trazodone Hcl refuse | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Ocean season)( kite for refills). | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |

Dulcolax                          5 Mg                30          Take 1 at bedtime as needed for
constipation(while on Rx Iron pill). ( kite for refills).
Pravachol                         40 Mg               30          Take one by mouth at bedtime

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

## Review of Systems
**Constitutional:**
Negative for lethargy and weight loss.

**HEENT:**
Positive for:
- Nasal congestion.

Negative for sinusitis.

**Cardiovascular:**
Negative for chest pain and irregular heartbeat/palpitations.

**Genitourinary:**
Negative for change in urine color and hematuria.

**Dermatologic:**
Negative for pruritus and rash.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/2017 | 12:08 PM | 63.0 | 168.0 | 97.4 | 120/82 | 84 | 14 | 97 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|---|---|---|---|---|---|
| 21 | | /10 | | | Shanthi Gopal, MD |

## Physical Exam
**Constitutional:**
No acute distress. Well nourished. Well developed.
**Head / Face:** Normocephalic.
**Eyes:** Pupils are equal and reactive to light.  Conjunctiva and lids are normal.
**Ears:** Hearing grossly intact. Tympanic membranes normal.
**Nose / Mouth / Throat:**
External Nose: is unremarkable
Buccal Mucosa: Normal buccal mucosa
Oropharynx:  No pharyngeal erythema or exudates or mucosal lesion
**Neck / Thyroid:** Supple, without adenopathy, or enlarged thyroid.
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.
**Cardiovascular:**
Heart Sounds:  NL S1, NL S2.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
No edema is present.
**Abdomen:**
Symmetric - no distention.  Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
There is no abdominal tenderness.
**Extremities:** Extremities appear normal. No edema or cyanosis.
**Neurological:**
Level of Consciousness:  Normal.

Orientation: Alert and oriented X 3. Grossly normal intellect. .
Memory: Intact. .
Sensory: No sensory loss. .
Motor: No motor weakness. .
Balance & Gait: Balance and gait intact. .
Coordination: Coordination intact. .

**Assessment/ Plan**
**Hyperlipidemia NEC/NOS** (272.4), Good.
**- LDL- 146 On 5/24/17**
**Anemia** (285.9)
**- Hemoglobin- 10.1- 7/201/7 feso4 changes to bid per patient request. serum iron normal 5/24/17**
**Neoplasm, Malignant, colon** (153)
**- newly diagnosed. July 2017**
**Migraine** (346)- on tylenol prn. will d/c propranolol per patient request
**- on tylenol prn. will d/c propranolol per patient request**
**Heartburn** (787.1)
**- TUms d/c zantac per patient request**
Plan comments: Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma.
awating CT scan of abd, pelvis and cardiology clearance prior to submitting approval for robotic colectomy
procedure.
wheel chair for distance, no prolonged standing,
choices paperwork filed.

Medical status papers filed.

return to health care if any concerns.
f/u scheduled.

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 08/04/2017 | 08/04/2018 | Tylenol 325 mg tablet | 1-2 po tid prn paain |
| 08/04/2017 | 08/04/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | Take 1 by mouth 2 times a day |
| 08/04/2017 | 11/04/2017 | Ultram 50 mg tablet | one po bid prn pain- cancer patient |
| 08/04/2017 | 08/04/2017 | naproxen 500 mg tablet | take one tablet twice a day as needed |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 08/04/2017 | 08/04/2017 | Naproxen | 500 Mg | take one tablet twice a day as needed |
| 07/26/2017 | 08/04/2017 | Ultram | 50 Mg | one po bid prn pain- cancer patient |
| 05/09/2017 | 08/04/2017 | Propranolol Hcl | 10 Mg | on half tablet bid for prevention of headache Take every day |
| 09/26/2016 | 08/04/2017 | Ferrous Sulfate | 325 Mg (65 Mg Iron) | take one by mouth three times per day |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|---|---|---|---|---|---|
| nterpretation | Value | | | | |
| ordered | | | Medical Equipment/Supplies: Wheelchair- distance | | |
| ordered | | | Other: prolonged standing no more than 5 min | | |
| ordered | 11/15/2017 | | Provider Visit : colon cancer/anemia | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 08/04/2017 | Continue current medication | |
| completed | 08/04/2017 | Reviewed medications | |

Pope, Aisha
228305

3/4

Pope-CLG-MDOC-000340

| completed | 08/04/2017 | Take new medication as prescribed |
| completed | 08/04/2017 | Increase fluid intake |
| completed | 08/04/2017 | Increase activity level |
| completed | 08/04/2017 | Patient was reassured |
| completed | 08/04/2017 | Patient education provided and patient voiced understanding |

**Document generated by: Shanthi Gopal, MD 08/04/2017 12:42 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                Aisha Pope
DATE OF BIRTH:          ███████████
DATE:                   08/11/2017 4:24 PM
VISIT TYPE:             Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
CT scan aof abdomen pelvis with contrast done on 8/9/17 report reviewed.


Impression-

no findings of metastatic disease in chest. abdomen, pelvis
enlarged heterogenous uterus likely due to fibroid




**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with the 100mg |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Prozac | 10 Mg | 30 | 1 at hs with the 20mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or 1 qhs if she requests |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Ultram | 50 Mg | 60 | one po bid prn pain- cancer patient |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm  kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |

Pope, Aisha
228305
███████████
Pope-CLG-MDOC-000364

Penicillins
Acetaminophen                          Davocet
Metronidazole

Itch

**<u>Physical Exam</u>**

**Document generated by: Shanthi Gopal, MD 08/11/2017 4:26 PM**

Pope-CLG-MDOC-000365

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|------|-------|-------|---------------|--------------|
| 08/22/2017 | 11:18 AM | 63.0 | 172.0 | 97.0 | 106/78 | 76 | 14 | 98 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|---|-------------|
| 21 | | | | | Shanthi Gopal, MD |

## Physical Exam

**Constitutional:**
Level of distress is awake & alert, no acute distress.
**Head / Face:** Normocephalic.
**Eyes:** Pupils are equal and reactive to light.  Conjunctiva and lids are normal.
**Nose / Mouth / Throat:**
External Nose: is unremarkable
Buccal Mucosa: Normal buccal mucosa
Oropharynx: No pharyngeal erythema or exudates or mucosal lesion
**Abdomen:**
Symmetric - no distention.  Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
There is no abdominal tenderness.
**Extremities:** Extremities appear normal. No edema or cyanosis.
**Neurological:**
Level of Consciousness:  Normal.
Orientation:  Alert and oriented X 3. Grossly normal intellect. .
Memory:  Intact. .
Balance & Gait:  Balance and gait intact. .

## Assessment/ Plan

**Neoplasm, Malignant, colon** (153)
**Anemia** (285.9)
**- 7/20/17 Hemoglobin 10.1**
**Blood in stool** (578.1)
**- sec to colon cancer**
CT SCAN of  chest abdomen and pelvis no metastasis- 8/9/17
recheck   hemoglobin.
d/c ultram
 tyelnol # 3 prn pain.continue naproxen prn
patient is awaiting to see caridology- clearance for surgery
return to health care if any concerns.
f/u scheduled.

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 08/22/2017 | 02/22/2018 | Tylenol-Codeine #3 300 mg-30 mg tablet | RESTRICT- one tab tid prn pain-choices patient |

## Medications stopped this visit

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|------------|-----------|------------|------|----------|
| 08/04/2017 | 08/22/2017 | Ultram | 50 Mg | one po bid prn pain- cancer patient |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | I |
|--------|----------|-----------|-------|--------|---|
| nterpretation | Value | | | | |
| ordered | | | Other: medline am, noon and pm | | |

## Instructions / Education

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| | | | |

Pope, Aisha
228305

Pope-CLG-MDOC-000376

| completed | 08/22/2017 | Reviewed medications |
| completed | 08/22/2017 | Stop current medication(s) |
| completed | 08/22/2017 | Take new medication as prescribed |
| completed | 08/22/2017 | Increase fluid intake |
| completed | 08/22/2017 | Patient was reassured |
| completed | 08/22/2017 | Patient education provided and patient voiced understanding |

**Lab Studies**

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | CBC2 | CBC with Differential, Platelets | | 08/24/2017 |

**Document generated by: Shanthi Gopal, MD 08/22/2017 11:20 AM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ████████████
DATE:                       08/28/2017 7:29 AM
VISIT TYPE:                 Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
hemoglobin 9.0 on 8/25/17
will recheck in one week
patient is allergic to tylenol per records.
I will start her on MSContin for pain

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Naproxen | 500 Mg | 60 | take one tablet twice a day as needed- take with food |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 10 Mg | 30 | 1 at hs with the 20mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or 1 qhs if she requests |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills). |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy season)( kite for refills). |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

Pope, Aisha
228305
████████████
1/2

**Physical Exam**

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 08/28/2017 | 09/28/2017 | MS Contin 15 mg tablet,extended release | one tab every 12 hrs prn pain |
| 08/28/2017 | 08/28/2017 | MS Contin 15 mg tablet,extended release | one tab po bid prn pain |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 08/28/2017 | 08/28/2017 | Ms Contin | 15 Mg | one tab po bid prn pain |

**Document generated by: Shanthi Gopal, MD 08/28/2017 2:52 PM**

Pope-CLG-MDOC-000387

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | Aisha Pope |
| DATE OF BIRTH: | ███████████ |
| DATE: | 09/01/2017 12:51 PM |
| VISIT TYPE: | Chart Update |

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
reviewed 409 from cardiology consultation.
recommended lexiscan stress test.
if stress  test is low risk  you are acceptable  cardic risk for surgery
prior to stess test-

NPO  4 hours prior to test
do not drink caffineated or decaffinated beverages -
 24 hours prior to test.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Ms Contin | 15 Mg | 60 | one tab every 12 hrs |
| Ultram | 50 Mg | 20 | One tab twice daily as needed until MS |
| Contin available then stop- Choices patient | | | |
| Naproxen | 500 Mg | 60 | take one tablet twice a day as needed- take |
| with food | | | |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can |
| refuse | | | |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| needed | | | |
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day |
| 15 gm   kite for RF | | | |
| Dulcolax | 5 Mg | 30 | Take 1 at bedtime as needed for |
| constipation(while on Rx Iron pill). ( kite for refills). | | | |
| Pravachol | 40 Mg | 30 | Take one by mouth at bedtime |
| Ecotrin | 81 Mg | 30 | Take 1 by mouth once daily |
| Ocean | 0.65 % | 1 | 1-2 sprays to each notril tid prn. ( allergy |

Pope-CLG-MDOC-000396

season)( kite for refils).

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

## Physical Exam

## Assessment/ Plan

**Neoplasm, Malignant, colon** (153)
**Chest Pain** (786.50)

**Document generated by: Shanthi Gopal, MD 09/01/2017 1:13 PM**

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        09/01/2017 12:51 PM**

**Patient: Aisha  Pope**                      **ID#: 228305**        **DOB:** ▮▮▮▮▮▮▮

Off-site                                                          Reference #:
Routine                                                           Date of Request:  09/01/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Lexiscan Myocardial perfusion imaging stress test

**Specialty Service Requested:** Cardiology

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                              153
Chest Pain                                              786.50

**Signs & Symptoms:**                               **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up and cardiac risk stratification prior to   Robotic assisted laproscopic left hemicolectomy.  Cardiolgy consultation was completed on  8/31/17. recommended to obtain lexiscan myocardial perfusion stress test and if negative no further cardiac evaluation is needed.

**Failed Outpatient Therapies:**
 Please review and approve. Thank  you.

**Enrolled in Chronic Care Clinic(s)?**
Clinic                  Chronic Condition                           Code        Last Visit
Good                    Hyperlipidemia                              WHV         09/26/2016

**Current Active Medications:**
Start Date   Stop Date   Medication Name                  Sig Desc

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮▮

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Shanthi Gopal, MD      09/01/2017 12:51 PM**

09/26/2016  09/26/2017  Dulcolax (bisacodyl) 5 mg tablet,delayed release Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills).

09/26/2016  09/26/2017  Ecotrin Low Strength 81 mg tablet,enteric coated Take 1 by mouth once daily

09/26/2016  09/26/2017  Ocean Nasal 0.65 % spray aerosol      1-2 sprays to each notril tid prn. ( allergy season)( kite for refills).

09/26/2016  09/26/2017  Pravachol 40 mg tablet            Take one by mouth at bedtime

05/09/2017  05/09/2018  betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per day  15 gm   kite for RF

06/21/2017  06/21/2017  Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed

08/04/2017  08/04/2018  ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        Take 1 by mouth 2 times a day

08/09/2017  12/09/2017  Zyprexa 2.5 mg tablet             2qhs or  1 qhs  if she  requests

08/09/2017  02/09/2018  diphenhydramine 50 mg capsule         Tabs 2 po Qhs

08/09/2017  02/09/2018  Lamictal 100 mg tablet            take one by mouth at bedtime with the 50mg

08/09/2017  02/09/2018  Lamictal 25 mg tablet             2 qhs with  the 100mg

08/09/2017  02/09/2018  Prozac 10 mg capsule              1 at hs  with  the 20mg

08/09/2017  02/09/2018  Prozac 20 mg capsule              Take one by mouth at bedtime

08/09/2017  02/09/2018  trazodone 50 mg tablet            Take 1 by mouth at bedtime or she can  refuse

08/18/2017  08/18/2018  naproxen 500 mg tablet            take one tablet twice a day as needed- take with food

08/30/2017  09/11/2017  Ultram 50 mg tablet               One tab twice daily as needed until MS Contin available then stop- Choices patient

08/30/2017  09/30/2017  MS Contin 15 mg tablet,extended release        one tab every 12 hrs

**Site Medical Provider:** Shanthi Gopal MD          09/01/2017

---

**(For UM use only)**

**Criteria Source: M & R        Interqual       Other**
**Criteria met:  Yes        No        Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        09/01/2017 12:51 PM**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil**          **(09/01/2017 12:51 PM) 09/06/2017 11:08 AM**

**Patient: Aisha  Pope**                    **ID#: 228305**          **DOB:** ▆▆▆▆▆

Off-site                                                        Reference #: 00653865
Routine                                                         Date of Request:  09/01/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Lexiscan Myocardial perfusion imaging stress test

**Specialty Service Requested:** Cardiology

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                          153
Chest Pain                                          786.50

**Signs & Symptoms:**                               **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up and cardiac risk stratification prior to   Robotic assisted laproscopic left hemicolectomy.  Cardiolgy consultation was completed on  8/31/17. recommended to obtain lexiscan myocardial perfusion stress test and if negative no further cardiac evaluation is needed.

**Failed Outpatient Therapies:**
 Please review and approve. Thank  you.

**Enrolled in Chronic Care Clinic(s)?**
<u>Clinic</u>                <u>Chronic Condition</u>                              <u>Code</u>      <u>Last Visit</u>
Good                 Hyperlipidemia                                WHV       09/26/2016

**Current Active Medications:**
<u>Start Date</u>  <u>Stop Date</u>  <u>Medication Name</u>                    <u>Sig Desc</u>

                                                        NAME:  Pope, Aisha K
                                                        NUMBER:   228305
                                                        D.O.B.: ▆▆▆▆▆

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Kaelynn R. Pfeil       (09/01/2017 12:51 PM) 09/06/2017 11:08 AM**

09/26/2016  09/26/2017  Dulcolax (bisacodyl) 5 mg tablet,delayed release Take 1 at bedtime as needed for constipation(while on Rx Iron pill). ( kite for refills).

09/26/2016  09/26/2017  Ecotrin Low Strength 81 mg tablet,enteric coatedTake 1 by mouth once daily

09/26/2016  09/26/2017  Ocean Nasal 0.65 % spray aerosol       1-2 sprays to each notril tid prn. ( allergy season)( kite for refills).

09/26/2016  09/26/2017  Pravachol 40 mg tablet                   Take one by mouth at bedtime

05/09/2017  05/09/2018  betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per day  15 gm   kite for RF

06/21/2017  06/21/2017  Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed

08/04/2017  08/04/2018  ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        Take 1 by mouth 2 times a day

08/09/2017  12/09/2017  Zyprexa 2.5 mg tablet               2qhs or  1 qhs  if she requests

08/09/2017  02/09/2018  diphenhydramine 50 mg capsule        Tabs 2 po Qhs

08/09/2017  02/09/2018  Lamictal 100 mg tablet            take one by mouth at bedtime with the 50mg

08/09/2017  02/09/2018  Lamictal 25 mg tablet             2 qhs with  the 100mg

08/09/2017  02/09/2018  Prozac 10 mg capsule             1 at hs  with  the 20mg

08/09/2017  02/09/2018  Prozac 20 mg capsule             Take one by mouth at bedtime

08/09/2017  02/09/2018  trazodone 50 mg tablet            Take 1 by mouth at bedtime or she can  refuse

08/18/2017  08/18/2018  naproxen 500 mg tablet            take one tablet twice a day as needed- take with food

08/30/2017  09/11/2017  Ultram 50 mg tablet               One tab twice daily as needed until MS Contin available then stop- Choices patient

08/30/2017  09/30/2017  MS Contin 15 mg tablet,extended release        one tab every 12 hrs

**Site Medical Provider:** Shanthi Gopal MD                   09/01/2017

---

**(For UM use only)**

**Criteria Source: M & R        Interqual       Other**
**Criteria met:  Yes   X      No         Deferred**

**Reviewer comments:  Lexiscan stress test with cardiolite imaging.**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

**MICHIGAN DEPARTMENT OF CORRECTIONS
CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil          (09/01/2017 12:51 PM) 09/06/2017 11:08 AM**


**Date Reviewed:  09/06/2017**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ███████

Pope-CLG-MDOC-000404

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       09/29/2017 2:07 PM
VISIT TYPE:                 Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
RN reports inmate c/o menses nad rectal bleeding with pain - worried about her blood loss - will do CBC - Hg has been getting lower.  HAd

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Ms Contin | 15 Mg | 60 | one tab every 12 hrs |
| Naproxen | 500 Mg | 60 | take one tablet twice a day as needed- take with food |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Trazodone Hcl | 50 Mg | 30 | Take 1 by mouth at bedtime or she can refuse |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 09/29/2017 | 1:54 PM | | | 97.9 | 129/79 | 85 | 18 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|---|---|---|---|---|
| | | | | Pope, Aisha |

228305

███████████

1/2

Pope-CLG-MDOC-000414

# MICHIGAN DEPARTMENT OF CORRECTIONS
## BUREAU OF HEALTH CARE SERVICES
ADMINISTRATIVE NOTE

---

—

| | |
|---|---|
| **PATIENT:** | **Pope, Aisha** |
| **DATE OF BIRTH:** | ███████████ |
| **ENCOUNTER DATE:** | **10/09/2017 3:22 PM** |
| **COMPLETED BY:** | **Katherine J. Battle** |
| **LOCATION:** | **WHV** |

---

—

**Issue**
Please review: " MI Heart IHA Cardiology letter dated 10-04-17 stating Patient is cleared by IHA MI Heart Cardiology Dr. , for her surgery" A copy in MR chart and also a copy hand delivered to MSP.

NAME: Pope, Aisha K
NUMBER: 228305
D.O.B : ███████████

Pope-CLG-MDOC-000427

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Shanthi Gopal, MD        10/10/2017 1:21 PM**

**Patient: Aisha  Pope                    ID#:  228305        DOB:** ▮▮▮▮

Off-site                                              Reference #:
Routine                                               Date of Request:  10/10/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Robotic assisted laparoscopic left hemicolectomy

**Specialty Service Requested:** General Surgery

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                        153

**Signs & Symptoms:**                              **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up and cardiac risk stratification prior to   Robotic assisted laproscopic left hemicolectomy.  Cardiolgy consultation was completed on  8/31/17. Patient had  lexiscan myocardial perfusion stress test  negative. Subsequently caridolgy has cleared her for procedure.-

**Failed Outpatient Therapies:**
no cardiac contraindications to proceed with necessary noncardiac surgery. Please review and approve for Robotic assisted laparoscopic left hemicolectomy. Thank you.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|------------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ▮▮▮▮

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Shanthi Gopal, MD      10/10/2017 1:21 PM**

05/09/2017  05/09/2018 betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per day  15 gm   kite for RF

06/21/2017  06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed

08/04/2017  08/04/2018 ferrous sulfate 325 mg (65 mg iron) tablet,delayed release      Take 1 by mouth 2 times a day

08/09/2017  12/09/2017 Zyprexa 2.5 mg tablet                    2qhs or  1 qhs  if she  requests

08/09/2017  02/09/2018 diphenhydramine 50 mg capsule            Tabs 2 po Qhs

08/09/2017  02/09/2018 Lamictal 100 mg tablet                   take one by mouth at bedtime with the 50mg

08/09/2017  02/09/2018 Lamictal 25 mg tablet                    2 qhs with  the 100mg

08/09/2017  02/09/2018 Prozac 10 mg capsule                     1 at hs  with  the 20mg

08/09/2017  02/09/2018 Prozac 20 mg capsule                     Take one by mouth at bedtime

08/09/2017  02/09/2018 trazodone 50 mg tablet                   Take 1 by mouth at bedtime or she can  refuse

08/18/2017  08/18/2018 naproxen 500 mg tablet                   take one tablet twice a day as needed- take with food

09/18/2017  10/19/2017 MS Contin 15 mg tablet,extended release      one tab every 12 hrs

**Site Medical Provider:** Shanthi Gopal MD              10/10/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**

**Criteria met:  Yes        No        Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**

**Reviewer Name:**

**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

Pope-CLG-MDOC-000429

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  WHV**
**COMPLETED BY:  Kelly M. Lichner, RN       10/11/2017 12:23 AM**

**Patient Name:** Aisha Pope
**DOB:** ███████████
**ID#:** 228305

**Patient presenting with chief complaint(s)of: Gastrointestinal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 10/11/2017 | 12:30 AM | 98.1 | 91 | | 22 | | 158/89 | 100 | | |

**EMERGENCY NURSING ABDOMINAL PAIN**_____

**Subjective:**
Comments:  Inmate states severe abdominal pain started about 40 min ago and increasingly getting worse. Pain is sharp.
Started upper L L side and m oved to upper middle abdomen.

**Objective:**
**Distress**              moderate
**Orientation**          alert
**Skin exam**           warm
                              dry
**Abdomen Exam**
          Auscultation  Bowel sounds present.
          Palpation
                              diffuse tenderness

Comments  BP slightly elevated. Other VSS. A & Ox3. Pain worse when pressed. Inmate crying and grabbing abdomen.
IM was breathing heavy, but did regulate when she relaxed for a while.

**Assessment:  Abdominal pain**

**Plan:**
**Other Documentation**
30cc of Mylanta given. 50mg of Tramadol given per pain for verbal orders from Dr. Pei. Inmate states Mylanta helped a
little. Inmate stated the Tramadol helped and she would like to go to her unit. Inmate refused going to the infirmary for
monitoring. Inmate states she feels better. Inmate walked out of HC w/o any issues. Breathing had returned to normal. No
longer grabbing her abdomen or crying.

**Notifications:**
**911/ambulance**
Not indicated

**Plan:**
**MEDICATIONS**

| Start | Stop | Medication | Dose | Rx Units | Issued | Sig Desc |
|-------|------|-----------|------|----------|--------|----------|
| 10/11/2017 | 10/11/2017 | Ultram | 50 Mg | | 1 | use as directed |

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.:  ████████

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  WHV**
**COMPLETED BY:  Kelly M. Lichner, RN        10/11/2017 12:23 AM**
**ORDERS**

| Status | Order | Reason | Date |
|--------|-------|--------|------|
| ordered | ULTRAM 50 mg TABLET | | |
| completed | Return to Housing Unit | | |

**Document generated by:  Kelly M. Lichner, RN 10/11/2017 1:21 AM**
**Provider: Claire  Pei MD**

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil**          (10/10/2017 1:21 PM) 10/16/2017 9:00 AM

**Patient: Aisha  Pope**                         **ID#: 228305**      **DOB:** ▮▮▮▮▮▮

Off-site                                                      Reference #: 00662874
Routine                                                      Date of Request: 10/10/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Robotic assisted laparoscopic left hemicolectomy

**Specialty Service Requested:** General Surgery

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                         153

**Signs & Symptoms:**                               **Date of Onset:**
45 yr old female with  iron deficiency anemia recently noticed blood in stool. FOBT testing was positive. c/o abdominal pain and cramps. no c/o vaginal bleeding. no c/o hematuria. no changes in Bowel habits. No weight loss.  Hemoglobin 10.8 gm down for 11.5 on 3/29/17. Colonoscopy done on 7/5/17  showed a large polyp, ulcerated likely at the splenic flxure area at about 60 cm from the anal verge, a a difficult site and suspicious for malignancy.

**Lab & Xray Data**
Path report- colon- splenic flexure biopsy - Invasive moderatley differentiated adenocarcinoma. Seen by General surgery for consultation on 7/18/17. Recommended  CT scan of chest/abdomen/ pelvis  with contrast for staging work up and cardiac risk stratification prior to   Robotic assisted laproscopic left hemicolectomy.  Cardiolgy consultation was completed on  8/31/17. Patient had  lexiscan myocardial perfusion stress test  negative. Subsequently caridolgy has cleared her for procedure.-

**Failed Outpatient Therapies:**
no cardiac contraindications to proceed with necessary noncardiac surgery. Please review and approve for Robotic assisted laparoscopic left hemicolectomy. Thank you.

**Enrolled in Chronic Care Clinic(s)?**
| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**
| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil        (10/10/2017 1:21 PM) 10/16/2017 9:00 AM**
05/09/2017  05/09/2018 betamethasone valerate 0.1 % topical cream        apply topically to affected area twice per day  15 gm   kite for RF
06/21/2017  06/21/2018 Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed
08/04/2017  08/04/2018 ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        Take 1 by mouth 2 times a day
08/09/2017  12/09/2017 Zyprexa 2.5 mg tablet                2qhs or  1 qhs  if she  requests
08/09/2017  02/09/2018 diphenhydramine 50 mg capsule            Tabs 2 po Qhs
08/09/2017  02/09/2018 Lamictal 100 mg tablet            take one by mouth at bedtime with the 50mg
08/09/2017  02/09/2018 Lamictal 25 mg tablet            2 qhs with  the 100mg
08/09/2017  02/09/2018 Prozac 10 mg capsule            1 at hs  with  the 20mg
08/09/2017  02/09/2018 Prozac 20 mg capsule            Take one by mouth at bedtime
08/09/2017  02/09/2018 trazodone 50 mg tablet            Take 1 by mouth at bedtime or she can  refuse
08/18/2017  08/18/2018 naproxen 500 mg tablet            take one tablet twice a day as needed- take with food
09/18/2017  10/19/2017 MS Contin 15 mg tablet,extended release        one tab every 12 hrs
**Site Medical Provider:** Shanthi Gopal MD            10/10/2017

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes    X    No        Deferred**

**Reviewer comments:  Approve laparoscopic or open surgery; the medical necessity of robot-assisted surgery is not demonstrated.**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Stacy, Sylvie, MD**

**Date Reviewed:  10/13/2017**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B. ▮▮▮▮▮

# MICHIGAN DEPARTMENT OF CORRECTIONS
## BUREAU OF HEALTH CARE SERVICES
### ADMINISTRATIVE NOTE

_____

—

**PATIENT:**                  **Pope, Aisha**
**DATE OF BIRTH:**             ██████████
**ENCOUNTER DATE:**       **10/20/2017 1:38 PM**
**COMPLETED BY:**           **Katherine J. Battle**
**LOCATION:**                   **WHV**

_____

—

**Issue**
I am in process of obtaining the general surgery appt. from HF Allegiance General surgery Dr. Narkiewicz. Patient had a consult with Dr. Narkiewicz on 7-18-17and he had requested a CT chest, ab & pelvis , a clearance by a cardiology dr. for surgery and labs. I had faxed all documents of the tests he requested be done prior to the surgery;  labs, CT scan report, cardiology consult notes, stress test report, cardiology Dr. wanted done and the cardiology clearance letter along with order and auth letter on 10-16-17 to offsite general surgery office. I called them on 10-19-17 to find out status of appt. request and she asked me to refax the requested documents to her and she would put them on Dr.'s desk to review. I called them again on 10-20-17 to make sure all documents were received and "Danielle" said yes and they have been put on Dr.'s desk to review when he gets back from being off on 11-2-17.

PAGE # 1/ 1

NAME:  Pope, Aisha  K
NUMBER:  228305
D.O.B ███████████

Pope-CLG-MDOC-000439

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | Aisha Pope |
| DATE OF BIRTH: | ████████ |
| DATE: | 10/24/2017 9:01 AM |
| VISIT TYPE: | Chronic Care Visit |

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with headache, anemia, hyperlipiemia and cardiologist opinion.

**History of Present Illness**
**1. headache**
Additional comments:
8/4/17 patient was seen for headache. Please refer to that note for futher details about this problem.
**2. anemia**
Additional comments:
8/4/17 patient was seen for anemia. Please refer to that note for futher details about this problem.
10/9/17 hemoglobin 9.6. MCV normal . Serum iron low.
**3. Hyperlipiemia**
Additional comments:
8/4/17 patient was seen for  lipid Please refer to that note for futher details about this problem..
**4. Cardiologist opinion**
Additional comments:
discussed cardiology clearance for surgery with patient.
I also informed her her stress test was normal.
she verbalized understanding.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Ms Contin | 15 Mg | 60 | one tab every 12 hrs prn, choice pt |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 10/24/2017 | 9:07 AM | | 191.0 | 97.1 | 120/69 | 87 | 16 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Brionna M. Kilgore |

**Physical Exam**

**Assessment/ Plan**

 patient request renewal of ice detail- renewed
patient also requested pain meds for break thro pain- ultram ordered

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 10/24/2017 | 10/24/2018 | Pravachol 40 mg tablet | Take one by mouth at bedtime |
| 10/24/2017 | 01/24/2018 | Ultram 50 mg tablet | one tab bid prn pain- space between MS contin |
| for break thro pain. | | | |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|------------|-----------|------------|------|----------|
| 08/18/2017 | 10/24/2017 | Naproxen | 500 Mg | take one tablet twice a day as needed- take with food |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|--------|----------|-----------|-------|--------|---|
| nterpretation | Value | | | | |
| ordered | | | Other:  Ice 16oz cup twice daily | | |

**Document generated by: Shanthi Gopal, MD 10/24/2017 9:22 AM**

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Connie McCool**        **(11/27/2017 4:41 PM) 11/28/2017 11:16 AM**

**Patient: Aisha  Pope**                          **ID#: 228305**        **DOB:** ▮▮▮▮▮▮

Off-site                                                        Reference #: 00674433
Routine                                                        Date of Request:  11/27/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible
hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-
threatening conditions. Prior review/discussion with Medical Director is required for additional treatment,
procedures and hospitalizations.*

---

**Procedure/Test Requested:** Post op f/u - S/p Robotic hemicolectomy for adenocarcinoma of colon.

**Specialty Service Requested:** Surgery

**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                                153

**Signs & Symptoms:**                                **Date of Onset:**
45 yr old female with malignant neoplasm of colon underwent Robotic hemicolectomy on 11/22/17. recommended
to f/u in 2 weeks with surgeon to discuss pathology report and next step for cancer treatment. Please review and
approve surgery post op f/u. Thank you.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm   kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 08/04/2017 | 08/04/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | Take 1 by mouth 2 times a day |
| 08/09/2017 | 12/09/2017 | Zyprexa 2.5 mg tablet | 2qhs or  1 qhs  if she  requests |
| 08/09/2017 | 02/09/2018 | diphenhydramine 50 mg capsule | Tabs 2 po Qhs |
| 08/09/2017 | 02/09/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 08/09/2017 | 02/09/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 08/09/2017 | 02/09/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 08/09/2017 | 02/09/2018 | Prozac 20 mg capsule | Take one by mouth at bedtime |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮▮

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Connie McCool        (11/27/2017 4:41 PM) 11/28/2017 11:16 AM**

10/26/2017 01/26/2018  Ultram 50 mg tablet                              one tab bid prn pain- space between MS contin
for break thro pain.- choices patient
11/13/2017 11/13/2018  Zocor 40 mg tablet                               take one by mouth at bedtime
11/17/2017 12/16/2017  MS Contin 30 mg tablet,extended release         one tab every 12 hrs  choice pt
11/20/2017 11/30/2017  MS Contin 15 mg tablet,extended release         one tab every 12 hrs prn, choice pt-
continue current doseuntil MSContin 30 mg available and then discontinue
11/24/2017 12/23/2017  Lovenox 40 mg/0.4 mL subcutaneous syringe       40 mg SubQ Daily x 28days
11/27/2017 12/30/2017  Lovenox 40 mg/0.4 mL subcutaneous syringe       40 mg subcutaneous injection once daily
for 28 days- CANCER AND PSOTSURGERY PROPHYLAXIS- CHOICES PATIENT
**Site Medical Provider:** Shanthi Gopal MD                    11/27/2017

_____

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other Protocol**
**Criteria met:  Yes   X      No        Deferred**

**Reviewer comments:**
Approval for General surgery follow up

**Recommendation for visit appointment:**

**# Visits:**
_____

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD/LM, RN**

**Date Reviewed:  11/28/2017**

_Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If
service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to
determine if service is still necessary and appropriate._

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ███████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:                    Aisha Pope
DATE OF BIRTH:              █████████
DATE:                       12/06/2017 2:42 PM
VISIT TYPE:                 Chart Update

---

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
CRV.
Per 409 dated on 12/5/2017: patient had post-op visit on 12/5/2017: Dx w/T3N0 Stage IIA colon cancer; Doing well--recommend Oncology f/u in 2-wk, Vitamin E cream to incision bid x 3-month. Will submit 407 to request Oncology.
Per AHS Surgical report@12/5/2017: S/p Left colectomy on 11/22/2017 for colon cancer; Oncology consult; CEA and H&P q 3-6 months, Colonoscopy and CT chest /Abd/Pelvis in 1-yr.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Lovenox | 40 Mg/0.4 Ml | 28 | 40 mg subcutaneous injection once daily for 28 days- CANCER AND PSOTSURGERY PROPHYLAXIS- CHOICES PATIENT |
| Lovenox | 40 Mg/0.4 Ml | 28 | 40 mg SubQ Daily x 28days |
| Ms Contin | 30 Mg | 60 | one tab every 12 hrs  choice pt |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Ultram | 50 Mg | 60 | one tab bid prn pain- space between MS contin for break thro pain.- choices patient |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm  kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |

Metronidazole

## Assessment/ Plan
**Postsurgical states NEC** (V45.89)
**Neoplasm, Malignant, colon** (153)

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 12/06/2017 | 03/06/2018 | vitamin E topical cream | Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill) |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 11/01/2018 | | Chart Review/Update : CRV. Submit 407 to request Colonoscopy, CT chest/Abd/Pelvis in 1-yr from 12/5/2017. H/o Colon cancer, S/p Lt colectomy on 12/5/2017. | | |
| ordered | 04/04/2018 | | Provider Visit : F/u on colon cancer, S/p Lt colectomy on 12/5/2017. Order CEA lab per recommendation. ( EMR@12/6/2017) | | |

## Lab Studies

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | CEA | CEA | | 03/06/2018 |

**Document generated by: Claire Y. Pei, DO 12/06/2017 3:22 PM**

Pope-CLG-MDOC-000511

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil**      (12/06/2017 2:42 PM) 12/07/2017 1:05 PM

**Patient: Aisha  Pope**                          **ID#: 228305**      **DOB:** ██████████

Off-site                                                          Reference #: 00676754
Routine                                                          Date of Request:  12/06/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Consult in 2-wk

**Specialty Service Requested:** Oncology

**Provider:** AHS
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Postsurgical states NEC                              V45.89
Neoplasm, Malignant, colon                          153

**Signs & Symptoms:**                               **Date of Onset:**
45 y/o AAF is Dx w/T3N0 Stage IIA colon cancer, S/p Left colectomy on 11/22/2017 at Allegiance Hospital. Post-op surgery visit on 12/5/2017: Request Oncology consult for further care post-op. Please review.

**Enrolled in Chronic Care Clinic(s)?**
Clinic          Chronic Condition                            Code      Last Visit
Good            Hyperlipidemia                               WHV       09/26/2016

**Current Active Medications:**
Start Date   Stop Date   Medication Name                      Sig Desc
05/09/2017   05/09/2018   betamethasone valerate 0.1 % topical cream      apply topically to affected area twice per day  15 gm  kite for RF
06/21/2017   06/21/2018   Tums 200 mg calcium (500 mg) chewable tablet Take one PO three times a day as needed
08/04/2017   08/04/2018   ferrous sulfate 325 mg (65 mg iron) tablet,delayed release      Take 1 by mouth 2 times a day
08/09/2017   02/09/2018   diphenhydramine 50 mg capsule            Tabs 2 po Qhs
10/26/2017   01/26/2018   Ultram 50 mg tablet                      one tab bid prn pain- space between MS contin for break thro pain.- choices patient
11/13/2017   11/13/2018   Zocor 40 mg tablet                       take one by mouth at bedtime
11/17/2017   12/16/2017   MS Contin 30 mg tablet,extended release      one tab every 12 hrs  choice pt

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ██████████

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil        (12/06/2017 2:42 PM) 12/07/2017 1:05 PM**

11/24/2017  12/23/2017  Lovenox 40 mg/0.4 mL subcutaneous syringe        40 mg SubQ Daily x 28days
11/27/2017  12/30/2017  Lovenox 40 mg/0.4 mL subcutaneous syringe        40 mg subcutaneous injection once daily
for 28 days- CANCER AND PSOTSURGERY PROPHYLAXIS- CHOICES PATIENT
12/02/2017  03/02/2018  LiquiTears 1.4 % eye drops                    1 gtt each eye BID
12/05/2017  06/07/2018  Lamictal 100 mg tablet                    take one by mouth at bedtime with the 50mg
12/05/2017  06/07/2018  Lamictal 25 mg tablet                    2 qhs with  the 100mg
12/05/2017  06/07/2018  Prozac 10 mg capsule                    1 at hs  with  the 20mg
12/05/2017  06/07/2018  Prozac 20 mg capsule                    Take one by mouth at bedtime
12/05/2017  06/07/2018  Zyprexa 2.5 mg tablet                    2qhs or  1 qhs  if she  requests
12/06/2017  03/06/2018  vitamin E topical cream                    Topical to incision site BID x 3-months. ( Choices
patient), ( kite for refill)
**Site Medical Provider:** Claire Pei MD                    12/06/2017

_____

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes  X    No        Deferred**

**Reviewer comments:  Oncology consult**

**Recommendation for visit appointment:**

**# Visits:**

_____

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  12/07/2017**

_Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If
service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to
determine if service is still necessary and appropriate._

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ███████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       12/22/2017 11:41 AM
VISIT TYPE:                 Nurse Visit-unscheduled

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with post er/inpatient/specialist follow up.

**History of Present Illness**
**1.  Post ER/Inpatient/Specialist Follow Up**

**Nursing Comments**
Inmate returned to facility from Hematology Oncology at the Allegiance Professional building. VSS, no acute distress, A&Ox4. No new orders. Inmate can RTU.

**Chronic Problems**
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Ms Contin patient) | 30 Mg | 60 | Restricted. 1 tab po q12hrs. ( Choices |
| Vitamin E Choices patient), ( kite for refill) | | 1 | Topical to incision site BID x 3-months. ( |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Lovenox | 40 Mg/0.4 Ml | 28 | 40 mg subcutaneous injection once daily for |
| 28 days- CANCER AND PSOTSURGERY PROPHYLAXIS- CHOICES PATIENT | | | |
| Lovenox | 40 Mg/0.4 Ml | 28 | 40 mg SubQ Daily x 28days |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Ultram | 50 Mg | 60 | one tab bid prn pain- space between MS |
| contin for break thro pain.- choices patient | | | |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums needed | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

Pope, Aisha
228305
████████

**Vitals Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 12/22/2017 | 11:43 AM | 63.0 | 180.0 | 97.0 | 122/83 | 76 | 18 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Brianna R. Penrod, RN |

**Document generated by: Brianna R. Penrod, RN 12/22/2017 12:08 PM**

Pope, Aisha
228305

Pope-CLG-MDOC-000551

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       12/29/2017 10:16 AM
VISIT TYPE:                 Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with colon cancer.

**History of Present Illness**
**1.  Colon cancer**
Additional comments:
Pt here for recheck . She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends:
1) baseline CEA
2) CEA q 3 to 6 months x 2yrs then q 6m to year 5 (previous provider has CEA ordered for 3/6/18).
3) Colonoscopy at 1 year then depends on Lynch presen or absent
4) ASA daily
5) Genetics consult or Colaris for Lynch

Oncologist also recommended follow up in 4 months.

Pt says today she is doing well. Normal BMs and flatulence. No abdominal pain. She has concernabout the time it took for diagnosis, a "lump" inferior to abdominal scar, area in RLQ that has not healed (admits scratching at area), and that she has not received the Vitamin E cream.

Pt has been noted to trying to take the morning dose of MS contin with her outside the clinic. She admits to this today. She says she does this to "save" the pill for when noon time comes as she has more pain at that time. She says she does not have much pain in the morning. The MS contin is currently on medline at a.m. and HS. She is agreeable to changing times to noon and HS.

Pt is in the Choices program.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Vitamin E | | 1 | Topical to incision site BID x 3-months. ( |
| Choices patient), ( kite for refill) | | | |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Lovenox | 40 Mg/0.4 Ml | 28 | 40 mg subcutaneous injection once daily for |
| 28 days- CANCER AND PSOTSURGERY PROPHYLAXIS- CHOICES PATIENT | | | |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |

| | | | |
|---|---|---|---|
| Ultram | 50 Mg | 60 | one tab bid prn pain- space between MS |
| contin for break thro pain.- choices patient | | | |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| needed | | | |
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day |
| 15 gm   kite for RF | | | |

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

## Review of Systems

**Constitutional:**
Negative for fever.

**Gastrointestinal:**
Negative for abdominal pain, constipation and diarrhea.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2017 | 8:59 AM | 63.0 | 179.0 | 98.6 | 134/81 | 87 | 18 | 96 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|---|---|---|---|---|
| | | | | Michael B. Jordan |

## Physical Exam

**Constitutional:**
Level of distress is mild distress.  Well nourished. Well developed.

**Head / Face:**
Facial features are symmetric.

**Eyes:**

Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

Left
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**

Extra Sounds:  None.

Murmurs:  None.

Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
See also extremities. No edema is present.

**Abdomen:**
Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
Inspection has detected surgical scar well healed, small scabbed areal RLQ.
 There is no guarding. There is no rebound.

**Extremities:**
No edema is present.

**Assessment/ Plan**

**Neoplasm, Malignant, colon** (153)

Plan comments:  1) emailed Choices manager regarding changing timing of MS Contin to noon and qhs, agrees, Director of Nursing also agrees

2) discussed Oncology recommendations with pt including ACMO request for Colaris testing for Lynch syndrome, plan to refer to Genetics counselor if tests positive. She is agreeable to plan

3) pt agrees to starting ASA 81 mg qd

4) emailed Pharm Tech regarding Vit E cream - RN Supervisor needs to order per Pharm Tech, request has been sent to them per Pharm tech

5) Triple antibiotic cream issued for small area RLQ, avoid picking

6) 407 for Oncology follow up completed

7) orders written for follow up labs and CRV to complete 407 for colonoscopy in 1yr

8) follow up 2 weeks, sooner if needed

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 12/29/2017 | 01/29/2018 | MS Contin 30 mg tablet,extended release | Restricted. 1 tab noon and qhs NOTE TIME CHANGE  Choices patient |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 12/16/2017 | 12/29/2017 | Ms Contin | 30 Mg | Restricted. 1 tab po q12hrs. ( Choices patient) |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 11/28/2018 | | Chart Review/Update : hx of colon CA, complete 407 for colonoscopy at 1 yr per Oncology (see 12/29/17 note) | | |
| ordered | 01/12/2018 | | MP F/U Routine : recheck colon CA, see 12/29/17 note | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 12/29/2017 | Patient education provided and patient voiced understanding | |

**Lab Studies**

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | CEA | CEA | | 06/06/2018 |
| ordered | CEA | CEA | | 09/06/2018 |
| ordered | CEA | CEA | | 01/02/2018 |

**Document generated by: Donna M. Rohrs, PA 12/29/2017 2:44 PM**



**HEALTHCARE**

## MICHIGAN DEPARTMENT OF CORRECTIONS

---

PATIENT:  Pope, Aisha
LOCATION: WHV
PROVIDER: Donna M. Rohrs PA
CURRENT USER :Donna M. Rohrs, PA

## <u>MEDICATION ORDERS</u>

---

### <u>NEW AND RENEWED MEDICATION ORDERS  12/29/2017 12:03 PM</u>

| <u>Start Date</u> | <u>Stop Date</u> | <u>Medication</u> | <u>Dose</u> | <u>Sig Desc</u> |
|---|---|---|---|---|
| <u>12/29/2017</u> | <u>12/28/2018</u> | <u>Aspirin Ec</u> | <u>81 Mg</u> | <u>1 po qd</u> |
| <u>12/29/2017</u> | <u>01/29/2018</u> | <u>Ms Contin</u> | <u>30 Mg</u> | <u>Restricted. 1 tab noon and qhs NOTE TIME CHANGE</u> |
| <u>Choices patient</u> | | | | |

### <u>MEDICATIONS STOPPED THIS ENCOUNTER</u>

| <u>Start Date</u> | <u>Stop Date</u> | <u>Medication</u> | <u>Dose</u> | <u>Sig Desc</u> |
|---|---|---|---|---|
| <u>12/16/2017</u> | <u>12/29/2017</u> | <u>Ms Contin</u> | <u>30 Mg</u> | <u>Restricted. 1 tab po q12hrs. ( Choices patient)</u> |

### <u>MEDICATIONS TO START AFTER TODAY'S DATE</u>

**Name:** Pope,Aisha
**DOB** ▮▮▮▮▮▮▮
**Number:**  228305

Pope-CLG-MDOC-000565

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████
DATE:                       12/29/2017 10:16 AM

ACMO REVIEW

---

Requesting Physician:

**Non-formulary Medications**

Medication/Strength/SIG              Reason

Approved                    Deferred              Review Date

**Off-guideline Medical Details and Special Accomodations**

Description                          Reason
Colaris testing for Lynch Syndrome   Pti s a 45 year old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends: Genetics consult or Colaris for Lynch. Requesting Colaris testing. Will complete 407 for Genetics consult if testing positive.

Approved                    Deferred              Review Date

**Document generated by: Donna M. Rohrs, PA 12/29/2017 2:29 PM**

Name: Pope, Aisha
Inmate ID: 228305
DOB: ███████

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Donna M. Rohrs, PA**     12/29/2017 10:16 AM

**Patient: Aisha Pope**     **ID#: 228305**     **DOB:** ▮▮▮▮▮▮▮

Off-site                                    Reference #:
Routine                                     Date of Request: 12/29/2017
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** 4 month recheck for colon cancer

**Specialty Service Requested:** Oncology

**Provider:** Dr. M Trimble
**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                              153

**Signs & Symptoms:**                         **Date of Onset:**
Pt is a 45 yr old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist recommends follow up in 4 months (4/24/18 @ 1pm)

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm  kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 08/04/2017 | 08/04/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | Take 1 by mouth 2 times a day |
| 08/09/2017 | 02/09/2018 | diphenhydramine 50 mg capsule | Tabs 2 po Qhs |
| 10/26/2017 | 01/26/2018 | Ultram 50 mg tablet | one tab bid prn pain- space between MS contin for break thro pain.- choices patient |
| 11/13/2017 | 11/13/2018 | Zocor 40 mg tablet | take one by mouth at bedtime |
| 11/27/2017 | 12/30/2017 | Lovenox 40 mg/0.4 mL subcutaneous syringe | 40 mg subcutaneous injection once daily for 28 days- CANCER AND PSOTSURGERY PROPHYLAXIS- CHOICES PATIENT |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮▮

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Donna M. Rohrs, PA          12/29/2017 10:16 AM**

| | | | |
|---|---|---|---|
| 12/02/2017 | 03/02/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 12/05/2017 | 06/07/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 12/05/2017 | 06/07/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 12/05/2017 | 06/07/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 12/05/2017 | 06/07/2018 | Prozac 20 mg capsule | Take one by mouth at bedtime |
| 12/05/2017 | 06/07/2018 | Zyprexa 2.5 mg tablet | 2qhs or  1 qhs  if she  requests |
| 12/06/2017 | 03/06/2018 | vitamin E topical cream | Topical to incision site BID x 3-months. ( Choices |

patient), ( kite for refill)

12/29/2017 01/29/2018 MS Contin 30 mg tablet,extended release          Restricted. 1 tab noon and qhs NOTE
TIME CHANGE  Choices patient

12/29/2017 12/28/2018 aspirin 81 mg tablet,delayed release          1 po qd

**Site Medical Provider:** Donna M. Rohrs PA                    12/29/2017

---

**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other**
**Criteria met:  Yes          No          Deferred**


**Reviewer comments:**


**Recommendation for visit appointment:  4 Months**


**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.:

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                       Aisha Pope
DATE OF BIRTH:            ████████████
DATE:                            12/29/2017 2:50 PM

## ACMO REVIEW
_____

Requesting Physician:

**Non-formulary Medications**

Medication/Strength/SIG                   Reason


Approved                         Deferred            Review Date


**Off-guideline Medical Details and Special Accomodations**

Description                            Reason
Colaris testing for Lynch Syndrome     Pti s a 45 year old AA. She had a left colectomy on 11/22/17 for
                                       colon CA. This was staged at T3N0. Pt had a follow up with
                                       Oncology 12/22/17. Oncologist states in dictation that no chemo
                                       needed, recommends: Genetics consult or Colaris for Lynch.
                                       Requesting Colaris testing. Will complete 407 for Genetics
                                       consult if testing positive.


Approved                         Deferred            Review Date
Approved                                              12/29

**Document generated by: Donna M. Rohrs, PA 12/29/2017 2:29 PM**


**Document generated by: Rickey J. Coleman, DO 12/29/2017 2:50 PM**


Name: Pope, Aisha
Inmate ID:  228305
DOB:  ████████

Pope-CLG-MDOC-000569

# MICHIGAN DEPARTMENT OF CORRECTIONS
## BUREAU OF HEALTH CARE SERVICES
ADMINISTRATIVE NOTE

_____

—

**PATIENT:**               **Pope, Aisha**
**DATE OF BIRTH:**       ██████████
**ENCOUNTER DATE:**     **01/02/2018 3:47 PM**
**COMPLETED BY:**      **Katherine J. Battle**
**LOCATION:**            **WHV**

_____

—

**Tracking Information**
Date of occurrence 01/02/2018

**Type of request**
OtherATP'd 407 wrote on 12-29-17 for 4 month recheck for colon cancer

**Issue**
ATP'd 407 wrote on 12-29-17 for 4 month recheck for colon cancer. It says  ATP:  Medical necessity not demonstrated at this time. Surveillance is completed on site by MSP utilizing NCCN guidelines.

NAME:  Pope, Aisha  K
NUMBER:  228305
D.O.B :  ██████████

Pope-CLG-MDOC-000570

| Tums needed | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| Betamethasone Valerate 15 gm   kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |

### Allergies

| Allergen/Ingredient | Brand | Reaction: |
| --- | --- | --- |
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

### Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/16/2018 | 5:04 PM | 63.0 | 179.0 | 97.6 | 120/80 | 80 | 16 | 96 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
| --- | --- | --- | --- | --- | --- |
| | | | | | Donna M. Rohrs, PA |

### Physical Exam

**Constitutional:**
No acute distress. Well nourished. Well developed.

**Head / Face:**
Facial features are symmetric.

**Eyes:**

Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

Left
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**

Extra Sounds:  None.

Murmurs:  None.

Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
See also extremities. No edema is present.

**Abdomen:**
Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
Inspection has detected scar(s).

**Extremities:**
No edema is present.

### Assessment/ Plan

**Neoplasm, Malignant, colon** (153)
Plan comments:  1) mylanta with simethicone
2) discussed CEA wnl, Colaris test for Lynch Syndrome approved and kit ordered
3) colonoscopy and CT 1 year (CRV to complete 407's already scheduled), follow up CEAs already ordered
4) Dietician referral to see if continuation snack bag needed, expires 2/1/18
5) ordered PHS2 to recheck anemia
6) discussed 407 for Oncology follow up ATP's to be followed in clinic using NCCN guidelines, pt expressed frustration with this
7) recheck 3 weeks to make sure stable, review labs

Pope, Aisha
228305

Pope-CLG-MDOC-000577

8) emailed RN supervisors Re Vitamin E cream per LPN they are supposed to order (per email reply it has been ordered, waiting for it to come in), also checking on meals in policy with Supervisors, told pt this likely is not possible.

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc | |
|---|---|---|---|---|
| 01/16/2018 | 03/16/2018 | aluminum-mag hydroxide-simethicone 200 mg-200 mg-20 mg/5 mL oral susp cc bid  #1 bottle | | 30 |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 01/30/2018 | | Dietary Referral : Snack bag runs out 2/1/18 not sure if needs to be renewed, please review | | |
| ordered | 02/06/2018 | | MP F/U Routine : recheck colon CA, see 1/16/18 and 12/29/17 notes, review labs | | |
| ordered | 01/19/2018 | | Provider Visit : pt complains of clotting, has not had period in some time, please eval, see 1/16/18 EMR note | | |

## Instructions / Education

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 01/16/2018 | Patient education provided and patient voiced understanding | |

## Lab Studies

| Status | Lab Code Comments | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | PHS2 Fasting. | Comp Panel + CBC/Plt/Thyroid | | 01/24/2018 |

**Document generated by: Donna M. Rohrs, PA 01/16/2018 5:48 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | Aisha Pope |
| DATE OF BIRTH: | ███████ |
| DATE: | 01/23/2018 11:39 AM |
| VISIT TYPE: | Provider Visit-scheduled |

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with gynecology.

**History of Present Illness**
**1. Gynecology**
 Last menstrual period was 1 Week 3 Days ago and was on 01/13/2018. The age of menarche onset was 10. The menstrual cycle length is 12 Days(s) Presenting / Initial symptoms include amenorrhea, secondary and change in menstrual cycle.  The patient's relevant history is negative for diabetes mellitus and oral contraceptive use. Additional information: pp had missed periods  , started to bleed this month   , heavy with   prolonged bleeding last ing about 12 days.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid  #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Ms Contin | 30 Mg | 60 | Restricted. 1 tab noon and qhs NOTE TIME CHANGE  Choices patient |
| Vitamin E | | 1 | Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill) |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Ultram | 50 Mg | 60 | one tab bid prn pain- space between MS contin for break thro pain.- choices patient |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day 15 gm  kite for RF |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |

Pope, Aisha
228305
███████████
Pope-CLG-MDOC-000581

Metronidazole

## Review of Systems
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Gastrointestinal:**
Comments: post lt clectomy for ca of colon, nodes neg. CEA normal, pp stated that she is waiting for genetic testing.
**Genitourinary:**
Positive for:
- Menarche age was 10.
- Menses. Frequency: decreased. Last menses was 01/13/2018. Menses is irregular. The flow is heavy.

Negative for dysuria, hematuria and oral contraception.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 01/23/2018 | 11:40 AM | | | | | | | | |
| 01/23/2018 | 11:29 AM | | 175.0 | 97.9 | 128/77 | 69 | 16 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Jamillah R. Williams, RCA |

## Physical Exam
**Constitutional:** No apparent distress. Well nourished and well developed.
**Abdomen:** Soft, non-tender without organomegaly or masses.
**Genitourinary:**
External Gyn: External genitalia is unremarkable. Glands do appear to be normal. Perineum is unremarkable. No perianal abnormalities. Urethra is normal in appearance, without erythema. Urethra meatus is normal.
Internal Gyn: The chaperone for the exam was Jamillah Williams, RCA.
Vaginal mucosa appears normal. . Cervix normal to inspection and palpation. Uterus: boggy.Adnexa: non-palpable.Bladder is normal.
.
Pap Info:
L.M.P.: Last menses were 01/13/2018.

A speculoscopy was performed. Results were negative.
No CVA tenderness. No flank masses are present. No suprapubic tenderness. There appears to be no vaginal discharge.
Comments: emb discussed for heavy bleeding , endometrial thickening,  risks benefits discussed,  emb done with cell sampler. teneculum used  at the ant lip to stabalize cervix, uterus 7 cm in depth,  emb done without much difficulty,  tissue  removed labelled & sent to lab for path evaluation.  post emb instructions  given  to watch for heavy bleeding , foul smelling d/c or sever abd pain f/u for path report.

## Procedures
Consent was obtained. Procedure and risks were explained in detail. Questions were answered.

## Assessment/ Plan
**Excessive menstruation** (626.2)
- **pp had a heavy menses afte  amenorrhea for  a while,   us of pelvis  las yr  with 2 fibroids**
- **thickened endometrium emb done for evaluation of heavy bleeding ,  enddometrial thickening**
- **wait for pat h report**
- **notify h/c if heavy vag bleeding ,  foul smelling d/c or sever abd pain**
- **2 wks for path report**

Pope, Aisha
228305

Pope-CLG-MDOC-000582

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|--------|----------|-----------|-------|--------|---|
| nterpretation | Value | | | | |
| ordered | 02/06/2018 | | On-Site : emb path report | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 01/23/2018 | Increase fluid intake | |
| completed | 01/23/2018 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 01/23/2018 | Patient was reassured | |
| completed | 01/23/2018 | Patient education provided and patient voiced understanding | |
| completed | 01/23/2018 | Reviewed diagnostic study results with patient | |

**Document generated by: Mohammad I. Azimi, MD 01/23/2018 12:05 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ████████
DATE:                       01/24/2018 3:00 PM
VISIT TYPE:                 Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
RN Supervisor received Colaris test kit for Lynch Syndrome. RN Sup. attempted to complete paperwork for this with the pt. Per RN Sup. email, "I/M Pope refused to sign the informed consent for the genetic testing. She stated she was not told what we are looking for, wants to know what Lynch Syndrome is, wants a readout on Lynch Syndrome and wants genetic counseling! She also wants to know why the Oncologist isn't doing the test."

The test and the follow up plan was discussed with the pt on the 12/29/17 and 1/16/18 visits.  Pt has 2/6/18 appt, will discuss plan with pt again. If she still refuses test will have pt sign ROR.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid  #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Ms Contin | 30 Mg | 60 | Restricted. 1 tab noon and qhs NOTE TIME CHANGE  Choices patient |
| Vitamin E | | 1 | Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill) |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1 qhs  if she  requests |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Ultram | 50 Mg | 60 | one tab bid prn pain- space between MS contin for break thro pain.- choices patient |
| Diphenhydramine Hcl | 50 Mg | 60 | Tabs 2 po Qhs |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day 15 gm   kite for RF |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|

Pope, Aisha
228305 ████████

Pope-CLG-MDOC-000586

Propoxyphene                    Darvocet
Penicillins                                                        Itch
Acetaminophen                   Davocet
Metronidazole

**<u>Physical Exam</u>**

**Document generated by: Donna M. Rohrs, PA 01/24/2018 3:05 PM**

Pope-CLG-MDOC-000587

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    Aisha Pope
DATE OF BIRTH:              ███████████
DATE:                       02/06/2018 3:14 PM
VISIT TYPE:                 Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with recheck colon ca.

**History of Present Illness**
**1.  recheck colon CA**
Additional comments:
Pt had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Oncologist recommended testing for Lyncch Syndrome. When RN Supervisor met with pt she refused to sign the consent form. Today pt says she had questions that she had but did not recieve the answers she needed to make her feel comfortable signing the consent. At previous appointments Lynch syndrome was explained to the pt and the reason testing was requested and ACMO approved was also explained. Today, Lynch syndrome as explained to the patient again and 2 handouts reviewed and given to the pt.  We talked about needing to know if she was positive for Lynch syndrome because follow up for colon cancer would likley change and surveillance for other cancers associated with Lynch syndrome would need to be scheduled. Also discussed that if the test is positive that this would be important information for her family as they should be tested as well. Pt also had concerns that she did not want to be charged for the test. Explained to pt that testing had been approved by the ACMO so she will not have to pay for testing. Pt signed consent for the testing. Reviewed with pt again that if testing is positive will request a genetic counselor appt.

Pt says she has some nausea and vomiting the last few days. No abdominal pain or fever. She does not want to go on a liquid diet for a few days. BMs are better since the surgery. She does not want a renewal of Dulcolax. Urination normal.

reviewed 1/24/18 labs with pt Hgb improved

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Vitamin E | | 1 | Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill) |
| Ms Contin | 30 Mg | 60 | Restricted 1 tab noon and qhs  Choices patient |
| Zyprexa | 2.5 Mg | 30 | 1qhs |
| Vistaril | 50 Mg | 60 | 2qhs or 1qhs if  she  requests-- please continue Benadryl until vist. comes |
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid  #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |

Pope, Aisha
228305
████████
1/3

**MICHIGAN DEPARTMENT OF CORRECTIONS**

 **Kite Response**

| | |
|---|---|
| **Patient Name** | Aisha Pope |
| **Date Received** | 02/07/2018 |
| **Time Received** | 3:49 PM |
| **Taken By** | Donna M. Rohrs, PA |
| **Date Initiated** | |

**Age**   45 Years

**Action & Resolution**

| Date | Time | User | Detail |
|---|---|---|---|
| 02/07/2018 | 3:51 PM | Donna M. Rohrs, PA | Reason:   Comment I needed to fill out additional paperwork for the genetic test and send it to Lansing in  order to have the test billed correctly. We will call you out likely next week to draw the blood. |

<u>Other</u>

Comment: I needed to fill out additional paperwork for the genetic test and send it to Lansing in  order to have the test billed correctly. We will call you out likely next week to draw the blood..

Pope, Aisha

228305

Pope-CLG-MDOC-000603

_____

PATIENT:                         Aisha Pope
ADDENDUM TO VISIT:               (02/06/2018 3:14 PM) 02/07/2018 3:15 PM
ADDENDUM DATE:                   02/07/2018 3:15 PM
PROVIDER:                        Donna M. Rohrs PA

_____

_____

ADDENDUM:

Per RN Supervisor 407 needed for Lynch testing  for billing purposes instead of ACMO
approval (ACMO previously approved) per Corizon. See 2/7/18 3:16 pm encounter

**Provider: Donna M. Rohrs PA**

**Document generated by: Donna M. Rohrs, PA 02/07/2018 3:15 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| **PATIENT:** | Aisha Pope |
| **DATE OF BIRTH:** | ███████████ |
| **DATE:** | 02/07/2018 3:16 PM |
| **VISIT TYPE:** | Chart Update |

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1. Chart Review**
Additional comments:
Per RN Supervisor 407 needed for Lynch testing for billing purposes instead of ACMO approval  (ACMO had approved) per Corizon. Done in this encounter.  Pt notified by kite response.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Vitamin E | | 1 | Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill) |
| Ms Contin | 30 Mg | 60 | Restricted 1 tab noon and qhs  Choices patient |
| Zyprexa | 2.5 Mg | 30 | 1qhs |
| Vistaril | 50 Mg | 60 | 2qhs or 1qhs if  she  requests-- please continue Benadryl until vist. comes |
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid  #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Prozac | 20 Mg | 30 | Take one by mouth at bedtime |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm | 0.1 % | 0 | apply topically to affected area twice per day  kite for RF |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**Physical Exam**

**Assessment/ Plan**
**Neoplasm, Malignant, colon** (153)

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 02/13/2018 | | Chart Review/Update : Rohrs: see if 407 approved for Colaris test and have pt called out **DON'T MOVE | | |

**Document generated by: Donna M. Rohrs, PA 02/07/2018 3:53 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Donna M. Rohrs, PA**      **02/07/2018 3:16 PM**

**Patient: Aisha  Pope**                    **ID#: 228305**      **DOB:**

On-Site Clinic                                                    Reference #:
Routine                                                          Date of Request:  02/07/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible*
*hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-*
*threatening conditions. Prior review/discussion with Medical Director is required for additional treatment,*
*procedures and hospitalizations.*

---

**Procedure/Test Requested:** Colaris Testing for Lynch Syndrome (blood draw to be done at facility)

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                                153

**Signs & Symptoms:**                                    **Date of Onset:**
Pt is a 45 year old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a
follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends: Genetics
consult or Colaris testing for Lynch Syndrome. ACMO approved the test on 12/29/17 but per WHV RN Supervisor
discussion with Corizon, a 407 is needed for billing purposes.

**Lab & Xray Data**
We already have the Colaris test kit at the facility and have completed the necessary paperwork (except billing
info).

Per Up to Date:
"Candidates for genetic evaluation
All newly diagnosed patients with CRC (colorectal  CA) (alternatively, those diagnosed prior to age 70 years)"

**Enrolled in Chronic Care Clinic(s)?** Yes
| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|------------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**
| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm   kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 08/04/2017 | 08/04/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | Take 1 by mouth 2 |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B:

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Donna M. Rohrs, PA          02/07/2018 3:16 PM**

times a day

| | | | |
|---|---|---|---|
| 11/13/2017 | 11/13/2018 | Zocor 40 mg tablet | take one by mouth at bedtime |
| 12/02/2017 | 03/02/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 12/05/2017 | 06/07/2018 | Lamical 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 12/05/2017 | 06/07/2018 | Lamical 25 mg tablet | 2 qhs with  the 100mg |
| 12/05/2017 | 06/07/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 12/05/2017 | 06/07/2018 | Prozac 20 mg capsule | Take one by mouth at bedtime |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |

01/16/2018 03/16/2018 aluminum-mag hydroxide-simethicone 200 mg-200 mg-20 mg/5 mL oral susp        30 cc bid  #1 bottle

01/30/2018 07/31/2018 Vistaril 50 mg capsule                                2qhs or 1qhs if  she  requests-- please   continue Benadryl until vist. comes

01/30/2018 07/31/2018 Zyprexa 2.5 mg tablet                                1qhs

01/31/2018 03/03/2018 MS Contin 30 mg tablet,extended release              Restricted 1 tab noon and qhs  Choices patient

02/02/2018 06/02/2018 vitamin E topical cream                              Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill)

**Site Medical Provider:** Donna M. Rohrs PA                    02/07/2018

---

**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other**
**Criteria met:  Yes          No          Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ███████

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil**        **(02/07/2018 3:16 PM) 02/09/2018 11:57 AM**

**Patient: Aisha  Pope**                      **ID#:  228305**      **DOB:** ▮▮▮▮▮▮

On-Site Clinic                                               Reference #:
Routine                                                      Date of Request:  02/07/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Colaris Testing for Lynch Syndrome (blood draw to be done at facility)

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                        153

**Signs & Symptoms:**                              **Date of Onset:**
Pt is a 45 year old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends: Genetics consult or Colaris testing for Lynch Syndrome. ACMO approved the test on 12/29/17 but per WHV RN Supervisor discussion with Corizon, a 407 is needed for billing purposes.

**Lab & Xray Data**
We already have the Colaris test kit at the facility and have completed the necessary paperwork (except billing info).

Per Up to Date:
"Candidates for genetic evaluation
All newly diagnosed patients with CRC (colorectal  CA) (alternatively, those diagnosed prior to age 70 years)"

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm   kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 08/04/2017 | 08/04/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | Take 1 by mouth 2 |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮▮

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**

**COMPLETED BY:  Kaelynn R. Pfeil      (02/07/2018 3:16 PM) 02/09/2018 11:57 AM**

times a day

| | | | |
|---|---|---|---|
| 11/13/2017 | 11/13/2018 | Zocor 40 mg tablet | take one by mouth at bedtime |
| 12/02/2017 | 03/02/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 12/05/2017 | 06/07/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 12/05/2017 | 06/07/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 12/05/2017 | 06/07/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 12/05/2017 | 06/07/2018 | Prozac 20 mg capsule | Take one by mouth at bedtime |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |

01/16/2018 03/16/2018 aluminum-mag hydroxide-simethicone 200 mg-200 mg-20 mg/5 mL oral susp        30 cc bid  #1 bottle

01/30/2018 07/31/2018 Vistaril 50 mg capsule                      2qhs or 1qhs if  she  requests-- please   continue Benadryl until vist. comes

01/30/2018 07/31/2018 Zyprexa 2.5 mg tablet                      1qhs

01/31/2018 03/03/2018 MS Contin 30 mg tablet,extended release          Restricted 1 tab noon and qhs  Choices patient

02/02/2018 06/02/2018 vitamin E topical cream                 Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill)

**Site Medical Provider:** Donna M. Rohrs PA                    02/07/2018

---

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met:  Yes          No     X    Deferred**

**Reviewer comments:  ATP:  medical necessity not demonstrated at this time.  Why are we considering the test?  How does this test affect this patient?**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  02/09/2018**

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.:  ▮▮▮▮▮▮

Pope-CLG-MDOC-000610

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**Genitourinary:**
Positive for:
- Menarche age was 10.
- Menorrhagia.
- Menses.  The flow is heavy.

Negative for dysuria, hematuria and oral contraception.

**Physical Exam**
**Constitutional:**  No apparent distress.  Well nourished and well developed.
**Genitourinary:**
Internal Gyn:   The chaperone for the exam was Atarah Ware.
.
.
Comments:   emb  findings were discussed,   benign findings,.

**Assessment/ Plan**
**Excessive menstruation** (626.2)
**- emb was neg ,   pp oferd trialof low dose provera , but not ready to take side effects & risks**
**Anemia** (285.9)
**- pp on po iron  ,  continue  same**
**-  keep  a calander of cycles for 3 months notify h/c if problem  gets worse**

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | I |
|--------|----------|-----------|-------|--------|---|
| nterpretation | Value | | | | |
| ordered | 05/14/2018 | | On-Site :  f/u menorrahgia | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 02/14/2018 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 02/14/2018 | Patient was reassured | |
| completed | 02/14/2018 | Patient education provided and patient voiced understanding | |
| completed | 02/14/2018 | Reviewed diagnostic study results with patient | |

**Document generated by: Mohammad I. Azimi, MD 02/14/2018 3:29 PM**

Pope, Aisha
228305

2/2

| Status | ApptDate | Timeframe | Order | Reason | 1 |
|--------|----------|-----------|-------|--------|---|
| nterpretation | Value | | | | |
| ordered | 02/16/2018 | | Chart Review/Update : MS contin inmate is still trying to cheek, she has | | |

been having people stand in front of her so that I can't keep my eye on her and then today she left after sitting for only 4 min. Didn't notify nurse when she left. DO NOT MOVE

**Document generated by: Nicole Cloum, LPN 02/15/2018 2:13 PM**

Pope, Aisha
228305

Pope-CLG-MDOC-000622

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool**          **(02/15/2018 8:32 AM) 02/20/2018 10:17 AM**

**Patient: Aisha  Pope**                    **ID#:  228305**    **DOB:** ▇▇▇▇▇▇

On-Site Clinic                                          Reference #:
Routine                                                 Date of Request:  02/15/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Colaris Testing for Lynch Syndrome (blood draw to be done at facility)

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                              153

**Signs & Symptoms:**                                   **Date of Onset:**
Pt is a 45 year old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends: Genetics consult or Colaris testing for Lynch Syndrome. ACMO approved the test on 12/29/17 but per WHV RN Supervisor discussion with Corizon, a 407 is needed for billing purposes.

**Lab & Xray Data**
We already have the Colaris test kit at the facility and have completed the necessary paperwork (except billing info).

Per Up to Date:
"Candidates for genetic evaluation
All newly diagnosed patients with CRC (colorectal  CA) (alternatively, those diagnosed prior to age 70 years)"

Previous request on 2/7/18 was ATP'd on 2/9/18, "ATP:  medical necessity not demonstrated at this time.  Why are we considering the test?  How does this test affect this patient?"

**Failed Outpatient Therapies:**
If the patient tests positive for Lynch Syndrome, she has increased risk of other cancers so cancer surveillance will be different than a patient that does not have Lynch Syndrome. If the patient is positive on the test then family members should also be tested since Lynch Syndrome is a genetic mutation.

Per Up to Date, " Individuals with Lynch syndrome have an increased risk of colorectal and endometrial cancer [1]. Other sites of cancer include the ovary, stomach, small bowel, hepatobiliary system, renal pelvis, ureter, brain, and skin. There may also be an increased risk of breast, prostate, and pancreatic cancer in individuals with Lynch

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▇▇▇▇▇▇

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool      (02/15/2018 8:32 AM) 02/20/2018 10:17 AM**
syndrome. Among individuals with Lynch syndrome, the lifetime cancer risk and therefore some screening recommendations vary by genotype."
Per Up to Date "Individuals with Lynch syndrome should undergo screening for CRC and extracolonic cancers. We suggest the following approach;" (see comment section below)

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm   kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 08/04/2017 | 08/04/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | Take 1 by mouth 2 times a day |
| 11/13/2017 | 11/13/2018 | Zocor 40 mg tablet | take one by mouth at bedtime |
| 12/02/2017 | 03/02/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 12/05/2017 | 06/07/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 12/05/2017 | 06/07/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 12/05/2017 | 06/07/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 12/05/2017 | 06/07/2018 | Prozac 20 mg capsule | Take one by mouth at bedtime |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 01/16/2018 | 03/16/2018 | aluminum-mag hydroxide-simethicone 200 mg-200 mg-20 mg/5 mL oral susp | 30 cc bid  #1 bottle |
| 01/30/2018 | 07/31/2018 | Vistaril 50 mg capsule | 2qhs or 1qhs if  she  requests-- please   continue Benadryl until vist. comes |
| 01/30/2018 | 07/31/2018 | Zyprexa 2.5 mg tablet | 1qhs |
| 01/31/2018 | 03/03/2018 | MS Contin 30 mg tablet,extended release | Restricted 1 tab noon and qhs  Choices patient |
| 02/02/2018 | 06/02/2018 | vitamin E topical cream | Topical to incision site BID x 3-months. ( Choices patient), ( kite for refill) |

**Comments** •Annual colonoscopy starting between the ages of 20 and 25 years, or two to five years prior to the earliest age of CRC diagnosis in the family, whichever comes first. In families with MSH6 or PMS2 mutations, screening can start at age 25 to 30 or two to five years prior to the earliest CRC in the family, unless an early-onset CRC has been diagnosed in a given family.
•Annual screening for endometrial and ovarian cancer with pelvic examination, endometrial biopsy, and transvaginal ultrasound beginning at age 30 to 35 years, or three to five years earlier than the earliest age of diagnosis of these cancers in the family (whichever is earlier). We offer prophylactic hysterectomy and salpingo-oophorectomy in women with Lynch syndrome at the end of childbearing or at age 40 years.
Upper endoscopy with biopsy of the gastric antrum starting at 30 to 35 years and treatment of Helicobacter pylori infection when found on biopsy. We perform a repeat upper endoscopy every two to three years

**Site Medical Provider:** Donna M. Rohrs PA            02/15/2018

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool          (02/15/2018 8:32 AM) 02/20/2018 10:17 AM**
**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other**
**Criteria met:  Yes          No   X      Deferred**

**Reviewer comments:**
ATP:  Medical necessity not demonstrated at this time.  If Resubmitting the MMR and MSI testing should be included.

**Recommendation for visit appointment:**

**# Visits:**

_____

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  02/20/2018**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:  █████████

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                Aisha Pope

DATE OF BIRTH:        ███████████

DATE:                   03/07/2018 9:17 AM

VISIT TYPE:          Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with recheck colon ca s/p excision nov. 2016.

**History of Present Illness**
**1. recheck colon CA s/p excision Nov. 2016**
Additional comments:
Pt is 45 yr old AA. She was diagnosed with colon CA last year and had a left colectomy on 11/22/17. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends: Genetics consult or Colaris testing for Lynch Syndrome. ACMO approved the test on 12/29/17 but per WHV RN Supervisor discussion with Corizon, a 407 is needed for billing purposes. 407's x 2 were ATP'd. The first ATP response (to the 2/7/18 407) was, "medical necessity not demonstrated at this time. Why are we considering the test? How does this test affect this patient?" Additional information from Up To Date was added to the subsequent 407 regarding the importance of the test in regards to additional surveillance for additional cancers if the Lynch test is positive. The second ATP rsponse (to the 2/15/18 407, see 8:32 a.m. addendnum), "ATP: Medical necessity not demonstrated at this time. If Resubmitting the MMR and MSI testing should be included."

Pt is here today to discuss the ATP responses and to complete the MMR predict model (http://hnpccpredict.hgu.mrc.ac.uk/). In response ti the predict model the pt is a female disagnosed at 45 years of age with a proximal colon tumor. The Synchronous and/or metachronous tumours score is 0 due to no mets at time of dx or at another time thus far. The predict model became problematic when examining the FH of colorectal cancer. According to the patient, her mother passed away at 34 years old due to a drug overdose, her father passed away at 42 yrs old of the same. She is an only child. Based on the model using different variables for colorectal CA FH and endometrial CA FH the patient's risk would run from 3% to 99%.
MSI testing was not done when the tumor was removed.
Pt says today that she has pain in her upper abdomen, lower back, and L "butt cheek." The pain is described as "achy and constant." She reports flatus with no help with Mylanta with Simethicone. She says her BMs are normal, brown in color, no observed blood. Normal urination. She is concerned about cancer recurrence. She expresses frustration regarding the genetic testing reponses and anger, then later becomes tearful. Pt says she wants to continue with the current dosing of MS contin. She is a choices pt. She as also a BH pt and was seen today by the Psychiatrist.
Additional concerns include never receiving Vitamin E cream for scar on abdomen. Ice chip detail was renewed at th last visit for probable picca related to anemia. The Physician asked for this to be reviewed today for continuation.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|-----------|------|-----|-------------|
| Prozac | 20 Mg | 60 | TWO BY MOUTH AT 6PM |

Pope-CLG-MDOC-000645

| | | | |
|---|---|---|---|
| Zyprexa | 2.5 Mg | 60 | 2qhs or 1qhs if she requests |
| Ms Contin | 30 Mg | 60 | Restricted 1 tab noon and qhs  Choices |
| patient | | | |
| Vistaril | 50 Mg | 60 | 2qhs or 1qhs if she requests-- please |
| continue Benadryl until vist. comes | | | |
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid  #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Lamictal | 25 Mg | 60 | 2 qhs with the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 90 | Take 1 by mouth 2 times a day |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| needed | | | |
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day |
| 15 gm   kite for RF | | | |

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 03/07/2018 | 5:41 PM | 63.0 | 171.0 | 97.0 | 135/88 | 86 | 16 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|---|---|---|---|---|
| | | | | Donna M. Rohrs, PA |

## Physical Exam
**Constitutional:**
Level of distress is moderate distress.  Well nourished. Well developed.
**Head / Face:**
Facial features are symmetric.
**Eyes:**
Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Left
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.
**Cardiovascular:**
Extra Sounds:  None.
Murmurs:  None.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
See also extremities. No edema is present.
**Abdomen:**
Bowel sounds present, no bruits.
Inspection has detected scar.
Anterior palpation reveals mild tenderness LUQ, RLQ.
 There is no guarding. There is no rebound.
No hepatic enlargement.
No spleen enlargement.

Pope-CLG-MDOC-000646

**Rectum:**
Comments: deferred.
**Integumentary:**
Comments:  dry skin abdomen
**Back / Spine:**
Comments: pain pallpation lower lumbar, no muscle spasm
**Extremities:**
No edema is present.


**Assessment/ Plan**
**Neoplasm, Malignant, colon** (153)
**Abdominal Pain** (789.0)
**Backache** (724.5)
**- with L buttocks pain**
Plan comments:  1) stool cards x 3 issued by LPN, detail issed by MP with verbal instructions regarding the test and reeturning cards to HC
2) ordered abdominal and lumbar spine xrays, determine if CT request needed based on xray results
3) ACMO ice chips, pt understands
4) emailed RMD to consider appeal for ATP x 2 for Colaris testing, pt agrees
5) inactivated duplicate order for MS Contin
6) recheck 2 weeks, review xrays, review CEA drawn today, review stool cards, see if 407 for genetic testing approved
7) after appt. checked with Pharmacy regarding skin lotion options, ordered Eucerin, pt notified by kite response
7) approx 40 minutes was spent counseling patient


**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 03/07/2018 | 05/07/2018 | Eucerin Daily Replenishing lotion | apply bid to affected area of skin Choices pt |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 03/01/2018 | 03/07/2018 | Ms Contin | 30 Mg | Restricted 1 tab noon and qhs  Choices patient |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation | Value |
|---|---|---|---|---|---|---|
| ordered | 03/21/2018 | | MP F/U Routine : Recheck pain, review CEA, see if 407 response, review Xrays | | | |
| ordered | | | Other: drop off sample at healthcare when completed | | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 03/07/2018 | Patient education provided and patient voiced understanding | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| ordered | X-ray exam of abdomen, complete | hx colon CA, abd. pain | 153 | | 03/13/2018 |
| ordered | X-ray exam of lower spine, complete 03/13/2018 | hx colon CA, lumbar pain | 153 | | |


**Document generated by: Donna M. Rohrs, PA 03/07/2018 6:13 PM**

Pope-CLG-MDOC-000647

ordered    03/12/2018    Chart Review/Update : IM has had consistant reported cheeking attempts of MS Contin 30mg in both noon and HS med passes along with numerous kites stating IM is selling MS Contin 30mg on yard. Please discontinue or switch medication to liquid alternat

**Document generated by: Lauren K. Trudell, LPN 03/10/2018 3:47 PM**

Pope, Aisha
228305

2/2

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:                   Aisha Pope
DATE OF BIRTH:
DATE:                       03/13/2018 6:10 PM
VISIT TYPE:              Chart Update

---

### Chief Complaint/Reason for visit:
This 45 year old female presents with chart review.

### History of Present Illness
**1. Chart Review**
Additional comments:
CRV for ACMO reques for ice chips. Per ACMO,

"Approved x 60 days.

Please increase dose of ferrous sulfate to QID. This
pt's storage iron levels is very low. You can give up to 300mg
elemental iron/day. This pt was only getting 130mg daily. Once
you get her iron deficiency improved she should not crave
the ice. "

Also received reports pt still cheeking MS contin at noon and HS. Emailed CHOICES regarding suggestions.

Emailed RMD again regarding appeal of ATP of Colaris testing for Lynch Syndrome. See 3/7/18 9:17am note.

### Chronic Problems
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS
Anemia

### Medications Active Prior to Today's Visit

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Eucerin | | 1 | apply bid to affected area of skin Choices pt |
| Prozac | 20 Mg | 60 | TWO BY MOUTH AT 6PM |
| Zyprexa | 2.5 Mg | 60 | 2qhs or 1qhs if she requests |
| Ms Contin | 30 Mg | 60 | Restricted 1 tab noon and qhs Choices |
| patient | | | |
| Vistaril | 50 Mg | 60 | 2qhs or 1qhs if she requests-- please |
| continue Benadryl until vist. comes | | | |
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Lamictal | 25 Mg | 60 | 2 qhs with the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |

Pope-CLG-MDOC-000662

Betamethasone Valerate                   0.1 %              0                 apply topically to affected area twice per day
15 gm   kite for RF
needed

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

## Physical Exam


## Assessment/ Plan

**Anemia** (285.9)
Plan comments:  1) detail for ice chips d/c'd
2) per discussion with RN supervisor ordered RN appt bid for ice chips so visits are scheduled
3) increased iron to qid per ACMO
4) emailed Choices re: MS contin cheeking
5) emaled RMD again re Colaris testing appeal
6) pt notified of ice chip decision and increase in iron
7) follow up as scheduled


## Medications ordered this visit

| Start Date | Stop Date | Medication Name | | Sig Desc |
|---|---|---|---|---|
| 03/13/2018 | 05/13/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | | 1 po qid |

## Medications stopped this visit

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 08/04/2017 | 03/13/2018 | Ferrous Sulfate | 325 Mg (65 Mg Iron) | Take 1 by mouth 2 times a day |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation | Value |
|---|---|---|---|---|---|---|
| ordered | 03/15/2018 | | Nurse Visit : 16 ounce cup ice chips bid x 60 days (ACMO approved) | | | |
| pls schedule bid appointments 60d | | | | | | |


**Document generated by: Donna M. Rohrs, PA 03/13/2018 6:39 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                          Aisha Pope
DATE OF BIRTH:                    ████████████
DATE:                             03/15/2018 3:00 PM
VISIT TYPE:                       Chart Update

_____

**Chief Complaint/Reason for visit:**
This 45 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
Several reports from medline Nurses that pt cheecking MS continue and may be selling it. Emailed Choices to weigh in on drug testing pt and then switching her over to MS IR liquid 10 mg tid. Both Choices Physician and Choices Manager agree. Ordered lab, also ordered PHS2 to check anemia with increase in iron and follow up on other labs. Pt has MP appt. next week  will adress change in medication at that time.  Reviewed 3/7/18 CEA 3.39 (elevated) will discuss at appt.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS
Anemia

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 120 | 1 po qid |
| Eucerin | | 1 | apply bid to affected area of skin Choices pt |
| Prozac | 20 Mg | 60 | TWO BY MOUTH AT 6PM |
| Zyprexa | 2.5 Mg | 60 | 2qhs or  1qhs if  she requests |
| Ms Contin | 30 Mg | 60 | Restricted 1 tab noon and qhs  Choices |
| patient | | | |
| Vistaril | 50 Mg | 60 | 2qhs or 1qhs if  she  requests-- please |
| continue Benadryl until vist. comes | | | |
| Alum-mag Hydroxide-simethicone | 200 Mg-200 Mg-20 Mg/5 Ml | 1 | 30 cc bid  #1 bottle |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Zocor | 40 Mg | 30 | take one by mouth at bedtime |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| needed | | | |
| Betamethasone Valerate | 0.1 % | 0 | apply topically to affected area twice per day |
| 15 gm   kite for RF | | | |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

**<u>Physical Exam</u>**

**<u>Assessment/ Plan</u>**
**Neoplasm, Malignant, colon** (153)

**<u>Lab Studies</u>**

| <u>Status</u> | <u>Lab Code</u><br><u>Comments</u> | <u>Lab Study</u> | <u>Timeframe</u> | <u>Date</u> |
|---|---|---|---|---|
| ordered | PHS2<br>Fasting. | Comp Panel + CBC/Plt/Thyroid | | 03/19/2018 |
| ordered | BTOX<br>Fasting. | SERUM DRUG SCREEN | | 03/19/2018 |

**Document generated by: Donna M. Rohrs, PA 03/15/2018 3:08 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Donna M. Rohrs, PA**       03/27/2018 5:09 PM

**Patient: Aisha  Pope**                    **ID#: 228305**      **DOB:** █████████

Off-site                                        Reference #:
Routine                                         Date of Request:  03/27/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** hx of colon CA, CEA elevated, please evaluate and recommend treatment plan

**Specialty Service Requested:** Oncology

**Provider:** Dr. Trimble
**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                      153
Anemia                                          285.9

**Signs & Symptoms:**                           **Date of Onset:**
Pt is a 45 yr old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist recommended follow up in 4 months. This was ATP'd, "ATP:  Medical necessity not demonstrated at this time. Surveillance is completed on site by MSP utilizing NCCN guidelines." Pt has been complaining of abdominal pain and lower back pain. She denies constipation, loose stools. Urination normal. CEA is elevated.

**Lab & Xray Data**
3/7/18 CEA 3.39
See 3/13/18 lumbar and abdominal xrays: arthritis and constipation
Stool for OB neg x 3 (3/7, 3/8, 3/9/18)
Exam 3/27/18: pain palaption lower lumbar, no muscle spasm
Abd: BSx4, soft, NT, no RRG

**Failed Outpatient Therapies:**
pt has been taking MS contin for pain

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: █████████

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE: WHV**

**COMPLETED BY: Donna M. Rohrs, PA        03/27/2018 5:09 PM**

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm  kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 11/13/2017 | 11/13/2018 | Zocor 40 mg tablet | take one by mouth at bedtime |
| 12/05/2017 | 06/07/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 12/05/2017 | 06/07/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 01/30/2018 | 07/31/2018 | Vistaril 50 mg capsule | 2qhs or 1qhs if  she  requests-- please   continue Benadryl until vist. comes |
| 03/04/2018 | 04/03/2018 | MS Contin 30 mg tablet,extended release | Restricted 1 tab noon and qhs  Choices patient |
| 03/06/2018 | 09/06/2018 | Prozac 20 mg capsule | TWO BY MOUTH AT 6PM |
| 03/06/2018 | 09/06/2018 | Zyprexa 2.5 mg tablet | 2qhs or  1qhs if  she requests |
| 03/07/2018 | 05/07/2018 | Eucerin Daily Replenishing lotion | apply bid to affected area of skin Choices pt |
| 03/13/2018 | 05/13/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | 1 po qid |
| 03/27/2018 | 04/28/2018 | Beano 150 unit tablet | take 3 tablets during meals with vegetables and beans  Choices patient |
| 03/27/2018 | 04/28/2018 | morphine 10 mg/5 mL oral solution | 5 ml tid restricted  STOP MS contin when receive this medication  480 mL (extra mLs to account for any spillage) |

**Site Medical Provider:** Donna M. Rohrs PA                03/27/2018

---

**(For UM use only)**

**Criteria Source: M & R         Interqual         Other**

**Criteria met: Yes          No          Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:  3 Weeks**

**# Visits:**

---

**UM Review #:**

**Reviewer Name:**

**Date Reviewed:**

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

**MICHIGAN DEPARTMENT OF CORRECTIONS
CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Donna M. Rohrs, PA        03/27/2018 5:09 PM**
*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool**        **(03/27/2018 5:09 PM) 04/02/2018 11:01 AM**

**Patient: Aisha  Pope**                    **ID#: 228305**        **DOB:**

Off-site                                                 Reference #: 00703469
Routine                                                  Date of Request:  03/27/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** hx of colon CA, CEA elevated, please evaluate and recommend treatment plan

**Specialty Service Requested:** Oncology

**Provider:** Dr. Trimble
**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                          153
Anemia                                              285.9

**Signs & Symptoms:**                               **Date of Onset:**
Pt is a 45 yr old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist recommended follow up in 4 months. This was ATP'd, "ATP:  Medical necessity not demonstrated at this time. Surveillance is completed on site by MSP utilizing NCCN guidelines." Pt has been complaining of abdominal pain and lower back pain. She denies constipation, loose stools. Urination normal. CEA is elevated.

**Lab & Xray Data**
3/7/18 CEA 3.39
See 3/13/18 lumbar and abdominal xrays: arthritis and constipation
Stool for OB neg x 3 (3/7, 3/8, 3/9/18)
Exam 3/27/18: pain palaption lower lumbar, no muscle spasm
Abd: BSx4, soft, NT, no RRG

**Failed Outpatient Therapies:**
pt has been taking MS contin for pain

**Enrolled in Chronic Care Clinic(s)?** Yes
| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|------------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Connie McCool      (03/27/2018 5:09 PM) 04/02/2018 11:01 AM**
**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/09/2017 | 05/09/2018 | betamethasone valerate 0.1 % topical cream | apply topically to affected area twice per day  15 gm   kite for RF |
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 11/13/2017 | 11/13/2018 | Zocor 40 mg tablet | take one by mouth at bedtime |
| 12/05/2017 | 06/07/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 12/05/2017 | 06/07/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 01/30/2018 | 07/31/2018 | Vistaril 50 mg capsule | 2qhs or 1qhs if  she  requests-- please   continue Benadryl until vist. comes |
| 03/04/2018 | 04/03/2018 | MS Contin 30 mg tablet,extended release | Restricted 1 tab noon and qhs  Choices patient |
| 03/06/2018 | 09/06/2018 | Prozac 20 mg capsule | TWO BY MOUTH AT 6PM |
| 03/06/2018 | 09/06/2018 | Zyprexa 2.5 mg tablet | 2qhs or  1qhs if  she requests |
| 03/07/2018 | 05/07/2018 | Eucerin Daily Replenishing lotion | apply bid to affected area of skin Choices pt |
| 03/13/2018 | 05/13/2018 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | 1 po qid |
| 03/27/2018 | 04/28/2018 | Beano 150 unit tablet | take 3 tablets during meals with vegetables and beans  Choices patient |
| 03/27/2018 | 04/28/2018 | morphine 10 mg/5 mL oral solution | 5 ml tid restricted  STOP MS contin when receive this medication  480 mL (extra mLs to account for any spillage) |

**Site Medical Provider:** Donna M. Rohrs PA                     03/27/2018

---

**(For UM use only)**

**Criteria Source:  M & R          Interqual         Other**
**Criteria met:  Yes      X  No          Deferred**

**Reviewer comments:**
Oncology follow up

**Recommendation for visit appointment:  3 Weeks**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  04/02/2018**

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: █████████

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|------|-------|-------|---------------|--------------|
| 04/05/2018 | 7:11 PM | 63.0 | 182.0 | 98.2 | 135/89 | 83 | 16 | 99 | |

FiO2    PeakFlow    Pain Score    Comments

Measured By
Donna M. Rohrs, PA

**Physical Exam**
**Constitutional:**
Level of distress is moderate distress.  Well nourished. Well developed.
**Head / Face:**
Facial features are symmetric.
**Eyes:**
Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Left
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.
**Cardiovascular:**
Extra Sounds:  None.
Murmurs:  None.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
See also extremities. No edema is present.
**Abdomen:**
Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
Inspection has detected scar.
 There is no guarding. There is no rebound.
**Extremities:**
No edema is present.
**Neurological:**
Level of Consciousness:  Normal.
Orientation:  Alert and oriented X 3. Grossly normal intellect. .
Memory:  Intact. .
Balance & Gait:  Balance and gait intact. .
**Psychiatric:**
Comments:  pt's mood ranges from frustration, anger and then crying.


**Assessment/ Plan**
**Neoplasm, Malignant, colon** (153)
**- s/p L hemicolectomy**
Plan comments:  1) spent approx 40 minutes with pt, informed her that Oncology visit has been aprroved. Long discussion regarding the genetic testing for Lynch syndrome. I am currently waiting to hear back from the Regional Medical Director about appealing the ATP of Colaris test. RMD had discussed with Corizon Oncologist who reviewed the microsatellite instability report and felt that this indicated +Lynch. I reviewed the microsattelite instabilty report and Oncology recommendations for Lynch testing due to pt's yound age at dx and microsattelite instabilty with onsite Physician who recommended emailing the RMD again to request the testing which I did today 4/5/18. Explained this to pt. Will notify pt when hear back from RMD. Continue to follow q 2 weeks. Pt understands but expresses frustration.
2) sent email to RN Supervisor regarding ice chips3)
3) reviewed 3/16/18 labs with pt. She says she is not taking Zocor and has not for awhile, LDL wnl, d/c'd zocor, kited for bisacodyl but said bms normal today, will not renew at this time.

Pope, Aisha
228305

Pope-CLG-MDOC-000695

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF
# HEALTH CARE SERVICES

_____

PATIENT:                      Aisha Pope
DATE OF BIRTH:            █████████
DATE:                           05/02/2018 5:29 PM
VISIT TYPE:               Provider Visit-unscheduled

_____

**History of Present Illness**
Additional comments:

Patient was seen to discuss the Colaris test.  She was informed that the Colaris test was not approved because after reviewing her pathology reoprt the Corizon oncologist concluded that she has Lynch syndrome and does not need another test for if.  The patient was unconvinced and after much discussion I told her that I would discuss it further with her local oncologist.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS
Anemia

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Morphine Sulfate | 10 Mg/5 Ml | 500ml | 5 ml tid restricted  STOP MS contin when receive this medication  500 mL (extra mLs to account for any spillage) **Choices patient*** |
| Vistaril | 50 Mg | 90 | 3qhs or 2qhs  if  she  requests |
| Prozac | 20 Mg | 30 | Take 1 by mouth at bedtime-  new  dose |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Clonidine Hcl | 0.1 Mg | 60 | 1qnoon and  1qhs - hold  if  dizzy or  BP < 90/60 |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 120 | 1 po qid |
| Eucerin | | 1 | apply bid to affected area of skin Choices pt |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |
| Betamethasone Valerate 15 gm  kite for RF | 0.1 % | 0 | apply topically to affected area twice per day |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

Pope-CLG-MDOC-000705

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil        (05/16/2018 6:34 PM) 05/18/2018 1:55 PM**

**Patient: Aisha  Pope                      ID#:  228305      DOB:** ▮▮▮▮▮▮▮▮

On-Site Clinic                                         Reference #: 48876
Routine                                                Date of Request:  05/16/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Colaris Testing for Lynch Syndrome (blood draw to be done at facility)

**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                             153

**Signs & Symptoms:**                                  **Date of Onset:**
Pt is a 45 year old AA. She had a left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 12/22/17. Oncologist states in dictation that no chemo needed, recommends: Genetics consult or Colaris testing for Lynch Syndrome. ACMO approved the test on 12/29/17 but per WHV RN Supervisor discussion with Corizon, a 407 is needed for billing purposes. Request for testing has been ATP'd twice, once for "how does this test affect the patient" which was addressed

**Lab & Xray Data**
in an additional 407 regarding survellance for additional cancers that may occur with Lynch Syndrome and need for family to be tested. The additiona 407 was ATP'd "If Resubmitting the MMR and MSI testing should be included." Initial 407 2/7/17 additional 407 2/15/18.  At 3/7/18 appt MMR predict model (http://hnpccpredict.hgu.mrc.ac.uk/). was calculated and due to unkown family hx pt's risk for Lynch was between 3% to 99%. Conferred with Regional Medical Director to see if appeal was appropriate.

**Failed Outpatient Therapies:**
RMD conferred with Corizon Oncologist who intially thought testing was not necessary but has now reconsidered and is recommending testing. Per Corizon Oncologist, "Reconsideration Patient is + for mutation in tumor for MSH-6  I agree with need for germ line testing (colaris) for lynch syndrome in patients < age 50, even if family pedigree is negative"

Please review and approve for Colaris testing. Thank you.

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|--------|-------------------|------|------------|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▮▮▮▮▮▮▮

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Kaelynn R. Pfeil        (05/16/2018 6:34 PM) 05/18/2018 1:55 PM**

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 12/29/2017 | 12/28/2017 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 04/05/2018 | 10/05/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 04/05/2018 | 10/06/2018 | Prozac 20 mg capsule | Take 1 by mouth at bedtime- new  dose |
| 05/01/2018 | 06/02/2018 | morphine 10 mg/5 mL oral solution | 5 ml tid restricted  STOP MS contin when receive this medication  500 mL (extra mLs to account for any spillage) **Choices patient*** |
| 05/07/2018 | 08/05/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 05/10/2018 | 11/10/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 05/10/2018 | 11/10/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |

**Site Medical Provider:** Donna M. Rohrs PA                05/16/2018

---

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met: Yes    X    No        Deferred**

**Reviewer comments:  Colaris Testing for Lynch Syndrome at Garcia lab**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed: 05/18/2018**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                        Aisha Pope
DATE OF BIRTH:                  ███████████
DATE:                           05/21/2018 9:55 AM
VISIT TYPE:                     Chart Update

_____

**Chief Complaint/Reason for visit:**
This 46 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
CRV.
Patient had Oncologist visit on 4/24/2018: Known Dx of adenocarcinoma of Colon, S/p colonectomy.
Recommend: f/u w/Dr. Trimble in 3-months
              Set up colonoscopy for July, 2018.
              CT Abd/Pelvis w/contrast
              CMP/CEA/CBC on 7/2/2018
              Rx PPI daily
              Rx Miralax 17gm po qd
              Genetic testing with "Colaris Testing for Lynch Syndrome (blood draw to be done at facility)", 407
request is   finally approved.


Will review at next visit.




**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS
Anemia

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Morphine Sulfate | 10 Mg/5 Ml | 500ml | 5 ml tid restricted  STOP MS contin when |
| receive this medication  500 mL (extra mLs to account for any spillage) **Choices patient*** | | | |
| Prozac | 20 Mg | 30 | Take 1 by mouth at bedtime-  new  dose |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Propoxyphene | Darvocet | |
| Penicillins | | Itch |
| Acetaminophen | Davocet | |
| Metronidazole | | |

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:               Aisha Pope
DATE OF BIRTH:         ███████████
DATE:                  05/22/2018 6:12 PM
VISIT TYPE:            Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**
This 46 year old female presents with hx of colon ca and additional complaints.

**History of Present Illness**
**1.  hx of colon CA**
Additional comments:
Pt saw the Oncologist who recommneded CT of the abdomen and pelvis, follow up 3 months, colonoscopy July 2018, and labs in July. 407's and lab orders done yesterday by onsite Physician. ACMO approval for Miralax (recommended by Oncology) was also submitted yesterday and approved. P says today she is having ongoing pain in her abdomen. She says the MS IR tid works for about an "hour." Rates pain 8/10, first says worse in morning and then says about 10:30 or 11am. Constipation. No nausea or vomiting.  She wants to go back on the MS contin. See 3/27/18 note. Pt was found to be cheeking MS Contin so she was changed to liquid MS IR. There have alo been reports that she has had cotton balls in her mouth when taking the MS IR. Pt asks for Tylenol today for breakthrough pain (she has been takin althoug on allerguy list, pt not allergic). Pt is taking FeSo4 for anemia. She is purchasing OTC centrum silver. She asks if a similar product could be prescribed since she is CHOICES pt.
**2.  Additional complaints**
Additional comments:
1) pt says she has times where she feels intermittent pain on the L side of her chest into her arm pit and sometimes her L arm "goes numb." No recent injury.

2) rash on buttocks that is itchy. No help with hydrocortisone.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS
Anemia

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Protonix | 40 Mg | 30 | Take 1 by mouth once daily |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Morphine Sulfate | 10 Mg/5 Ml | 500ml | 5 ml tid restricted  STOP MS contin when receive this medication  500 mL (extra mLs to account for any spillage) **Choices patient*** |
| Prozac | 20 Mg | 30 | Take 1 by mouth at bedtime-  new  dose |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as needed |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|

Propoxyphene                          Darvocet
Penicillins                                                                   Itch
Metronidazole

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 05/22/2018 | 1:23 PM | | 183.0 | 97.5 | 128/83 | 78 | 20 | 99 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Michael B. Jordan |

**Physical Exam**
**Constitutional:**
Level of distress is mild distress.  Well nourished. Well developed.
**Head / Face:**
Facial features are symmetric.
**Eyes:**
Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Left
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
**Nose / Mouth / Throat:**
Comments: no observed FB in mouth.
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.
**Cardiovascular:**
Extra Sounds:  None.
Murmurs:  None.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
See also extremities. No edema is present.
Comments: no reproducible pain to palpation on L anterior chest..
**Abdomen:**
Bowel sounds present, no bruits.
Inspection has detected scar healed.
Anterior palpation reveals pain palpation LUQ.
 There is no guarding. There is no rebound.
No hepatic enlargement.
No spleen enlargement.
**Integumentary:**
Comments:  RCA Jordan present, pt consent, scattered papules buttocks, some with excoriations, no bleedin, no vesicles
**Back / Spine:**
Comments: no pain palpation C or T spine
**Musculoskeletal:**
Comments:  UE strength 5/5 b/l, UE sensation intact, radial pulse 2+ and =.
**Extremities:**
No edema is present.

**Assessment/ Plan**
**Neoplasm, Malignant, colon** (153)
**Screen for condition NOS** (V82.9)

Pope, Aisha
228305

Pope-CLG-MDOC-000728

**- questionable compression C or T spine**

**Rash, oth nonspecific skin eruption** (782.1)

Plan comments:  1) informed pt that 407 for Colaris testing has been approved. Has been approved for Garcia but think that Myriad is the only lab that does this genetic tes, left message with Garcia to confirm and then will call Corizon to inform. Informed pt other 407s completed yesterday

2) miralax per ACMO approval, multivitamin ordered, refilled irn (taking bid, not qid)

3) check C spine and Tspine xray to r/o compression

4) Tylenol for break  through pain, gave pt #9 packets until script comes in, resolved tylenol allergy

5) triamcinolone for rash, SE reviewed

6) reviewed 4/11/18 thyroid panel again with pt (wnl)

7) emailed choices about narcotics, will notify pt of results

8) follow up after next lab draw (scheduled for 6/6/18 and to check if 407's approved, review xrays, check pain

### Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/22/2018 | 05/21/2019 | Multivitamin 50 Plus tablet | 1 po qd  Choices patient |
| 05/22/2018 | 05/21/2019 | Miralax 17 gram oral powder packet | 17gm mixed w/8 oz water daily Choice's patient ACMO approved for 1 year on 5/22/18 |
| 05/22/2018 | 05/21/2019 | Tylenol 325 mg tablet | 2 po tid prn pain (pt states not allergic) |
| 05/22/2018 | 05/21/2019 | ferrous sulfate 325 mg (65 mg iron) tablet,delayed release | 1 po bid |
| 05/22/2018 | 07/22/2018 | triamcinolone acetonide 0.1 % topical cream | apply sparingly to affected area of skin bid x 2 weeks then prn #1 80 gram tube |

### Medications stopped this visit

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 05/21/2018 | 05/22/2018 | Miralax | 17 Gram | 17gm mixed w/8 oz water daily. ( Choice's patient). |

### Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation | Value |
|---|---|---|---|---|---|---|
| ordered | 06/08/2018 | | Chart Review/Update : review Xrays, see 5/22/18 note | | | |
| ordered | 06/12/2018 | | MP F/U Routine : recheck hx of colon CA, review labs, colaris, xrays, see if 407's approved. see 5/22/18 note | | | |

### Instructions / Education

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 05/22/2018 | Patient education provided and patient voiced understanding | |

### To be scheduled/ordered

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| ordered | X-ray exam of thoracic spine | | V82.9 | | 06/05/2018 |
| ordered | X-ray exam of neck spine, 4+ views | | V82.9 | | 06/05/2018 |

**Document generated by: Donna M. Rohrs, PA 05/22/2018 7:17 PM**

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil**　　　　**(05/21/2018 9:55 AM) 05/25/2018 11:51 AM**

**Patient: Aisha  Pope**　　　　　　　**ID#:  228305**　　　**DOB:** ▉▉▉▉▉

Off-site　　　　　　　　　　　　　　　　　　　　　　　　Reference #:
Routine　　　　　　　　　　　　　　　　　　　　　　　　Date of Request:  05/21/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Follow up visit

**Specialty Service Requested:** Oncology@Allegiance Hospital

**Provider:** Dr. Trimble
**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon　　　　　　　　　　　153
Postsurgical states NEC　　　　　　　　　　　　　v45.89

**Signs & Symptoms:**　　　　　　　　　　　　　　**Date of Onset:**
46 y/o AAF is S/p left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 4/24/18. Recommend f/u in 3-months after CT Abd/Pelvis and lab are done.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 04/05/2018 | 10/05/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 04/05/2018 | 10/06/2018 | Prozac 20 mg capsule | Take 1 by mouth at bedtime-  new  dose |
| 05/01/2018 | 06/02/2018 | morphine 10 mg/5 mL oral solution 500 mL (extra mLs to account for any spillage) **Choices patient*** | 5 ml tid restricted  STOP MS contin when receive this medication |
| 05/07/2018 | 08/05/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 05/10/2018 | 11/10/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 05/10/2018 | 11/10/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 05/21/2018 | 12/28/2018 | Protonix 40 mg tablet,delayed release | Take 1 by mouth once daily |

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ▉▉▉▉▉

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Kaelynn R. Pfeil        (05/21/2018 9:55 AM) 05/25/2018 11:51 AM**

05/22/2018  07/22/2018  triamcinolone acetonide 0.1 % topical cream        apply sparingly to affected area of skin bid x 2 weeks then prn #1 80 gram tube
05/22/2018  05/21/2019  ferrous sulfate 325 mg (65 mg iron) tablet,delayed release            1 po bid
05/22/2018  05/21/2019  Miralax 17 gram oral powder packet        17gm mixed w/8 oz water daily Choice's patient ACMO approved for 1 year on 5/22/18
05/22/2018  05/21/2019  Tylenol 325 mg tablet                    2 po tid prn pain (pt states not allergic)
05/23/2018  05/22/2019  Multivitamin 50 Plus tablet            1 po qd  Choices patient exp 5/22/19
**Site Medical Provider:** Claire Pei MD                    05/21/2018

---

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met:  Yes        No    X    Deferred**

**Reviewer comments:  ATP: Medical necessity not demonstrated at this time.  Surveillance is to be completed on site by MSP**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  05/25/2018**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.:

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  WHV**
**COMPLETED BY:  Connie McCool          (05/21/2018 5:12 PM) 05/29/2018 9:22 AM**

**Patient: Aisha  Pope**                    **ID#:  228305**      **DOB:** ███████████

Off-site                                                Reference #: 00716201

Routine                                                 Date of Request:  05/21/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Request " Colonoscopy" in July, 2018

**Specialty Service Requested:** Gastroenterology

**Provider:** SJMH
**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                               153
Postsurgical states NEC                                  v45.89

**Signs & Symptoms:**                          **Date of Onset:**
46 y/o AAF is S/p left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 4/24/18. Recommend above procedure.

**Enrolled in Chronic Care Clinic(s)?**
| Clinic | Chronic Condition | | Code | Last Visit |
|---|---|---|---|---|
| Good | Hyperlipidemia | | WHV | 09/26/2016 |

**Current Active Medications:**
| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 06/21/2017 | 06/21/2017 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 04/05/2018 | 10/05/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 04/05/2018 | 10/06/2018 | Prozac 20 mg capsule | Take 1 by mouth at bedtime-  new  dose |
| 05/01/2018 | 06/02/2018 | morphine 10 mg/5 mL oral solution | 5 ml tid restricted  STOP MS contin when receive this medication  500 mL (extra mLs to account for any spillage) **Choices patient*** |
| 05/07/2018 | 08/05/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 05/10/2018 | 11/10/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 05/10/2018 | 11/10/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ███████████

**MICHIGAN DEPARTMENT OF CORRECTIONS
CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Connie McCool        (05/21/2018 5:12 PM) 05/29/2018 9:22 AM**
05/21/2018  12/28/2018  Protonix 40 mg tablet,delayed release    Take 1 by mouth once daily
05/22/2018  07/22/2018  triamcinolone acetonide 0.1 % topical cream        apply sparingly to affected area of skin
bid x 2 weeks then prn #1 80 gram tube
05/22/2018  05/21/2019  ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        1 po bid
05/22/2018  05/21/2019  Miralax 17 gram oral powder packet        17gm mixed w/8 oz water daily Choice's patient
ACMO approved for 1 year on 5/22/18
05/22/2018  05/21/2019  Tylenol 325 mg tablet                2 po tid prn pain (pt states not allergic)
05/23/2018  05/22/2019  Multivitamin 50 Plus tablet        1 po qd  Choices patient exp 5/22/19
**Site Medical Provider:** Claire Pei MD            05/21/2018

_____

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met: Yes  X      No        Deferred**

**Reviewer comments:**
Colonoscopy

**Recommendation for visit appointment:**

**# Visits:**

_____

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed: 05/29/2018**

_Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate._

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.: ███████

Pope-CLG-MDOC-000736

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: WHV**
**COMPLETED BY: Connie McCool**        **(05/21/2018 5:16 PM) 05/29/2018 9:19 AM**

**Patient: Aisha Pope**                    **ID#: 228305**        **DOB:** ███████

Off-site                                                         Reference #: 00716205
Routine                                                          Date of Request: 05/21/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Request " CT Abd and Pelvis w/contrast"

**Specialty Service Requested:** Radiology-Diagnostic

**Provider:** Allegiance Hosp
**Initial Visit or F/U?** F/U

**Presumed Diagnosis:**
Neoplasm, Malignant, colon                      153
Postsurgical states NEC                         v45.89

**Signs & Symptoms:**                           **Date of Onset:**
46 y/o AAF is S/p left colectomy on 11/22/17 for colon CA. This was staged at T3N0. Pt had a follow up with Oncology 4/24/18. Recommend above imaging study prior to the next Oncology visit ( in 3-month).

**Enrolled in Chronic Care Clinic(s)?**
| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| Good | Hyperlipidemia | WHV | 09/26/2016 |

**Current Active Medications:**
| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 06/21/2017 | 06/21/2018 | Tums 200 mg calcium (500 mg) chewable tablet | Take one PO three times a day as needed |
| 12/29/2017 | 12/28/2018 | aspirin 81 mg tablet,delayed release | 1 po qd |
| 04/05/2018 | 10/05/2018 | Prozac 10 mg capsule | 1 at hs  with  the 20mg |
| 04/05/2018 | 10/06/2018 | Prozac 20 mg capsule | Take 1 by mouth at bedtime-  new  dose |
| 05/01/2018 | 06/02/2018 | morphine 10 mg/5 mL oral solution 500 mL (extra mLs to account for any spillage) **Choices patient*** | 5 ml tid restricted  STOP MS contin when receive this medication |
| 05/07/2018 | 08/05/2018 | LiquiTears 1.4 % eye drops | 1 gtt each eye BID |
| 05/10/2018 | 11/10/2018 | Lamictal 100 mg tablet | take one by mouth at bedtime with the 50mg |
| 05/10/2018 | 11/10/2018 | Lamictal 25 mg tablet | 2 qhs with  the 100mg |
| 05/21/2018 | 12/28/2018 | Protonix 40 mg tablet,delayed release | Take 1 by mouth once daily |

NAME:  Pope, Aisha K
NUMBER:   228305
D.O.B.: ████████

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  WHV**
**COMPLETED BY:  Connie McCool        (05/21/2018 5:16 PM) 05/29/2018 9:19 AM**
05/22/2018  07/22/2018  triamcinolone acetonide 0.1 % topical cream        apply sparingly to affected area of skin bid x 2 weeks then prn #1 80 gram tube
05/22/2018  05/21/2019  ferrous sulfate 325 mg (65 mg iron) tablet,delayed release        1 po bid
05/22/2018  05/21/2019  Miralax 17 gram oral powder packet        17gm mixed w/8 oz water daily Choice's patient ACMO approved for 1 year on 5/22/18
05/22/2018  05/21/2019  Tylenol 325 mg tablet        2 po tid prn pain (pt states not allergic)
05/23/2018  05/22/2019  Multivitamin 50 Plus tablet        1 po qd  Choices patient exp 5/22/19
**Site Medical Provider:** Claire Pei MD        05/21/2018

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met:  Yes    X    No        Deferred**

**Reviewer comments:**
CT Abdomen and pelvis with contrast. Follow up for surveillance is to be completed onsite utilizing NCCN guidelines.

**Recommendation for visit appointment:**

**# Visits:**

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed: 05/29/2018**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  Pope, Aisha K
NUMBER:  228305
D.O.B.:

Pope-CLG-MDOC-000741

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                         Aisha Pope
DATE OF BIRTH:                   ███████████
DATE:                            06/13/2018 6:12 PM
VISIT TYPE:                      Chart Update

_____

**Chief Complaint/Reason for visit:**
This 46 year old female presents with chart review.

**History of Present Illness**
**1.  Chart Review**
Additional comments:
On for CRV of Colaris test result. Test positive for Lynch syndrome (results in paper chart). Will require additional surveillance for other Cancers. Discussed with onsite Physician. Agrees to transfer of care from this PA to Physician due to complexity. Appt. has previously been scheduled  for 6/26/18. Consider genetics 407 to discuss lynch and family risk (added to appt.). Emailed Off site Coordinator to  send Colaris test result to Oncology.

**Chronic Problems**
Neoplasm, Malignant, colon
Hyperlipidemia NEC/NOS
Anemia

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Proventil Hfa | 90 Mcg | 1 | 2 pufs q 4 to 6 hrs prn for cough or |
| shortness of breath #1 per 3 months | | | |
| Eucerin | | 1 | apply bid to affected area of skin Choices pt |
| stop date 8/6/18 | | | |
| Beano | 150 Unit | 60 | take 3 tablets during meals with vegetables |
| and beans  Choices patient | | | |
| Morphine Sulfate | 10 Mg/5 Ml | 500ml | 5 ml tid restricted.   500 mL (extra mLs to |
| account for any spillage) **Choices patient*** Expiration 6/30/18. | | | |
| Multivitamin 50 Plus | | 30 | 1 po qd  Choices patient exp 5/22/19 |
| Tylenol | 325 Mg | 90 | 2 po tid prn pain (pt states not allergic) |
| Miralax | 17 Gram | 30 | 17gm mixed w/8 oz water daily Choice's |
| patient ACMO approved for 1 year on 5/22/18 | | | |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | 60 | 1 po bid |
| Triamcinolone Acetonide | 0.1 % | 1 | apply sparingly to affected area of skin bid x |
| 2 weeks then prn #1 80 gram tube | | | |
| Protonix | 40 Mg | 30 | Take 1 by mouth once daily |
| Lamictal | 25 Mg | 60 | 2 qhs with  the 100mg |
| Lamictal | 100 Mg | 30 | take one by mouth at bedtime with the 50mg |
| Liquitears | 1.4 % | 1 | 1 gtt each eye BID |
| Prozac | 20 Mg | 30 | Take 1 by mouth at bedtime-  new  dose |
| Prozac | 10 Mg | 30 | 1 at hs  with  the 20mg |
| Aspirin Ec | 81 Mg | 30 | 1 po qd |
| Tums | 200 Mg Calcium (500 Mg) | 150 | Take one PO three times a day as |
| needed | | | |

**Allergies**

Pope, Aisha
228305
████████████
1/2

| Description | Observed Value | Abnorm Flag | Reference Range |
|---|---|---|---|
| BASOPHILS | 0.6 % | N | 0-2 |
| RED BLOOD CELLS | 3.63 M/CU MM | LL | 3.89-4.97 |
| HEMOGLOBIN | 11.1 G/DL | LL | 12.0-16.0 |
| HEMATOCRIT | 33.3 % | LL | 36-46 |
| MCV | 91.7 FL | N | 80-100 |
| MCH | 30.6 PG | N | 27-33 |
| MCHC | 33.3 G/DL | N | 31-37 |
| RDW | 13.6 % | N | 11.0-14.5 |
| MPV | 10.3 FL | N | 7.4-12.0 |

DIAGNOSTIC PROFILE II (Collection date/time: 3/19/2019  11:52:00AM)

| | | | |
|---|---|---|---|
| SODIUM | 142 MEQ/L | N | 136-145 |
| POTASSIUM | 4.3 MEQ/L | N | 3.5-5.1 |
| CHLORIDE | 104 MEQ/L | N | 98-107 |
| CARBON DIOXIDE | 28 MEQ/L | N | 22-33 |
| GLUCOSE | 87 MG/DL | N | 70-105 |

REFERENCE RANGES
FASTING DRAW: 70-105  mg/dl
RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

| | | | |
|---|---|---|---|
| BUN | 9 MG/DL | N | 7-18 |
| CREATININE, SERUM | 0.74 MG/DL | N | 0.6-1.2 |

MDOC Lab Results For Labs Collected Between 1/1/2016  12:00:00AM and 8/15/2019  12:00:00AM      For POPE, AISHA K  Inmate ID: 228305  Gender: F

Pope-CLG-MDOC-000973

| Description | Observed Value | Abnorm Flag | Reference Range |
|---|---|---|---|

SURGICAL PATHOLOGY REPORT
PATIENT NAME: POPE, AISHA
ACCESSION #: GS18-129
MED. REC. #: 889088828
COLLECTED: 1/23/2018
DOB/AGE/GENDER: ▮▮▮▮▮ (AGE: 45) / F
RECEIVED: 1/25/2018
ENCOUNTER #: 40003230587
CLIENT: MCLAREN REGIONAL MEDICAL CENTER
REPORTED: 1/26/2018 12:53
LOCATION: MRMGAR
SUBMITTING PHYSICIAN: GARCIA,LABORATORY
SPECIMEN(S) RECEIVED
A: EMB
CLINICAL INFORMATION
NOT STATED
REQ#:RMGAR75889
FINAL DIAGNOSIS
ENDOMETRIAL TISSUE IN A BACKGROUND OF MUCOPURULENT DEBRIS (BIOPSY):
PROLIFERATIVE PHASE ENDOMETRIUM WITH FOCAL BENIGN CILIATED CELL
METAPLASIA, STROMAL BREAKDOWN,
COLLAPSE AND FIBRIN DEPOSITION.
4
88305
***ELECTRONICALLY SIGNED***
CLB/1/26/2018 DAVID A. WIESE, PH.D., M.D.
GROSS DESCRIPTION
RECEIVED IN FORMALIN AND IS INDICATED BY THE PAPERWORK TO BE "EMB" IS
A
1 CM AGGREGATE OF TAN TISSUE FRAGMENTS. ALL SUBMITTED IN (A1).
(PP)
CLB/WL/1/25/2018
MICROSCOPIC DESCRIPTION
UNLESS "GROSS ONLY" IS SPECIFIED, THE FINAL DIAGNOSIS FOR EACH
SPECIMEN
IS BASED ON A MICROSCOPIC EXAMINATION OF REPRESENTATIVE SECTIONS OF
THE
TISSUE.
BILLING FEE CODE(S):
A; 88305
Unless otherwise stated, Performed at McLaren Medical Laboratory
4000 S. Saginaw St., Flint, MI, 48507
Tel: 810-396-5715 Fax: 810-424-2504
C.L.I.A. No. 23D2027105
Laboratory Director, Dennis W. Spender, M.D.

CBC (Collection date/time: 10/4/2017  1:29:00PM)

| Description | Observed Value | Abnorm Flag | Reference Range |
|---|---|---|---|
| PLATELET COUNT | 478 TH/CUMM | H | 140-400 |
| WHITE BLOOD COUNT | 5.41 TH/CU MM | N | 4.0-10.0 |
| ABSOLUTE NEUTROPHIL CT | 3.35 x10-3/uL | N | 1.56-8.10 |
| NEUTROPHILS | 62.0 % | N | 39-81 |

| Description | Observed Value | Abnorm Flag | Reference Range |
|---|---|---|---|
| LYMPHOCYTE | 27.5 % | N | 14-51 |
| MONOCYTES | 6.3 % | N | 0-13.3 |
| EOSINOPHIL | 3.3 % | N | 0-8 |
| BASOPHILS | 0.7 % | N | 0-2 |
| RED BLOOD CELLS | 3.23 M/CU MM | LL | 3.89-4.97 |
| HEMOGLOBIN | 9.6 G/DL | LL | 12.0-16.0 |
| HEMATOCRIT | 29.3 % | LL | 36-46 |
| MCV | 90.7 FL | N | 80-100 |
| MCH | 29.7 PG | N | 27-33 |
| MCHC | 32.8 G/DL | N | 31-37 |
| RDW | 14.3 % | N | 11.0-14.5 |
| MPV | 9.2 FL | N | 7.4-12.0 |

VAGINAL CULTURE (Collection date/time: 6/26/2019   3:36:00PM)

| VAGINAL CULTURE | SEE RESULT COMMENTS BELOV | | |
|---|---|---|---|

VAGINAL CULTURE REPORT
SOURCE: GENITAL
SITE: VAGINAL
CULTURE RESULTS:
ORGANISM ISOLATED #1
   1+ YEAST
 IN ADDITION
   1+ NORMAL GENITAL TRACT FLORA

CBC (Collection date/time: 6/21/2017  10:43:00AM)

| PLATELET COUNT | 379 TH/CUMM | N | 140-400 |
|---|---|---|---|
| WHITE BLOOD COUNT | 5.12 TH/CU MM | N | 4.0-10.0 |

| Description | Observed Value | Abnorm Flag | Reference Range |
|---|---|---|---|
| EOSINOPHIL | 2.3 % | N | 0-8 |
| BASOPHILS | 0.5 % | N | 0-2 |
| RED BLOOD CELLS | 3.21 M/CU MM | LL | 3.89-4.97 |
| HEMOGLOBIN | 9.1 G/DL | LL | 12.0-16.0 |
| HEMATOCRIT | 29.1 % | LL | 36-46 |
| MCV | 90.7 FL | N | 80-100 |
| MCH | 28.3 PG | N | 27-33 |
| MCHC | 31.3 G/DL | N | 31-37 |
| RDW | 14.1 % | N | 11.0-14.5 |
| MPV | 9.7 FL | N | 7.4-12.0 |

AMYLASE (Collection date/time: 7/31/2019   1:25:00PM)

| AMYLASE | 31 U/L | N | 0-200 |
|---|---|---|---|

CEA (Collection date/time: 3/7/2018  12:57:00PM)

| CEA | 3.39 NG/ML | H | 0.0-3.0 |
|---|---|---|---|

Pope-CLG-MDOC-001012

#223248

**Electronically Signed By: Ullah, Nadeem MD 07/07/2017 11:51:47 AM**



**Allegiance**
H E A L T H

Department of Pathology
and Laboratory Medicine
205 N. East Ave
Jackson, MI 49201
Phone: 517-788-4951
Fax: 517-780-7296
www.allegiancehealth.org

POPE, AISHA
Sex: U
D.O.B. / Age: ▓▓▓▓ (Age: 45)
M.R.N.: 319367
Acct. #: 12945944
Location: GI

ULLAH, NADEEM MD
POPUS BOX NO.: 86A
720 W. Franklin
Suite 2
Jackson, MI 49201

Collected: 7/5/2017
Received: 7/5/2017
Reported: 7/6/2017 11:26

Accession #: S17-9109

**Pathology Report**

**TISSUE SUBMITTED:**
SPLENIC FLEXURE POLYP

**DIAGNOSIS:**

Colon, splenic flexure, biopsy:
- Invasive, moderately differentiated adenocarcinoma.
- Special stains for microsatellite instability are pending, to be reported in an addendum.

Diane A. Hall, MD, PhD
***Electronic Signature***

**MICROSCOPIC DESCRIPTION:**
Slides examined.

3/27/18

**PROCEDURES/ADDENDA:**
**Addendum**

Date Ordered: 7/7/2017    Status: Signed Out

Date Complete:        7/7/2017
Date Reported:        7/7/2017

**ADDENDUM COMMENT**

**ADDENDUM DIAGNOSIS**
*Immunohistochemistry – Microsatellite Instability Panel*

INTERPRETATION: **Negative/absent MSH6, consistent with microsatellite instability.**

MSH2 -    Expressed
MLH1 -    Expressed
PMS2 -    Expressed
MSH6 -    Negative/Absent

*SCORING CRITERIA:*
  *EXPRESSED – Presence of nuclear staining in over 20% of tumor cells – (a normal result).*
  *DECREASED – Less than 20% of tumor cells show nuclear staining.*

Page 1 of 3



HFAH ALLEGIANCE HOSPITAL
HFAH 7-EAST SECURE UNIT
205 N East Ave
Jackson MI 49201
Dept: 517-205-4711

**Pope, Aisha**
MRN: **15087172**
DOB: ███████ Sex: female
Enc. Date: 11/21/17

# Discharge Summaries by Mark J Bieszka II, DO at 11/25/17 1003

Author: **Mark J Bieszka II, DO**  Service: **General Surgery**   Author Type: **Resident**
Filed: **11/25/17 1007**    Status: **Attested**       Editor: **Mark J Bieszka II, DO (Resident)**

Cosigner: **Christopher C Pfeifer, DO** at **11/25/17 1026**

## Discharge Summary

### Discharge information
Admitted date: **November 21, 2017**        Discharged from: **HFAH 7-East Secure Unit**
Discharge date: **November 25, 2017**

**Admitting Physician:** Lawrence Narkiewicz Jr., MD

**Attending Physician:** Current Providers
Attending Provider: Lawrence Narkiewicz Jr., MD, (517-205-3120)

**Discharge Clinician:** MARK J BIESZKA II, DO

## Discharge Diagnoses:

Active Hospital Problems

| Diagnosis | Date Noted | | POA |
|---|---|---|---|
| • Adenocarcinoma of colon (CMS-hcc) | 11/21/2017 | | Yes |

Resolved Hospital Problems

| Diagnosis | Date Noted | Date Resolved | POA |
|---|---|---|---|
| • Hypomagnesemia | 11/23/2017 | 11/24/2017 | Clinically Undetermined |
| • Hypophosphatemia | 11/23/2017 | 11/24/2017 | Clinically Undetermined |

## Problem List - A&P Notes:

### Adenocarcinoma of colon (CMS-hcc)
*Assessment & Plan* - Edited by EMILY PREVO, DO at 11/25/2017  7:29 AM
**POD #3 s/p robot-assisted laparoscopic converted to open left colectomy**

Pope, Aisha (MR # 15087172) Printed by [DS003652] at 11/25/17 11:23 AM

- Diet: tolerating regular diet without nausea, vomitng
- Pain: Continue patient's home Morphine SR and PO norco PRN
- Bowel fxn: +flatus, +BM non-bloody.
-Continue ambulation and IS use
- Pathology pending
- VTE proph: lovenox. Will discuss with CM about 28 days of lovenox
- Plan to discharge later today or tomorrow

**Hospital Course:** The patient presented on an elective basis for a colectomy due to colon cancer. She was subsequently admitted to the surgical service postoperatively. She has done quite well since surgery. Her pain was initially significant however that has resolved and is controlled on oral pain medications. She has had return of bowel function as well as tolerating regular diet and her pain is controlled. This point she is stable for discharge. She can return to her jail cell however she will still continue to need to get Lovenox subcutaneous injections for the next 28 days for DVT prophylaxis due to the colon cancer.

**Discharge Condition:**

Orders Placed This Encounter
Procedures

- Discharge patient
  *Back to jail cell. Will need daily Lovenox injection at Dwayne Waters for DVT prophylaxis for the next 28 days*

| | |
|---|---|
| Standing Status: | Standing |
| Number of Occurrences: | 1 |
| Order Specific Question: | Patient Condition |
| Answer: | Good |

**Disposition:** Home or Self Care

**Operations/Procedures:** Procedure(s) (LRB):
Robot assisted left hemicolectomy (Left)

**Recent Immunizations:**
There is no immunization history on file for this patient.

**Unresulted labs:**
Pending Labs

| Start | | | Ordered |
|---|---|---|---|
| 11/24/17 1002 | **ADD ON** Once Question: Test requested - one per line: Answer magnesium bld | | 11/24/17 1001 |

**Patient Instructions**

**Your Medication List**

START taking these medications

Pope, Aisha (MR # 15087172) Printed by [DS003652] at 11/25/17 11:23 AM          Pope-CLG-MDOC-001166 Page 2 of 5



HFAH ALLEGIANCE HOSPITAL
HFAH 7-EAST SECURE UNIT
205 N East Ave
Jackson MI 49201
Dept: 517-205-4711

Pope, Aisha
MRN: **15087172**
DOB:         Sex: female
Enc. Date: 11/21/17

## Op Note by Lawrence Narkiewicz Jr., MD at 11/22/17 1126

Author: **Lawrence Narkiewicz Jr., MD**   Service: **General Surgery**   Author Type: **Physician**

Filed: **11/22/17 1134**   Status: **Signed**   Editor: **Lawrence Narkiewicz Jr., MD (Physician)**

Operative Note

Pre-Operative Diagnosis: 4 cm colon cancer splenic flexure
Post-Operative Diagnosis: 4 cm colon cancer mid descending

Procedure: Robot-Assisted Laparoscopic left colectomy.

Surgeon: Lawrence Narkiewicz MD FACS
Assistant: Sasha Spencley DO

Anesthesia: General Endotracheal Anesthesia, Local Anesthesia (1% Lidocaine with epinephrine, 0.25% Marcaine)

EBL: 50 cc
IVF: 1800 cc

Operative Date: 11/22/17

Indications: 45 yo female with bloody bowel movements and anemia underwent colonoscopy showing 4 cm polyp at 65 cm near splenic flexure biopsied as colon carcinoma. CEA 1.6 and CT chest/abdomen/pelvis negative for metastatic disease. Plan robot assisted colectomy.

Procedure: After informed consent was obtained, the patient was brought to the operating room and placed supine on the operating room table. Bilateral lower extremity sequential compression devices were placed and functioning prior to induction of anesthesia, which was then administered and included an endotracheal tube. A urinary catheter was then placed under sterile conditions, and the patient was placed in lithotomy position. The abdominal wall was prepped and draped in the standard fashion.

Local anesthesia was delivered to the RUQ midclavicular line and a 1 cm incision created with a #15 blade. Veress needle was used to enter the abdomen and insufflated to 15 mmHg. 5 mm optical trocar was used to enter the abdomen under direct vision. Additional 8 mm ports were placed X3 along the right lateral abdomen and inferior in the midline all under direct vision. A The robot was subsequently docked.

The patient was placed in a right side down position, and the proximal left colon and distal transverse colon mobilized with hook cautery to expose the tattoo at the mid descending colon. Mesentery was

controlled with the vessel sealer. The flexure was then mobilized . Transection points were chosen proximal and distal to the tattoo and the robotic stapler utilized to transect. Mesentery controlled with the vessel sealer. Midline incision was created 10 cm and a wound protector placed. Proximal and distal resections performed with GIA 75 mm stapler and the specimen passed off the field. Further mobilization of some adhesions to the sigmoid colon allowed adequate exposure for a sie to side functional end to end anastomosis created with GIA 75 mm stapler. Common enterotomy closed with a TA 90 stapler. Omentum was lying directly over the anastomosis and was held in place with 3-0 silk sutures X3. ector placed. The fascia closed with #1 vicryl in a figure of eight interrupted fashion.. All skin incisions closed with 4-0 monocryl suture.

The patient tolerated the procedure well, was allowed to recover from anesthesia, extubated without incident and transferred to the Recovery Room in stable condition.

**Attending Attestation:** I performed the procedure.

LAWRENCE NARKIEWICZ JR, MD

Electronically signed by Lawrence Narkiewicz Jr , MD at 11/22/17 1134

HENRY FORD ALLEGIANCE HEALTH
205 N. East Ave.
Jackson, MI  49201
(517) 788-4800

MR # 319367
Acct # 0000000

RE:  POPE, AISHA          DOB: ███████

ADM:      DISCH:                                    RM:
SURG/PROC:
MDOC:
Lawrence Narkiewicz, Jr, MD

CC:  DUANE WATERS HOSPITAL

## GENERAL SURGERY HISTORY AND PHYSICAL

HPI: Ms. Pope is a 45-year-old female who states that approximately March she started having increased migraines and abdominal pain and she shortly thereafter noticed bright red blood per rectum with bowel movements. She was taken for a colonoscopy that showed a 4 cm polyp at the splenic flexure area approximately 60 cm from the anal verge, that was large, ulcerated polypoid, measuring 35 to 40 mm in diameter and the biopsy came back showing invasive moderately differentiated adenocarcinoma, so she was referred to us for further evaluation. Upon speaking to her today, she states that she continues to have abdominal pain, mostly in the epigastric area and equates these cramping pains to childbirth contractions. She also states that after a bowel movement after this these pains, the pain does go away, but every bowel movement is quite bloody and foul-smelling. She also describes cold intolerance and easy bruising since this time. She also describes an episode in 2010 and of a "attack on her heart" that she was hospitalized for 5 days at Henry Ford Main and she is unable to give many other details about it, other than recently, just prior to her colonoscopy, she also experienced some chest pain with radiation down the left side of her left arm that she states she was told was related to stress.

PAST MEDICAL HISTORY: Vague cardiac history, denies any other issues.

PAST SURGICAL HISTORY: C-section x2, right rotator cuff.

FAMILY HISTORY: She does not know any history on her father's side. She knows some of the history on her mother's side. She states there is some diabetes in the family. She is unaware of any colon cancer.

MEDICATIONS: Please see medication reconciliation for a complete list of medications.

ALLERGIES: Denies any drug allergies.

SOCIAL HISTORY: Currently an inmate in prison. Currently no tobacco, alcohol or drugs.

POPE, AISHA

319367                                                            MR #:

Page 2                                          Acct #: 0000000

REVIEW OF SYSTEMS: A complete review of systems was performed and negative
except for hematochezia, abdominal pain, cold intolerance and easy
bruising.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature of 98.1, blood pressure of 130/88, pulse of 72,
respirations of 18.

GENERAL: No acute distress, resting comfortably on the bed.

HEENT: Normocephalic, atraumatic. Extraocular muscles are intact
bilaterally.

CARDIOVASCULAR: Regular rate and rhythm. No murmurs, rubs or gallops.

LUNGS: Clear to auscultation bilaterally. No wheezes, rubs, or rhonchi.

ABDOMEN: Positive bowel sounds. Soft, nontender, nondistended. No rebound,
guarding or rigidity. She does have a Pfannenstiel incisional scar.

EXTREMITIES: +2/4 DP pulses bilaterally. No lower extremity edema.

PSYCHIATRIC: Awake, alert and oriented x3.

ASSESSMENT AND PLAN:
Malignant neoplasm of the colon.

The patient will need to have a CBC, CMP and CEA performed as well as a CT
of the chest, abdomen and pelvis for staging prior to surgery. Given this
vague cardiac history, she also needs cardiac risk stratification prior to
surgery. Once these are performed, we will schedule her for a robotic-
assisted laparoscopic left hemicolectomy, possible open, depending on what
we find once we get inside. The procedure was discussed in detail with the
patient with benefits and risks including but not limited to pain,
bleeding, infection, damage to surrounding structures, need for further
surgery. She had adequate time to ask questions. These were answered to her
satisfaction. She agreed and wished proceed with the procedure. We have
made all of these recommendations for the prison physician to review.

POPE, AISHA

MR #:

319367

Acct #: 0000000

Page 3

This report dictated by Dr. Amber Koon, DO, PGY-4.

After complete review of the patient's findings and independent exam
myself, I saw the patient with Dr. Amber Koon, DO, PGY-4. I agree with the
above evaluation, treatment, and plan. If any exceptions, they will be
noted below.

Lawrence Narkiewicz, Jr, MD
sd:

mrb/LN
D: 07/18/2017 14:01:00
T: 07/19/2017 06:19:34
Voice Job Id: 3285768
Document Id: 3853688

ST. JOSEPH MERCY HOSPITAL, ANN ARBOR

Ypsilanti, MI

A Member of Trinity Health
Livonia, Michigan

Fax

MRN:

Date of Birth:

Admit Date:        8/9/2017

Discharge Date:    8/9/2017

Account Number:    011740482-7202

Patient Type:      Advanced Imaging (P2)

Attending:         Gopal MD,Shanthi

(aac)    64634

## CT Scan

Exam Name:
CT Abd and Pelvis w Contrast
CT Chest w Contrast

Accession Number:
CT-17-0233775
CT-17-0233776

Ordering Physician:
Gopal MD,Shanthi
Gopal MD,Shanthi

Exam Date/Time:
8/9/2017 16:18 EDT
8/9/2017 16:19 EDT

**Reason For Exam:**
(CT Abd and Pelvis w Contrast) ABNORMAL FINDING ON COLONOSCOPY, BLOOD IN STOOL
(CT Chest w Contrast) ABNORMAL FINDING ON COLONOSCOPY, BLOOD IN STOOL

**Report**
CT Chest w Contrast, CT Abd and Pelvis w Contrast

COMPLETED DATE: 8/9/2017 4:19 PM

REASON FOR EXAM: ABNORMAL FINDING ON COLONOSCOPY, BLOOD IN STOOL

ADDITIONAL HISTORY PROVIDED BY CLINICAL TEAM: None Provided

HISTORY OBTAINED BY THE TECHNOLOGIST: rectal bleeding, lower abdominal pain, anemia. Recently diagnosed with colon cancer

SMOKING HISTORY: Do you or have you ever smoked? Quit. Packs per day? 1.5 Years smoked? 4  Year quit? 2012

PROTOCOL: Routine chest, abdomen and pelvis CT performed. High density oral contrast was used. CT performed with dose optimization technique including an iterative reconstruction algorithm.

IV CONTRAST: 100ml isovue370

COMPARISON: None

FINDINGS:

LUNGS AND PLEURA: The lungs are clear. No pulmonary nodule or mass. No pneumothorax. No pleural effusion.

THORACIC AORTA: Normal caliber.

HEART AND PERICARDIUM: Normal heart size. No pericardial effusion.

LYMPH NODES: There are no enlarged lymph nodes in the chest, abdomen or pelvis.

LIVER: Normal.

BILIARY SYSTEM: No intrahepatic or extrahepatic dilation.

GALLBLADDER:

PANCREAS: Normal.

SPLEEN: Normal.

Printed Date/Time:  8/15/2017 13 08 EDT
Report Request ID:  130422438

ST. JOSEPH MERCY HOSPITAL, ANN ARBOR
St. Joseph Mercy Hospital - Ann Arbor

Ypsilanti, MI

A Member of Trinity Health
Livonia, Michigan

MRN:

Date of Birth:
Admit Date:        8/9/2017
Discharge Date:    8/9/2017
Account Number:    011740482-7202
Patient Type:      Advanced Imaging (P2)
Attending:         Gopal MD,Shanthi

## CT Scan

| Exam Name: | Accession Number: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| CT Abd and Pelvis w Contrast | CT-17-0233775 | Gopal MD,Shanthi | 8/9/2017 16:18 EDT |
| CT Chest w Contrast | CT-17-0233776 | Gopal MD,Shanthi | 8/9/2017 16:19 EDT |

**Report**

ADRENALS: Normal.

KIDNEYS: Normal.

BOWEL: Normal caliber. No obstructive findings.

ABDOMINAL AORTA: Normal caliber. No aneurysm.

PELVIC ORGANS: Enlarged heterogeneous uterus likely due to fibroids.

Other: No ascites. No osseous abnormality.

IMPRESSION:

1. No findings of metastatic disease in the chest, abdomen, or pelvis.

2. Enlarged heterogeneous uterus, likely due to fibroids.

Patients: Please contact your physician with questions about this report.
Physicians: If you have questions 24/7 regarding this report, please call:
    734-712-7237 if your patient was seen at a St. Joseph Mercy Facility (Ann Arbor, Chelsea, Livingston) location.
    734-655-2421 if your patient was seen at a St. Mary Mercy Hospital location.

Electronically reviewed and signed by: Kristyn Murry 8/10/2017 8:10 PM

Reading Location: AASJPRW2006

********** FINAL REPORT **********
Dictated By: Murry MD, Kristyn H  08/10/2017 20:05
Assigned Physician: Murry MD, Kristyn H
Reviewed and Electronically Signed By: Murry MD, Kristyn H  08/10/2017 20:13
Transcribed by: SCP  08/10/2017 20:05
Technologist: JD

Printed Date/Time:  8/15/2017 13:08 EDT
Report Request ID:  130422438

Pope-CLG-MDOC-001178





Pope, Aisha [REDACTED] Visit Date: 08/31/2017 02:40 PM
Today's Provider: David Sutter MD,
Location: Michigan Heart Livonia

**History of Present Illness**
Dear Dr. Gopal,

I had the pleasure of seeing Aisha Pope in the Livonia office for her chest pain and preoperative cardiovascular evaluation for robotic-assisted laparoscopic left hemicolectomy. She is a pleasant 45 year-old female with a history of abnormal stress test in 2010 per patient report.

She came into Henry Ford Hospital on 7/18/17 with abdominal pain and bright red blood per rectum with bowel movements. She underwent colonoscopy which showed polyps. Biopsy showed adenocarcinoma. She continued to have abdominal pain in the epigastric area. During her hospitalization she reported episode of "attack on her heart" in 2010 and was referred to cardiology for cardiac risk factor stratification given reported cardiac history.

She tells me that in 2010 at Henry Ford Main, she underwent pharmacological MPI which was abnormal. She did not undergo cardiac catheterization and was unable to provide additional history. She declines any other cardiac history. She reports recurrent episodes of chest pain radiating down to her left arm, lasting 15-20 minutes that occurs during periods of severe abdominal pain/agitation. Pain is improved with Tylenol and laying down. She denies associated nausea. No shortness of breath, dizziness, palpitations. No presyncope or syncope. She remains active walking with no exertional symptoms. She is able to walk up 1 flight of stairs without dyspnea.

Past Medical History
-History of abnormal stress test in 2010 per patient history
-Adenocarcinoma

Social History
-Former tobacco use
-Occasional alcohol use
-No drug use since 1991 (previously used cocaine and marijuana)

Family History
-Denies family cardiac history

Testing Reviewed
-ECG today shows normal sinus rhythm with partial RBBB
-Laboratory studies 7/19/17 shows creatinine 0.79 and GFR 101, K 4.3, Na 144.
-CT of abdomen and pelvis on 8/09/17 shows no findings of metastatic disease in the chest, abdomen, or pelvis

**Assessment**
1. Chest pain -- unspecified etiology

2. Preoperative cardiovascular evaluation for robotic-assisted laparoscopic left hemicolectomy

The patient is having recurrent episodes of chest pain radiating down to her left arm. She reports history of abnormal MPI in 2010 and we do not have a copy of her stress test at present. We will obtain a Regadenoson MPI to assess for underlying ischemia given her recurrent chest pain. If her stress test is low risk, she is acceptable cardiac risk to proceed with her surgery as planned.

**Plan**
-Schedule Regadenoson MPI

Pope, Aisha    00000145929B [REDACTED]    08/31/2017 02:40 PM Page: 1 / 3

Pope-CLG-MDOC-001191

-If stress test is low risk, she is acceptable cardiac risk to proceed with surgery
-No changes to her medications
-Follow up as needed

Thank you for the consultation. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

David A. Sutter, MD

## Review of Systems (Positive Findings Only)

| System | Result | Findings |
|---|---|---|
| Card | Pos | Chest Pain, Palpitation |
| Derm | Pos | Blue Pigments |
| Resp | Pos | Dyspnea |

## Vital Signs

| Height (Total in.) | Weight (lbs.) | Weight (oz.) | BP mm/Hg | Pulse/min | Resp/min |
|---|---|---|---|---|---|
| 63.50 | 182.00 | | 122/70 | 84 | |

## Allergies

| Medication Name | Ingredient | Reaction | Comment |
|---|---|---|---|
| Flagyl | METRONIDAZOLE BEE VENOM PROTEIN (HONEY BEE) | | |

## Final Medication List

| Medication | Dose | Sig | Sample | Lot # | Exp |
|---|---|---|---|---|---|
| Laxative (bisacodyl) 5 mg tablet | 5 mg | take 1 tablet by oral route every day as needed for constipation | N | | |
| Pravachol 40 mg tablet | 40 mg | take 1 tablet by oral route every day | N | | |
| iron ER 325 mg (65 mg iron) capsule,extended release | 325 mg (65 mg iron) | | N | | |
| Lamictal 100 mg tablet | 100 mg | take 1 tablet by oral route every day | N | | |
| propranolol 10 mg tablet | 10 mg | take 2 tablet by oral route 3 times every day | N | | |
| Lamictal 25 mg tablet | 25 mg | take 2 tablet by oral route 2 times every day | N | | |
| aspirin 81 mg tablet,delayed release | 81 mg | take 1 tablet by oral route every day | N | | |
| diphenhydramine 50 mg capsule | 50 mg | take 1 capsule by oral route every 4 - 6 hours as needed | N | | |
| Prozac 10 mg capsule | 10 mg | take 3 capsule by oral route every day | N | | |
| trazodone 50 mg tablet | 50 mg | take 1 tablet by oral route every day after meals | N | | |

## Procedures Ordered

| Status | Description | Interpretation | Result |
|---|---|---|---|
| ordered | MPI - Regadenoson | | |

Pope-CLG-MDOC-001192