# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Aisha Pope, #228305

    Plaintiff,

v.

Corizon Health, MDOC et al

    Defendants,

Case No.: 2:19-cv-10870
District Judge: David M. Lawson
Magistrate Judge: David R. Grand

---

THE LAW OFFICE OF KEITH ALTMAN
Keith Altman (P81702)
*Attorney for Plaintiff*
33228 W 12 Mile Rd, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
Sara Trudgeon (P82155)
*Attorney for MDOC Defendants*
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
trudgeons@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Scarber (P64532)
*Attorney for Defendants Corizon Health, Inc.; Robert Lacy, D.O.; Keith Papendick, M.D.; Claire Pei, M.D.; Mohammed Azimi, M.D.; Shanthi Gopal, M.D.; and Donna Rohrs, P.A*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

---

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERTS THOMAS FOWLKES AND JOEL APPEL**

1

Plaintiff submits the following Motion to Withdraw Plaintiff's Motion to Strike Defendants' Experts Thomas Fowlkes and Joel Appel. Due to a mistake of fact and inadvertent error, Plaintiff submitted the motion to strike. Plaintiff requests that the Motion to Strike Defendants' Experts Thomas Fowlkes and Joel Appel be withdrawn.

Date: October 04, 2022

Respectfully submitted,

Keith Altman, Esq.
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Aisha Pope, #228305

    Plaintiff,

v.

Corizon Health, MDOC et al

    Defendants,

Case No.: 2:19-cv-10870
District Judge: David M. Lawson
Magistrate Judge: David R. Grand

---

THE LAW OFFICE OF KEITH ALTMAN
Keith Altman (P81702)
*Attorney for Plaintiff*
33228 W 12 Mile Rd, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
Sara Trudgeon (P82155)
*Attorney for MDOC Defendants*
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
trudgeons@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Scarber (P64532)
*Attorney for Defendants Corizon Health, Inc.; Robert Lacy, D.O.; Keith Papendick, M.D.; Claire Pei, M.D.; Mohammed Azimi, M.D.; Shanthi Gopal, M.D.; and Donna Rohrs, P.A*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

---

## **CERTIFICATE OF SERVICE**

    I certify that on October 04, 2022, I served the foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion to Strike Defendants' Expert and Brief in Support upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.

4