AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| Aisha Pope #228305 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-10870 |
| Corizon Health, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Aisha Pope                                                                                                                             .

Date:   12/06/2022

/s/ Kimberly R. Dodson
*Attorney's signature*

Kimberly R. Dodson, ASB No. 0487-L58D
*Printed name and bar number*

The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
*Address*

kimberlydodson@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*