UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AISHA POPE,

           Plaintiff,

v.

R.N. FIORINI, R.N. BRANCH, and
R.N. TINSLEY,

           Defendants.

Case Number 19-10870
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING THE COMPLAINT WITH PREJUDICE

Presently before the Court is the report issued on December 22, 2025 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b) recommending that the Court grant the defendants' motion for summary judgment and dismiss the complaint with prejudice.  The deadline for filing objections to the report has passed, and no party has objected to the recommended disposition. The parties' failure to file objections to the report and recommendation waives any further right to appeal.  *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 141) is **ADOPTED**, the defendants' motion for summary judgment (ECF No. 131) is **GRANTED**, and the complaint is **DISMISSED WITH PREJUDICE**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated:  January 16, 2026